**FILED**

**DECEMBER 12, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH**

**07 C 6991**

**JUDGE HIBBLER**
**MAGISTRATE JUDGE KEYS**

# EXHIBIT A

# CONSTITUTION

*of the*

## United Brotherhood of Carpenters
## and Joiners of America

### AND RULES FOR SUBORDINATE BODIES
### UNDER ITS JURISDICTION



ESTABLISHED AUGUST 12, 1881

Constitution as Amended at the
38th General Convention
Effective December 1, 2000

## ORDER OF BUSINESS

1. Call the Meeting to Order.
2. Warden, take Charge of the Door.
3. Conductor, take up the Password.
4. Salute the Flag.
5. Roll Call of Officers by the Recording Secretary.
6. Reading of Minutes.
7. Report of new Members Initiated or Transferred in Since Last Meeting.
8. Communications and Bills.
9. Reports of Accidents, Sickness or Death.
10. Appropriations of Money (Drawing Orders for Bills).
11. Reading by President of Receipts from General Secretary-Treasurer for Moneys Sent to the General Office (and from District Councils where such exists).
12. Election and Installation of Officers.
13. Reports of Officers, Delegates and Committees.
14. Good of the Order.
15. Any Member Out of Work?
16. Can Anyone Report Where Members May Procure Employment?
17. Unfinished Business.
18. New Business.
19. Detailed Receipts and Expenses (to be read by the Secretaries).
20. Adjournment.

## TABLE of CONTENTS

| Section | | Page |
|---|---|---|
| 1 | Name of Organization | 1 |
| 2 | Objects | 1 |
| 3 | Our Principles | 2 |
| 4 | General Office Headquarters | 3 |
| 5 | Affiliations | 4 |
| 6 | Jurisdiction | 4 |
| 7 | Trade Autonomy | 6 |
| 8 | Laws | 7 |
| 9 | General Officers and Elections | 7 |
| 10 | General President | 9 |
| 11 | General Vice President | 13 |
| 12 | General Secretary-Treasurer | 13 |
| 13 | Board of Trustees | 15 |
| 14 | General Executive Board | 17 |
| 15 | Supplies for Local Unions | 21 |
| 16 | Revenue | 22 |
| 17 | General Convention | 22 |
| 18 | Order of Procedure | 25 |
| 19 | Duties of Officers at Convention | 25 |
| 20 | General President | 25 |
| 21 | General Secretary-Treasurer | 26 |
| 22 | General Executive Board | 26 |
| 23 | Board of Trustees | 26 |
| 24 | Period Covered by Reports | 26 |
| 25 | Jurisdiction and Powers of Local Unions | 26 |
| 26 | Jurisdiction and Powers of District and Regional Councils | 28 |
| 27 | Jurisdiction of State and Provincial Councils | 30 |
| 28 | Jurisdiction of Auxiliary Unions | 31 |
| 29 | Admission of Local Unions | 32 |
| 30 | Suspended and Lapsed Local Unions and Councils | 32 |
| 31 | Nomination, Election and Appointment in Subordinate Bodies | 33 |

| 32 | Vacancies in Local and Council Offices | 38 |
| 33 | Duties of President of Local Union | 38 |
| 34 | Duties of Vice President of Local Union | 39 |
| 35 | Duties of Recording Secretary of Local Union | 40 |
| 36 | Duties of Financial Secretary of Local Union | 40 |
| 37 | Duties of Treasurer of Local Union | 41 |
| 38 | Duties of Conductor of Local Union | 42 |
| 39 | Duties of Warden of Local Union | 42 |
| 40 | Duties of Trustees of Local Union | 43 |
| 41 | Duties of Committees of Local Union | 43 |
| 42 | Qualifications For Membership | 44 |
| 43 | Apprenticeship | 46 |
| 44 | Admission Of Members | 47 |
| 45 | Finances And Dues | 50 |
| 46 | Transfers | 57 |
| 47 | Resignation Of Members | 60 |
| 48 | Members Entitled To Funeral Donations | 62 |
| 49 | Application For Donations | 64 |
| 50 | Reduced Dues | 64 |
| 51 | Offenses And Penalties | 65 |
| 52 | Charges And Trials | 67 |
| 53 | Appeals And Grievances | 73 |
| 54 | Funds Of Local Unions | 77 |
| 55 | General Strikes And Lockouts | 79 |
| 56 | Label | 80 |
| 57 | Amendments | 83 |
| 58 | Property | 85 |
| 59 | Pension Plan | 86 |
| 60 | Codification | 86 |
| | Standing Decisions Of The General Executive Board | 87 |
| | Parliamentary Rules | 87 |
| | Obligation | 92 |
| | Installation Ceremony | 93 |

## NAME OF ORGANIZATION

**A**   Section 1.   This organization shall be known as the United Brotherhood of Carpenters and Joiners of America, and shall consist of an unlimited number of Local Unions, Councils, and members subject to its laws and usages and shall not be dissolved while there are three (3) dissenting Local Unions.

**B**   The following abbreviations, when used in the United Brotherhood, shall have these meanings, viz:

U. B., U. B. C., or United Brotherhood— United Brotherhood of Carpenters and Joiners of America.
G. E. B.—General Executive Board.
B. of T.—Board of Trustees.
S. C.—State Council.
P. C.—Provincial Council.
D. C.—District Council.
R. C.—Regional Council.
G. P.—General President.
G. V. P.—General Vice President.
G. S. T.—General Secretary-Treasurer.
D. V. P.—District Vice President.
L. U.—Local Union.
R. S.—Recording Secretary.
F. S.—Financial Secretary.
G. O.—General Office.
B. R.—Business Representative.

## OBJECTS

Section 2.   The objects of the United Brotherhood are: to organize workers, to encourage an apprenticeship system and a higher standard of skill, to develop, improve and enforce the program and standards of Occupational Safety and Health, to cultivate friendship, to develop good public relations in the community, to assist each other to secure employment, to reduce the hours of daily labor, to secure adequate pay for our work, to establish a

1

weekly pay day, to promote the establishment of fringe benefit plans for our members through the collective bargaining process, to coordinate bargaining toward the goal of taking wages out of competition, and by legal and proper means to elevate the moral, intellectual and social conditions of all our members and to improve the trade in every way possible.

## OUR PRINCIPLES

Section 3.  We, as a body, pledge ourselves to give full support to the objects of the American Federation of Labor and Congress of Industrial Organizations and the Canadian Labour Congress consistent with the Objects and Principles of the United Brotherhood and its Constitution and Laws.

## UNION MADE GOODS

Members of this organization should make it a rule to purchase goods and services which bear the trade-mark of organized labor or are made or provided by union members, and to support businesses and individuals that respect and honor the goals and principles of the labor movement.

## LABOR LEGISLATION

It is of the greatest importance that members should vote intelligently, hence the members of this Brotherhood shall strive to secure legislation in favor of those who produce the wealth of the country, and all discussions and resolutions in that direction shall be in order at any regular meeting.

## LABOR DAY

The working men and women of the United States and Canada are honored each year on Labor Day. Labor Day is of special significance to the members of the United Brotherhood because its founder (Peter J. McGuire), the father of Labor Day, was a General Officer of the United Brotherhood. We, therefore, urge each member and each subordinate body of the United Brotherhood to observe Labor Day in a manner appropriate to its purpose and urge each member to participate as fully as may be possible in Labor Day programs in which his or her Local Union takes part.

## FAITHFUL WORK

We hold it as a sacred principle that Trade Unionists, above all others, should set a good example as good and faithful workers, performing their duties to their employers with honor to themselves and their organization. We do not recognize the practice of grading skilled workers.

## SHORTER HOURS OF LABOR

We hold a reduction of hours for a day's work increases the intelligence and happiness of the laborer, and also increases the demand for labor and the price of a day's work. We advocate the adoption of the Five-Day, Thirty-Hour Work Week and urge all Local Unions to put this into effect as soon as possible.

## OTHER INTERESTS

We recognize that the interests of all labor are identical regardless of occupation, sex, nationality, religion, or color, for a wrong done to one is a wrong done to all. We object to prison contract labor because it puts the criminal in competition with honorable labor for the purpose of cutting down wages, and also because it helps overstock the labor market.

## GENERAL OFFICE HEADQUARTERS

Section 4.  The General Office Headquarters of the United Brotherhood shall be located in Washington, D.C.

2

3

## AFFILIATIONS

Section 5.  If the International Body is affiliated with the AFL–CIO and the Canadian Labour Congress, Local Unions, with the consent of their affiliated Council, and Councils may affiliate with the appropriate Central, State and Provincial Bodies of the AFL–CIO and the Canadian Labour Congress. Tax to the AFL–CIO and Canadian Labour Congress is to be paid directly from the General Office. If the International Body is affiliated with the AFL–CIO and the Canadian Labour Congress, Local Unions, with the consent of their affiliated Council, and Councils may affiliate with all Provincial, State and Local Building and Construction Trades Councils where such bodies exist.

## JURISDICTION

**A**  Section 6.  The jurisdiction of the United Brotherhood of Carpenters and Joiners of America shall include all branches of the Carpenter and Joiner trade, the industrial sector, and any kind of work being performed by any members of the United Brotherhood. In it shall be vested the power through the International Body to establish and charter subordinate Local and Auxiliary Unions, District, Regional, Industrial, State and Provincial Councils in all branches of the trade, and its mandates must be observed and obeyed at all times.

In view of technological developments and industrial diversification, no type of employment category shall be excluded from the jurisdiction of the United Brotherhood, whether or not spelled out in Section 7.

The United Brotherhood is empowered, upon agreement of the Local Unions and Councils directly affected, or in the discretion of the General President subject to appeal to the General Executive Board, where the General President finds that it is in the best interests of the United Brotherhood and its members, locally or at large, to establish or dissolve any Local Union or Council, to merge or consolidate Local Unions or Councils, to establish or alter the trade or geographical jurisdiction of any Local Union or Council, to form Councils and to permit, prohibit or require the affiliation with or disaffiliation from any Council by any Local Union, including the right to establish statewide, province wide and regional Local Unions or Councils having jurisdiction over specified branches or subdivisions of the trade. The vested rights of the members shall be preserved and where action as herein described is taken, the General President and General Executive Board shall preserve the membership rights of the members of affected Local Unions, including their right to attend and participate in meetings, to vote, to nominate candidates and to be nominated and run for office. In connection with the foregoing, the General President may, upon finding it appropriate, appoint a committee to hold hearings upon due notice to directly affected Local Unions or Councils, and make findings and recommendations.

**B**  The right is reserved to the United Brotherhood through the International Body to regulate and determine all matters pertaining to the various branches and subdivisions of the trade. The General President may designate subdivisions of the trade and may provide such support as he deems appropriate to further the interests of the United Brotherhood and its membership in such trade subdivisions.

**C**  To subordinate Local or Auxiliary Unions, District, Regional, Industrial, State and Provincial Councils the right is conceded to make necessary laws for Locals and District, Regional, Industrial, State and Provincial Councils which do not conflict with the laws of the International Body.

**D**  The United Brotherhood of Carpenters and Joiners of America shall have the right to establish supervision over and to conduct the affairs of any subordinate body (including the removal of any or all officers of such subordinate body) to correct financial irregularities or to assure the performance of collective bargaining agreements and the responsibility of the subordinate body as a bargaining agent or to protect the interests and rights of the members or whenever the affairs of the subordinate body are conducted in

4

5

such a manner as to be detrimental to the welfare of the members and to the best interests of the United Brotherhood, subject, however, to the provisions of Paragraph H of Section 10. The authority granted to the United Brotherhood herein includes the authority to establish supervision to prevent secession or disaffiliation by any subordinate body or bodies.

**E**   The United Brotherhood shall enact and enforce laws for its government and that of subordinate Locals and Auxiliary Unions and District, Regional, Industrial, State and Provincial Councils and members thereof.

## TRADE AUTONOMY

**A   Section 7.**   The broad, evolving trade autonomy of the United Brotherhood of Carpenters and Joiners of America includes at its core, but is not limited to, the milling, fashioning, joining, assembling, erection, fastening or dismantling of all material of wood, plastic, metal, fiber, cork and composition, and all other substitute materials, as well as the handling, cleaning, erecting, installing, repair, renovation, maintenance, and dismantling of all machinery, equipment and all materials used by members of the United Brotherhood.

**B**   Our claim of jurisdiction, therefore, covers all kinds of work being performed by members of the United Brotherhood and includes but is not limited to the following classifications: Carpenters and Joiners; Millwrights; Pile Drivers, Bridge, Dock and Wharf Carpenters, Divers, Underpinners, Timber Workers and Core Drillers; Shipwrights, Boat Builders, Ship Carpenters, Joiners and Caulkers; Cabinet Makers, Bench Hands, Stair Builders, Mill and Factory Workers; Wood and Resilient Floor Layers, and Finishers; Carpet Layers; Shinglers, Siders; Insulators; Acoustic and Dry Wall Applicators; Shorers and House Movers; Loggers, Lumber and Sawmill Workers; Furniture Workers; Reed and Rattan Workers; Shingle Weavers; Casket and Coffin Makers; Box Makers, Railroad Carpenters and Car Builders; Show, Display and Exhibition Workers; and Lathers, regardless of material used; also

6

Public Sector Workers, Health Care Workers, Tile, Marble and Terrazzo Industry Workers and Aerospace Workers; and all those engaged in the operation of woodworking or other machinery required in the fashioning, milling or manufacturing of products used in the trade, or engaged as helpers to any of the above divisions or subdivisions, and the handling, erecting and installing material on any of the above divisions or subdivisions; burning, welding, rigging and the use of any instrument or tool for layout work, incidental to the trade; the erection and placement of all materials used in lathing procedures; and all work with and on robotics, included but not limited to, rigging, handling, installing, maintaining, programming, and use of all stationary and/or portable robots, this includes the use of all robots used in any industry, including the nuclear field. When the terms "carpenter(s)" or "carpenter(s) and joiner(s)" are used, it shall mean all the divisions and subdivisions of the trade.

## LAWS

**A   Section 8.**   The Constitution of this organization shall include general laws of the United Brotherhood and rules for subordinate bodies under its jurisdiction. The terms "Constitution" and "Constitution and Laws" shall have the same meaning. All references in the Constitution to the masculine gender shall automatically include the feminine gender.

**B**   The Constitution and Laws can be amended or altered in conformity with the provisions of Section 57 except as provided for in Section 14A.

## GENERAL OFFICERS AND ELECTIONS

**A   Section 9.**   General Officers of the United Brotherhood shall consist of a General President, General Vice President, a General Secretary-Treasurer, and one District Vice President from each district of the United Brotherhood, who shall be exempt from all duties in their respective Local Unions.

7

**B**　The General Officers shall be elected at the General Convention by a plurality vote of the delegates present and voting by secret ballot. The nominations shall be made on the third day of the first week of the Convention, and the election shall be held on the fourth day of the first week of the Convention.

**C**　The election shall be conducted by an Election Committee, the members of which shall be appointed by the General President. No nominee for General Office shall be eligible to serve on said Committee. Upon completion of the tabulation of the votes, the Election Committee shall report to the General President the names of the General Officers elected and same shall be reported to the Convention, and those elected shall hold office for a term of five (5) years or until their successors are duly chosen and qualified, whichever is later. Each newly elected officer shall be administered the oath of office at the General Convention and shall officially assume his office 45 days after the election or, in the event of an earlier vacancy, at the time such vacancy occurs.

**D**　A member to be eligible for nomination and election as a General Officer must be present at the time of nomination, or in the anteroom on authorized business, or out on official business, or prevented by accident or sickness or other substantial reason from being present in which case the candidate shall submit a letter of acceptance if nominated, nor shall the member be eligible unless working for a livelihood in a classification within the trade autonomy of the United Brotherhood as defined in Section 7 or in employment which qualifies him or her for membership, or is depending on the trade for a livelihood, or is employed by the organization as a full-time officer or representative; provided, further, that members who are life members, apprentices, trainees or probationary employees shall not be eligible. A member must have been twelve (12) consecutive months a member in good standing in his or her Local Union and a member of the United Brotherhood of Carpenters and Joiners of America for five (5) years immediately prior to nomination. The member shall be required to establish eligibility to the Election Committee to qualify under these provisions of the Constitution and Laws at the time of nomination. To be eli-

gible for nomination or election as a General Officer, a member must meet the requirements of Section 31D.

**E**　No General Officer or Representative of the United Brotherhood shall be subject to charges or trial in any Local Union or District Council.

**F**　Where charges are filed against a General Officer or representative of the General Office of the United Brotherhood, the Executive Committee of the District Council or the Local Union may dismiss the charges, or the charges shall be referred by the District Council or Local Union to the General Executive Board. The General Executive Board may conduct an investigation and hearing and dismiss the charges or, in the case of a General Officer, if it finds upon the entire record that the accused has violated the Constitution and Laws, may issue a reprimand or may, by a two-thirds vote, recommend suspension from office. No General Officer shall be fined or expelled and no General Officer shall be suspended from office except by a majority vote of the members voting in a general vote of the United Brotherhood taken in accordance with the Constitution and Laws; provided, however, that the General Executive Board may suspend the accused pending determination of the charges by a two-thirds vote of the General Executive Board. Prior to any general vote taken under this Section, all Local Unions shall receive a copy of the charges, a summary of the evidence and position of the parties, and a report of the findings and recommendations of the General Executive Board, if any, and the same shall be fully published to the membership. If the General Executive Board finds a Representative guilty of charges, the Board may fine, suspend or expel the Representative and/or terminate his or her employment. The authority so granted to the Board does not supersede the authority of the General President to terminate a Representative.

## GENERAL PRESIDENT

**A**　Section 10.　The General President shall issue and sign all charters, may grant dispensations in extraordinary cases and may fill

8

9

any vacancies among the General Officers by consent of a majority of the General Executive Board. The General President shall have the authority to appoint any member as a Representative to assist in carrying on the affairs of the United Brotherhood. Such representative shall have the same qualifications as those required by General Officers. When directed by the General President, the Representative shall assist and advise the officers and Business Representatives of Local Unions and Councils. They shall also perform such other duties as directed by the General President. The compensation for Representatives shall be fixed by the General President.

**B** The General President may personally, or by deputy, take possession for examinations of all books, papers and other records, including all financial records, of any Local Union, Council, or other subordinate body, summarily when necessary, and the same shall remain in possession of the General President within the jurisdiction of the Local Union, Council, or other subordinate body until a complete report has been made and filed. During said examination a representative of the Local Union, Council, or other subordinate body may be present.

**C** The General President may issue charters to Auxiliary Unions.

**D** The General President may authorize the formation of Retiree Clubs composed of retired members of the United Brotherhood no longer working at the trade.

**E** The General President shall appoint a permanent Financial Oversight Committee comprised of Local Union and Council representatives, and all other committees unless otherwise provided. All members of the Financial Oversight Committee shall be appointed for a three-year term and shall not serve consecutive terms. The General President shall designate a member of the Financial Oversight Committee as chair for a one-year period, and no member shall serve consecutive periods as chair. The compensation of all members of committees shall be regulated by the General Executive Board.

10

**F** The General President shall have the authority to decide all points of law, grievances and election appeals, under Section 53G, except funeral donations. All other appeals shall be decided by the Appeals Committee established in Section 53, except as otherwise provided. The General President shall have the power to suspend any Local Union or Council for violation of the Constitution and Laws of the United Brotherhood, or for wilfully or directly violating the Constitution and Laws or principles of this United Brotherhood, or acting in such a manner as to undermine its welfare, after due notice and hearing and subject to an appeal to the General Executive Board by the subordinate body involved.

**G** The General President shall supervise the entire interest of the United Brotherhood, and perform such other duties as the Constitution and Laws of the United Brotherhood may require, and may by virtue of the office be a delegate to the Conventions of the AFL-CIO and the Building and Construction Trades Department, and such other Departments with which the United Brotherhood is affiliated, and shall submit a quarterly report to the General Executive Board and shall also submit monthly to the General Secretary-Treasurer an itemized account of all moneys expended by the General President on behalf of the United Brotherhood.

**H** Whenever it appears to the satisfaction of the General President that any Local Union or member thereof, or any Council is acting contrary to the welfare of the United Brotherhood of Carpenters and Joiners of America, or that supervision should be established over the conduct of the affairs of any subordinate body as set forth in Section 6D, the General President may appoint a committee to hold a hearing, after due notice to such subordinate body or member. Upon completion of the hearing, the committee shall report its findings and recommendations to the General Executive Board and to the member or subordinate body involved. The General Executive Board is empowered to take such action as is necessary and proper for the welfare of the United Brotherhood of Carpenters and Joiners of America, subject, however, to the right of appeal to the next General Convention, to the extent permitted by Section 53G. If the General President deter-

11

mines that an emergency situation exists, the General President may appoint a representative to assume supervision over any Local Union or Council pending the holding of a hearing and the completion of the proceedings as provided for in this Section.

**I**   Where an Auxiliary, Local Union, or Council has asked the assistance of the General Office, the General President may, with the consent of the General Executive Board, make settlement with employers, and the said Auxiliary, Local Union, or Council must accept the same.

**J**   Whenever, in the judgment of the General President, subordinate bodies or the members thereof are working against the best interests of the United Brotherhood, or are not in harmony with the Constitution and Laws of the United Brotherhood, the General President shall have the power to order said body to disband under penalty of suspension.

**K**   The General President shall have the power to grant dispensation on all matters which will be beneficial to the United Brotherhood.

**L**   No two subordinate bodies of the Brotherhood shall negotiate for the same contract with the same employer but if two subordinate bodies do open negotiations, the General President shall designate the proper bargaining unit of the Brotherhood which shall complete negotiations for said contract.

**M**   The General President shall have authority to appoint interim officers of newly established, consolidated or merged Local Unions or Councils.

**N**   The General President shall have the authority to develop policies regarding the UBC membership processing system and other computer and technological matters pertaining to the United Brotherhood which shall be binding on all Local Unions and Councils affiliated with the United Brotherhood.

**O**   The General President shall have the authority to repudiate any jurisdictional agreement entered into by any subordinate body.

12

## GENERAL VICE PRESIDENT

**A**   Section 11.   The General Vice President, under the supervision of the General President, shall render such assistance to the General President as may be required and by virtue of the office may be a delegate to the Convention of the Union Label and Service Trades Department, AFL-CIO. In case of a vacancy in the office of the General President, the General Vice President shall become the General President and perform the duties of that office.

**B**   The General Vice President shall maintain headquarters at the General Office. The duties of the office shall be to examine and approve or disapprove of all Local Union and Council Laws. The General Vice President shall have charge of and issue the Label and keep a record of same in accordance with the Constitution and Laws of the United Brotherhood, also keep a record of all union and nonunion shops, mills and factories, their wages, hours and conditions for the General Office. This information shall be made available to Local Unions, Councils, Representatives, and Business Representatives. The General Vice President shall perform such other duties as may be assigned by the General President. In the event of a vacancy in the office of General Vice President, the General President may appoint a member to fill the vacancy by consent of a majority of the General Executive Board.

## GENERAL SECRETARY-TREASURER

**A**   Section 12.   The General Secretary-Treasurer shall have the following responsibilities: preserve all important records, correspondence and documents relating to the business of the United Brotherhood; conduct all official correspondence pertaining to the office; sign all charters, if in proper order; have charge of the seal of the United Brotherhood, and affix it to all important official documents; keep a record of membership status of the United Brotherhood's members; receive all moneys due from Local Unions and other sources, giving credit for same; deposit all funds in the name of the United Brotherhood of Carpenters and Joiners of America

13

in such banks or other financial institutions as may be designated by the General Executive Board; invest the funds of the United Brotherhood in accordance with the Investment Policies approved by the General Executive Board; make disbursements for general operating expenses, claims and bills legally due and those authorized by the General Executive Board, in accordance with the Disbursements Policies approved by the General Executive Board and using checks or similar instruments that are signed by the General Secretary-Treasurer and counter-signed by the General President or General Vice-President, or by those fiduciaries designated by the General President and approved by the General Executive Board; examine and pay donation claims in accordance with the Laws of the United Brotherhood, order Local Unions to furnish such evidence and information as may be required to render decisions in donation claims, and may retain such evidence and papers on file as the case may warrant, furnishing copies upon the request of the Local Union; keep a correct financial account between Local Unions and the United Brotherhood, notifying the Local Unions when two months in arrears, before the fifteenth day of the third month; submit an itemized statement of revenues and expenses of the United Brotherhood to the General Executive Board at the quarterly meetings, submit to them all books and vouchers pertaining to the office of the General Secretary-Treasurer for inspection and deliver to the General Executive Board all such books and vouchers when called on to do so; and perform such other duties as the General Executive Board may require. The General Secretary-Treasurer shall employ clerical assistance in the office of the General Secretary-Treasurer at reasonable salaries payable from the General Fund. The General Secretary-Treasurer shall assist the General President in the discharge of the duties of that office and shall perform such other duties as may be assigned by the General President. In the absence of the General President and the General Vice President from the General Office, the General Secretary-Treasurer shall perform the duties of the General President under the direction of the General President and when not engaged at the General Brotherhood under the direction of the General President. In the event of a vacancy in the office of the General Secretary-Treasurer, the General President may appoint a member to fill the vacancy by consent of a majority of the General Executive Board.

**B**    The General Secretary-Treasurer shall publish "The Carpenter" magazine pursuant to the schedule decided by the General Executive Board, and mail a copy of same to the home address of each member; issue the General Password quarterly, and a General Password to the Auxiliary Unions semi-annually; publish and forward to the Secretary of each Local Union a quarterly Financial Statement of revenues and expenses; compile, and make available to each Local and Council, directory information including the addresses and meetings of Local Unions and Councils.

**C**    The General Secretary-Treasurer shall print the Constitution and Laws of the United Brotherhood in English and any other appropriate language as approved by the General Executive Board, and the interpretation of the Constitution and Laws in the English language shall be the only one by which the United Brotherhood shall be governed.

**D**    The General Secretary-Treasurer shall make an annual report, and shall perform such other duties as are required by the Constitution and Laws of the United Brotherhood. The General Secretary-Treasurer may by virtue of the office be a delegate to the Conventions of the AFL-CIO and Building and Construction Trades Department.

## BOARD OF TRUSTEES

**A**    Section 13.   The General President, General Vice President, General Secretary-Treasurer, and the six (6) District Vice Presidents shall by virtue of their office constitute a Board of Trustees for the management and control of the Headquarters and real estate of the United Brotherhood of Carpenters and Joiners of America in the City of Washington, D.C. and elsewhere.

14

15

**B**  By virtue of their office, the General President shall be Chairperson and the General Secretary-Treasurer shall be Secretary of the Board of Trustees and it shall be their duty to keep a record of the meetings of the Board of Trustees.

**C**  The said Board of Trustees shall make a report to the General Convention of all business transacted in connection with the Headquarters and the real estate of the United Brotherhood of Carpenters and Joiners of America.

**D**  The said Board of Trustees shall authorize the General President and General Secretary-Treasurer to pay all legitimate expenses in connection with said Headquarters and real estate, subject to examination and approval of the Board when in session.

**E**  The title of the Headquarters and real estate now held by this United Brotherhood, or which may be hereafter acquired, shall be vested by proper conveyance in said Board of Trustees and their successors in office, to be held by said Board of Trustees in trust for the sole use, benefit and behalf of this United Brotherhood of Carpenters and Joiners of America.

**F**  Said Board of Trustees shall have the management and control of all property, to sell, rent, lease and improve the same in such manner as the majority of said Trustees shall direct. However, the Headquarters or real estate on which it is located shall not be sold, conveyed or encumbered except in accordance with the following steps: (1) a Headquarters Oversight Committee shall be appointed, including the members of the permanent Financial Oversight Committee and seven additional members from among officers or representatives of affiliated subordinate bodies of the United Brotherhood; (2) the Headquarters Oversight Committee, exercising fiduciary responsibility, shall independently review the proposed sale, conveyance or encumbrance and report their recommendation in writing to the Board of Trustees; (3) approval shall be obtained by a secret ballot vote of the combined committees of the Board of Trustees, the Financial Oversight Committee, and the additional seven members representing various Councils and Locals of the Brotherhood, or by a majority vote of the membership of

16

the United Brotherhood voting in a referendum vote taken in accordance with the Laws of the United Brotherhood.

**G**  All legitimate expenditures in connection with said Headquarters and real estate shall be paid by the General Secretary-Treasurer out of the funds of the United Brotherhood in accordance with the Constitution and Disbursement Policies approved by the General Executive Board.

**H**  All income received from rents, lease or sale of said property, or any part thereof, shall be received by the General Secretary-Treasurer as provided for in the Constitution and Laws of the United Brotherhood of Carpenters and Joiners of America, and shall become a part of the General Fund of the United Brotherhood of Carpenters and Joiners of America. An accounting of all such receipts and expenses shall be published in the regular quarterly Financial Statement submitted by the General Secretary-Treasurer to the Local Unions.

**I**  Members of the Board of Trustees shall receive no additional compensation for their services in connection with the management of the Headquarters and real estate.

## GENERAL EXECUTIVE BOARD

**A**  Section 14.  The General Executive Board between Conventions, in addition to the powers set forth elsewhere in the Constitution and Laws, shall exercise all the executive and judicial power and authority of the United Brotherhood, except such power or authority as may be specifically delegated by the Constitution and Laws to General Officers and Trustees. The General Executive Board shall have authority to determine the number of District Vice Presidents, the number of Districts, the geographical area of the Districts and to make appropriate provisions for the administration of the various Districts.

**B**  One member of the General Executive Board shall be elected from each District. The Eastern District shall consist of

17

Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont, Virginia, and West Virginia. The Midwestern District shall consist of Illinois, Indiana, Kentucky, Michigan, Ohio, and Wisconsin. The Southern District shall consist of Alabama, North and South Carolina, Florida, Georgia, Louisiana, Mississippi, Tennessee, Texas, Canal Zone, Virgin Islands, and Puerto Rico. The Central District shall consist of Arkansas, Iowa, Kansas, Minnesota, Missouri, Nebraska, North Dakota, Oklahoma, and South Dakota. The Western District shall consist of Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming. The Canadian District shall consist of the entire country of Canada.

**C**   The General Executive Board shall be composed of the General President, General Vice President, General Secretary-Treasurer, and one District Vice President from each of the above districts of the United Brotherhood, who between Board meetings shall devote their entire time to the interest of the United Brotherhood, under the supervision of the General President. The General President shall chair the General Executive Board and the General Secretary-Treasurer shall be its Secretary; they shall hold quarterly meetings, or when required, and shall hold special meetings at the call of the Chair. All correspondence and appeals for the General Executive Board shall be sent to the General Secretary-Treasurer, who shall present same at the next regular meeting of the Board. No General Officers shall vote on decisions rendered by themselves. Proceedings of the General Executive Board shall be published in pamphlet form and sent directly to Local Unions, District, Regional, Industrial, State and Provincial Councils.

**D**   The General Executive Board shall decide points of law and appeals that may be submitted to it. An appeal to the General Convention shall not operate as a stay of the decision of the General Executive Board except, however, that the General Executive Board shall have the authority to grant a stay of its decision or a decision of the Appeals Committee when in its judgment such action is warranted. A member of the General Executive

Board may file charges alleging a violation of the Constitution and Laws against any officer or member of any subordinate body and the processing and trial of such charges shall be conducted under procedures to be established by the General Executive Board. The Chairperson of the General Executive Board shall from time to time designate members of the United Brotherhood to serve on a panel which shall constitute a standing Trial Committee, of which any three (3) or more members may be designated to conduct trial of a case. In all such trials a complete record of the proceedings shall be made. An accused found guilty of violating the Constitution and Laws may be fined, suspended or expelled by majority vote of the Trial Committee subject, however, to appeal to the General Executive Board and the Convention. Appeal of any such decision must be filed with the Secretary of the General Executive Board within thirty (30) days from the date on which notice of the Trial Committee verdict or penalty is mailed to the accused. When an appeal is filed any penalty imposed shall be stayed pending the decision of the General Executive Board. When an appeal is filed, a complete record of the proceedings together with the verdict and penalty of the Trial Committee shall be submitted to the General Executive Board. A finding, verdict or penalty of the Trial Committee may be affirmed, set aside or modified on appeal. A decision of the General Executive Board may be appealed to the Convention under Section 53H.

**E**   The General Executive Board shall have power to authorize strikes in conformity with the Constitution and Laws of the United Brotherhood, and when necessary to defend the organization in any locality against the attacks of employers, combinations or lockouts, or any attempt to disrupt or destroy the organization, to support such locality by levying a per capita assessment and by ordering a cessation of work for any employer involved, irrespective of where such work is located; enter into agreement with other organizations with reference to jurisdiction over work; or a general offensive or defensive alliance.

**F**   The General Executive Board shall have power to protect the property and interest of the United Brotherhood in such a manner

18

19

as they may deem helpful and beneficial.

**G** The General Executive Board shall have power to disavow agreements that may have been entered into by any subordinate Local Unions or Councils, unless such agreements have been approved by the General President.

**H** The General Executive Board shall have power to make agreements with employers covering our jurisdiction; provided such agreements require employers to conform with the trade rules of the district where the work is located, or which provide special terms and conditions found by the General Executive Board to be appropriate to a particular industry or type of work. In negotiating pension, health and welfare and other fringe benefit agreements, Local Unions and Councils shall wherever possible provide for participation therein by contractors and their employees working in the area under agreements with the United Brotherhood.

**I** The General Executive Board and its members are fiduciaries entrusted with responsibility for the assets of the United Brotherhood. In carrying out this responsibility, the General Executive Board shall establish and control the investment policy governing investment of United Brotherhood assets. Such investments shall be made only with prior approval of the General Executive Board, and a written investment report shall be made to all Local Unions and Councils on a regular basis. The General Executive Board shall obtain proper surety bonds for all General Officers and Trustees and such employees of the United Brotherhood as it may deem necessary. The General Executive Board shall require an annual audit of the accounts and books of the United Brotherhood by a Certified Public Accountant, and such audit shall be reported in writing to the General Executive Board. The General Executive Board shall perform such other duties as may be provided for in the Constitution and Laws of the United Brotherhood.

**J** Whenever, by virtue of an increased death rate, a deficiency is likely to arise in the revenues provided for payment of Funeral Donations under the Constitution, the General Executive Board shall have the authority to draw from the funds of each Local Union such sum for each member in good standing as may be provided against such deficiency.

**K** The General Executive Board shall provide for the bonding of the officers and personnel of the United Brotherhood. The General Executive Board shall have the authority to provide for the bonding of officers and personnel of subordinate bodies of the United Brotherhood. When the General Executive Board provides such bond coverage through the General Office, all such officers and personnel must be bonded thereunder to be eligible to hold any office or employment. The price of such bonds shall be a standing appropriation to be paid to the General Secretary-Treasurer upon the receipt of notice from the General Office.

**L** The General Executive Board shall have power to define in detail the trade autonomy and jurisdiction of the United Brotherhood.

**M** The General Executive Board shall be empowered to authorize contributions or expenditures in support of or in opposition to legislation or other political activity, including support of particular candidates for office, political parties and other entities, to the extent permitted by law, where such support is deemed by the General Executive Board to be in the best interests of the United Brotherhood or its subordinate bodies or members, or organized labor, generally or in a particular area. This authority may be delegated by the General Executive Board to the General President.

## SUPPLIES FOR LOCAL UNIONS

Section 15.  All Constitutions, cards and supplies shall be furnished by the General Secretary-Treasurer, per order of the Financial Secretary or Recording Secretary of any Local Union or subordinate body in good standing, and the money for the same will be billed or shall accompany all orders for supplies when sent to the General Secretary-Treasurer.

20

21

## REVENUE

Section 16.  The revenue of the United Brotherhood shall be derived from a per capita tax from all Local Unions on all members, applicants and persons paying agency shop or similar fees, also the amount specified on each new member admitted, charter fees, rent of office building, interest on bank deposits, income from investments, subscribers to and advertisements in the Carpenter, fines, supply sales and other miscellaneous receipts.

## GENERAL CONVENTION

**A**    Section 17.  The United Brotherhood shall meet in General Convention in 2000 and every five (5) years thereafter, on a date set by the General Executive Board, and the Board shall provide a suitable place for holding such Convention. The General Convention, while in session, shall be vested with all the executive, legislative and judicial authority of the United Brotherhood together with all powers necessary or incidental thereto.

**B**    A Special Convention may be called as follows: Whenever fifteen Local Unions, no two of which are located in the same State or Province, present to the General Executive Board a resolution calling for a Special Convention, the General Executive Board shall consider the matter no later than its next regular meeting. If the General Executive Board is satisfied that a Special Convention for the purpose requested is in the best interest of the United Brotherhood, it shall make provision for the holding of such a Convention at the earliest practical date. Whenever the General Executive Board shall decide that a Special Convention is necessary, it shall have authority by majority vote to issue a call for a Special Convention. A Special Convention shall be subject to the same rules as a General Convention except that a Special Convention cannot consider any matter other than as may be stated in the Convention Call.

**C**    A Local Union shall be entitled to representation in the Convention for members in good standing in the month that the Convention Call is issued according to the General Secretary-Treasurer's records, on this basis: 100 members or less shall be entitled to one delegate; more than 100 members and not more than 500; two delegates; more than 500 and less than 1,000, three delegates; 1,000 members and less than 1,500, four delegates; 1,500 members and less than 2,000, five delegates; 2,000 and less than 2,500, six delegates; 2,500 and less than 3,000, seven delegates; a Local Union with 3,000 or more members shall be entitled to eight delegates plus one additional delegate for every 500 members over 3,000. State, Provincial, Regional, Industrial, and District Councils and the Canada Council shall be entitled to representation by election of one delegate.  The General Officers of the Brotherhood (as set forth in Section 9, Par. A) shall receive full accredited delegate credentials to the Convention from their respective Local Unions. Each duly elected delegate shall be entitled to one vote in the Convention, except that delegates elected by Councils shall not be entitled to vote in the election of General Officers.

**D**    General Officers shall be accredited delegates to any General or Special Convention of the United Brotherhood by virtue of their office. The designation of General Officers as delegates shall not affect the number of delegates to which their respective Local Unions shall otherwise be entitled.

**E**    A Local Union shall not be entitled to representation which owes two months' per capita tax to the General Office.

**F**    The election of delegates and alternates shall be held by secret ballot within the time specified by the General Executive Board. All members shall be notified by mail to attend the meeting at which the delegates and alternates are to be elected. To be eligible for nomination or election as a delegate or alternate to a General Convention, a member must meet the requirements of Section 31D.

**G**    The Recording Secretary shall at once report to the General Secretary-Treasurer the name and post office address of the delegate and alternate.

**H**  Each delegate other than a General Officer shall establish claim to a seat by presenting proper identification and credentials, duly signed by the President and Recording Secretary of the Local Union or the President and Secretary of the State, Provincial, Regional, Industrial or District Council the delegate represents with seal attached. Eligibility of General Officers shall be certified by the General Secretary-Treasurer.

**I**  No proxy representation shall be allowed. A delegate to the Convention of the United Brotherhood, other than a General Officer, must hold credentials from the Local Union of which the delegate is a member, but several Local Unions can club together, or so can Local Unions in a District, Regional or Industrial Council, and elect a delegate, but the delegate must hold credentials from the Local Union in which membership is held. Except as provided herein, no member may be a delegate from or represent more than one subordinate body.

**J**  The mileage and expenses for the attendance of said delegates shall be defrayed by the Local Union or Council they respectively represent.

**K**  A quorum for the transaction of business shall consist of a majority of the delegates attending the Convention. Any delegate who refuses to recognize and obey the sound of the gavel in the hands of the presiding officer shall be debarred from further voice or vote during the session, and the action taken by the presiding officer shall be reported by the General Secretary-Treasurer to the Local Union or Council which elected the offending delegate as their representative.

**L**  The Committee on Constitution and the Committee on Grievances and Appeals shall meet in advance of the Convention at a time and place designated by the General President. Members of the General Executive Board shall not be eligible to act on either of these committees.

**M**  The Committee on Finance shall examine the accounts of the General Secretary-Treasurer, and shall verify the audits made by

24

the General Executive Board, and shall meet at a time and place designated by the General President.

**N**  The General President shall appoint a Committee on Credentials, consisting of not less than five members. The Committee shall meet at the call of the chair. In the event the credentials of a delegate are protested, the Committee on Credentials shall hear the protest and submit its findings to the Convention.

## ORDER OF PROCEDURE

Section 18.  The order of procedure in Convention in the transaction of business shall be the same as at the preceding Convention until such time as the Committee on Rules reports.

## DUTIES OF OFFICERS AT CONVENTION

Section 19.  The General Officers shall be required to attend the Convention and they shall have a voice and vote in same, and their expenses shall be paid out of the funds of the United Brotherhood.

## GENERAL PRESIDENT

**A**  Section 20.  It shall be the duty of the General President to preside at all Conventions of the United Brotherhood and conduct same according to parliamentary rules and in conformity with the laws of the United Brotherhood, and immediately after the opening of the Convention shall appoint a Committee on Rules. The General President shall appoint such other committees as may be necessary. Each committee shall consist of not less than five delegates.

**B**  The General President shall submit a report to the Convention.

25

## GENERAL SECRETARY-TREASURER

Section 21.   The General Secretary-Treasurer shall keep a correct record of the proceedings of the Convention and shall submit a report to the Convention, including a report of the United Brotherhood's revenues and expenses.

## GENERAL EXECUTIVE BOARD

Section 22.   The General Executive Board shall submit a report to the Convention.

## BOARD OF TRUSTEES

Section 23.   The Board of Trustees shall submit a report to the Convention.

## PERIOD COVERED BY REPORTS

Section 24.   The reports required by Sections 20B, 21, 22 and 23 shall cover the period beginning on January 1 of the year in which the last General Convention was held and ending on December 31 of the year preceding that in which the General Convention is held at which the reports are to be submitted.

## JURISDICTION AND POWERS OF LOCAL UNIONS

**A**   Section 25.   It is the continuing obligation of every Local Union to organize workers.

**B**   Local Unions shall be governed by applicable uniform bylaws and have the power to make laws and trade rules which in no way conflict with the Constitution and Laws of the United Brotherhood, and must be approved by the General Vice President before becoming law, and shall be filed with the General Vice President; likewise, all future amendments must be submitted and filed. Local Unions not

affiliated with a District, Industrial or Regional Council shall have the power to conduct trials of members who have been charged with violating the Constitution and Laws or violating the Trade Rules in the Local Union when such violations occur within the Local Union's jurisdiction and impose such penalties as they may deem the case requires, subject to Sections 51 and 52, and the right of appeal under Section 53. Local Unions cannot debar their members from working for contractors or for employers who are not connected with the Employers' or Builders' Association, nor shall Local Unions affiliate with any central organization whose Constitution or Bylaws conflict with those of the United Brotherhood.

**C**   At any regular or special meeting of the membership of a Local Union, duly called for the transaction of any business, those present shall constitute a quorum, provided seven (7) or more members are present. For any regular or special meeting of the Executive Committee of a Local Union, those present constitute a quorum, provided a majority of the members of the Executive Committee are present. The terms special meeting and special called meeting have the same meaning.

**D**   Local Unions shall have power to regulate and make payment of sick donations only by an established Bylaw of the Local Union.

**E**   A Local Union cannot dissolve itself.  A Local Union cannot withdraw from the United Brotherhood so long as two members in good standing object thereto.

**F**   In communities where there are not a sufficient number of persons eligible for membership in the United Brotherhood to form a Local Union, the Representative, or some other person designated by the General President, shall have the power to initiate applicants in such localities and provide such members with Dues Books, Constitutions, etc. Members so initiated shall be under the jurisdiction and shall pay dues to the Local Union designated by the Representative.

**G**   Each Local Union is responsible for the carelessness or negligence of its officers.

26

27

**H**   All Local Unions and Councils are prohibited from sending out circulars or appeals asking for financial aid from any other Local Union or Council of the United Brotherhood, except by and with the approval of the General Executive Board.

**I**   The donation coverage of any member may not be changed from Donation Schedule 1 to Donation Schedule 2, or from Donation Schedule 2 to Donation Schedule 1 without the written approval of the General President. Members may not change coverage status from Donation Schedule 2 to Donation Schedule 1 after reaching their fiftieth birthday.

**J**   The geographical or trade jurisdiction of any Local Union may not be changed without the written approval of the General President.

## JURISDICTION AND POWERS OF DISTRICT AND REGIONAL COUNCILS

**A**   Section 26.   It is the continuing obligation of every District and Regional Council to organize workers.

**B**   Where there are two or more Local Unions located in one city, they must be represented in a District Council or Regional Council unless otherwise determined by the General President. District Councils and Regional Councils shall be composed of Delegates from Local Unions of the United Brotherhood. They shall be governed by applicable uniform Bylaws and have the power to make laws and trade rules which in no way conflict with the Constitution and Laws of the United Brotherhood and which are approved by the delegates of the Council and the General Vice President. The General President shall have power to order such Local Unions to affiliate with such District or Regional Council, and to determine the jurisdictional area and trade autonomy of such District or Regional Council subject to appeal. No Local Union may withdraw from such a District Council or Regional Council without approval of the General President.

**C**   District Councils and Regional Councils may be formed in localities other than in cities where two or more Local Unions in adjoining territory request it, or when in the opinion of the General President the good of the United Brotherhood requires it. No Local Union shall affiliate with or withdraw from such a District Council or Regional Council without the approval of the General President. District and Regional Councils so formed shall be governed by applicable uniform Bylaws and have the power to make laws and Trade Rules which in no way conflict with the Constitution and Laws of the United Brotherhood and which are approved by the delegates of the Councils and the General Vice President.

**D**   At any regular or special meeting of a District or Regional Council, duly called for the transaction of any business, those present shall constitute a quorum, provided seven (7) or more delegates are present. For any regular or special meeting of the Executive Committee of a District or Regional Council, those present shall constitute a quorum, provided a majority of the members of the Executive Committee are present. The terms special meeting and special called meeting shall have the same meaning.

**E**   The jurisdiction of District or Regional Councils shall be determined in accordance with the Constitution and Laws of the United Brotherhood. The title to all property of the District or Regional Council shall be held in the name of the Trustees of the District or Regional Council and/or their successors in office. District or Regional Councils having annual receipts amounting to Twenty-Five Thousand Dollars ($25,000.00) or more from all sources shall engage a certified or registered public accountant for periodic audits, but not less than once a year, and such audits shall be examined by the Trustees for comparison with the Trustees' audits who shall report their conclusions in writing to the District or Regional Councils.

**F**   A District Council or Regional Council shall have the power to conduct trials of members or Local Unions within its jurisdiction who have been charged with violating the Constitution and

Laws, violating the District Council or Regional Council Bylaws and/or Trade Rules or violating the Trade Rules of a Local Union when such violation occurs within the District Council's or Regional Council's jurisdiction, and impose such penalties as they may deem the case requires, subject to Sections 51 and 52 and the right of appeal under Section 53. District Councils and Regional Councils cannot debar their members from working for contractors or employers not connected with Employers' or Builders' Associations, nor shall District Councils or Regional Councils affiliate with any central organization whose Constitution or Bylaws conflict with those of the United Brotherhood.

**G**    Examining Boards may be established by District or Regional Councils or Local Unions where no District or Regional Council exists.

**H**    The General President may authorize and charter Regional Councils to be composed of two or more Local Unions and/or District Councils. There shall be a Canada Council, with Bylaws to be approved by the General Vice President.

**I**    The General Executive Board may establish uniform Bylaws to govern State Councils, Provincial Councils, Regional Councils, District Councils, Industrial Councils and Local Unions, not inconsistent with the Constitution and Laws, which shall be in full force and effect pending ratification or modification by the next General Convention.

**J**    The geographical or trade jurisdiction of any Council may not be changed without written approval of the General President.

## JURISDICTION OF STATE AND PROVINCIAL COUNCILS

**A**    Section 27.    State and Provincial Councils may be formed in accordance with Section 6A of the Constitution and Laws. All Laws of State and Provincial Councils must be submitted to the General Vice President for approval, and all officers and members of such Councils shall be held responsible for compliance with all Laws governing the United Brotherhood.

**B**    State and Provincial Councils shall have the power to make laws to govern such State and Provincial Councils, which shall in no way conflict with the Constitution and Laws of the United Brotherhood, and which must be approved by the General Vice President before becoming law.

**C**    The jurisdiction of State or Provincial Councils shall be the State or Province for which they are chartered, unless otherwise provided in the Constitution and Laws of the United Brotherhood.

**D**    The title to all property of the State and Provincial Councils shall be held in the name of the Trustees of the State and Provincial Councils and/or their successors in office. State and Provincial Councils having annual receipts amounting to Twenty-Five Thousand Dollars ($25,000.00) or more from all sources shall engage a certified or registered public accountant for periodic audits, but not less than once a year, and such audits shall be examined by the Trustees for comparison with the Trustees' audits who shall report their conclusions in writing to the State and Provincial Councils.

## JURISDICTION OF AUXILIARY UNIONS

**A**    Section 28.    Jurisdiction of Auxiliary Unions shall be as provided for by the Constitution and named in their Charter.

**B**    Auxiliary Unions may make laws to govern their members in the same manner as Local Unions, provided that such laws are not in conflict with the Constitution of the United Brotherhood or the Local Union or Council's Bylaws in the area in which the Auxiliary operates.

**C**    Any member in good standing is permitted to become a member of a Ladies' Auxiliary Union.

## ADMISSION OF LOCAL UNIONS

Section 29.   Applicants who wish to organize a Local Union may apply to the General Secretary-Treasurer and request the out-fit necessary for the institution of a Local Union. Issuance of a charter shall be discretionary with the General President under Section 10A. If after investigation issuance of a charter is approved, the General Secretary-Treasurer shall forward the Charter and any administrative materials necessary to begin operations as a Local Union under the Constitution of the United Brotherhood. The Charter is at all times the property of the United Brotherhood.

## SUSPENDED AND LAPSED LOCAL UNIONS AND COUNCILS

**A**   Section 30.   If, at any time, a Local Union, Council or other subordinate body should withdraw, lapse, dissolve, be suspended or expelled, or otherwise cease to function as a chartered subordinate body of the United Brotherhood, all Property, Books, Charter and Funds held by, or in the name of, or on behalf of said Local Union, or other subordinate body must be forwarded immediately to the General Secretary-Treasurer for such use or disposition in the interests of the membership of the United Brotherhood as the General President in the exercise of his or her discretion may direct.

**B**   The officers and members of said Local Union, Council, or other subordinate body will be held responsible for compliance with the above Section, under penalty of being prosecuted by law, and forfeiture of membership and donation in this United Brotherhood.

**C**   A member of a lapsed or suspended Local Union, if in good standing, and upon payment of any dues or assessments then unpaid, can be cleared for transfer to the nearest Local Union in the vicinity, upon application to the General Secretary-Treasurer. Once a member is cleared for transfer by the General Secretary-Treasurer, such member can be transferred to the nearest Local Union without the personal attendance of the member.

32

**D**   In no event shall the United Brotherhood be liable for the obligations or debts of a subordinate body, including a subordinate body which has withdrawn, lapsed, dissolved, been suspended, expelled, or otherwise ceased to function as a chartered subordinate body of the United Brotherhood.

## NOMINATION, ELECTION AND APPOINTMENT IN SUBORDINATE BODIES

**A**   Section 31.   The officers of a Local Union shall be a President, Vice President, Recording Secretary, Financial Secretary, Treasurer, Conductor, Warden and three Trustees. The officers shall constitute the Executive Committee of the Local Union. A Business Representative who is not a member of the Executive Committee shall attend the meetings of the Executive Committee with voice but without vote. No member may hold more than one office or be a candidate for more than one office in a regular election, in the same subordinate body, unless dispensation to combine two or more offices is or has been granted by the General President. In elections held to fill vacancies, a member who holds an office must resign said office in writing before accepting nomination as a candidate for another office in the same subordinate body (unless the offices are combined by dispensation) and all existing vacancies, including those left by such resignations, shall be filled by the same nominations and election. Neither the President, Treasurer, Financial Secretary nor Recording Secretary can act as Trustee.

**B**   Where Local Unions are affiliated with a District, Industrial or Regional Council, the services of any Business Representatives, Assistant Business Representatives, and Organizers shall be provided by and through such Council and such Business Representatives, Assistant Business Representatives, and Organizers shall be appointed by the Executive Secretary-Treasurer of the Council, subject to approval of the Executive Committee of the Council, and shall be employees of the Council. All Business Representatives and Assistant Business Representatives shall be

33

required to participate in any training program for Business Representatives which shall be established by the United Brotherhood, and all Organizers shall be required to participate in any training program for Organizers that may be designated by the General President. Local Union officers shall be required to participate in any training program established by the United Brotherhood for the Local Union officer position they hold. Council delegates shall be required to participate in any training program for Council delegates established by the United Brotherhood. An appointed Business Representative, Assistant Business Representative, or Organizer shall serve at the discretion of the District, Industrial, or Regional Council. No member may be appointed to or hold the position of Business Representative, Assistant Business Representative or Organizer while receiving a pension under the United Brotherhood of Carpenters Pension Plan.

**C** The regular terms of elected officers shall be three years in Local Unions and three or four years in District, Industrial and Regional Councils, or until their successors are elected, qualified and installed.

**D** A member cannot hold office or the position of Delegate or a Committee position, or be nominated for office, Delegate or a Committee position, if receiving a pension under the United Brotherhood of Carpenters Pension Plan, or unless present at the time of nomination, except that the member is in the anteroom on authorized business or out on official business, or prevented by accident, sickness, or other substantial reason accepted by the Local Union or Council from being present; nor shall the member be eligible unless working for a livelihood in a classification within the trade autonomy of the United Brotherhood as defined in Section 7 or in employment which qualifies him or her for membership, or is depending on the trade for a livelihood, or is employed by the organization as a full-time officer or representative; provided, further, that members who are life members, apprentices, trainees or probationary employees shall not be eligible. A member must have been twelve (12) consecutive months a member in good standing

34

immediately prior to nomination in the Local Union and a member of the United Brotherhood of Carpenters and Joiners of America for two consecutive years immediately prior to nomination, unless the Local Union has not been in existence the time herein required, and must remain a member in good standing at all times in order to remain in the position to which he is elected or appointed. A member who retires after being elected may complete the term for which elected unless receiving a pension under the United Brotherhood of Carpenters Pension Plan. Contracting members are not eligible to hold office, nor shall a member who has been a contracting member until six months have elapsed following notification by the member to his or her Local Union in writing that he or she has ceased contracting.

**E** Nomination of officers and delegates of Local Unions shall take place in May and the election shall take place in June. All members shall be notified by mail of the time, date and place of the nominating meeting and the notice shall specify all offices to be filled. Notice shall be by letter or postcard, or by a notice conspicuously placed on the front page of the union newsletter or newspaper, and must be sent to the members' last known address as reported to the Recording Secretary under Section 44F. Notice in newspapers or similar publications shall not constitute proper notice, but may be used as a supplementary notice. Members shall receive not less than fifteen days' notice of nominations and elections, and where a combined notice is used it shall be mailed not less than thirty days prior to the date of the election. Notices of nomination and election shall be mailed not more than sixty (60) days prior to the date of such nominations and/or election. Where District Council officers are to be elected by delegates to the Council in any year in which the affiliated Local Unions hold regular election of such delegates, the election of District Council officers shall be by the incoming delegates and not by the outgoing delegates. In Local Unions that are not affiliated with a District, Regional or Industrial Council, if Business Representatives or Assistant Business Representatives are elected, their qualifications, nomination, and election shall be governed by the provisions of this section and the same rules which apply to Local Union offi-

35

cers shall apply to such Business Representatives.

**F**    The election of officers and delegates shall be by secret ballot. Ballots shall be prepared in advance listing the names of all candidates nominated for election. The nominees receiving a plurality of votes shall be declared elected. Write-in votes shall neither be authorized nor permitted in the election of Officers or delegates in any Local Union, District, Industrial, Regional, State or Provincial Council.

**G**    All Local Union elections shall be conducted by an Election Committee appointed by the President of the Local Union. For Council elections, all elections shall be conducted by an Election Committee appointed by the Executive Secretary-Treasurer of the Council, or by the President of the Council if no Executive Secretary-Treasurer position exists or if such position is vacant. No nominee for office or nominee for delegate shall be eligible to serve on such Committee. The Financial Secretary shall be available with all necessary records to establish eligibility of members to be nominated for and to hold office and to vote in any election. For purposes of determining the eligibility of members to be nominated for and to hold office and to vote in any election, the UBC membership processing system shall be used to determine whether the length of membership and membership in good standing requirements have been met, along with other relevant information. If more than one polling place is used, a list of eligible members shall be available at each location. The Election Committee shall tabulate the vote and report to the Local Union or Council. The Chairperson of the Election Committee shall declare the result of the balloting and announce the name of the elected candidate. When voting machines are used the Tellers shall examine the machines before the start of the voting to see that they are properly set. A candidate, or his or her observer, may also examine the machines in conjunction with the Tellers. After the polls have closed the Tellers shall review the result of the election, fill out and sign the teller sheets giving the names of the candidates and total vote each received, which sheet shall be held in safe-keeping by the Recording Secretary. The Recording Secretary shall preserve all

ballots used and unused and all records pertaining to the election for one year following the date of the election.

**H**    Where required or permitted by law, a qualified candidate for office shall be permitted to examine the membership list containing the names and addresses of all the members once within thirty days prior to the election, and a Local Union or Council shall honor reasonable requests from candidates to have their campaign literature mailed by the Union at the candidates' expense. A candidate for office may designate a member in good standing as an observer at the poll and tabulation of the ballots. More than one observer may be appointed by each candidate as needed to adequately observe the polls and tabulation. Observers must be members in good standing. The Election Committee shall determine the number of observers permitted in each election.

**I**    The installation of Local Union officers shall take place on the first meeting in July. In case an officer does not appear for installation within two regular meetings thereafter, the office must be declared vacant. All Local Unions and Councils shall provide the United Brotherhood an accurate and current listing of their officers, Council delegates, organizers, and representatives immediately following their election or appointment by entering such information on the UBC membership processing system. Any interim changes shall be entered on the UBC membership processing system immediately following such changes.

**J**    A Local Union or Council may adopt a Bylaw providing that an officer or representative duly nominated and elected in accordance with the Constitution and Laws shall, by virtue of his or her office, be a delegate to a General Convention of the United Brotherhood or any other subordinate body with which the Local Union or Council is affiliated. The notices of nominations and election, and the ballot, must advise the members that the candidate elected to the office or position will be a delegate to the General Convention of the United Brotherhood or other subordinate body.

## VACANCIES IN LOCAL AND COUNCIL OFFICES

**A**    Section 32.   If any officer shall fail to discharge the duties of the office for three successive meetings, without satisfactory excuse, the office shall be declared vacant by the President. This provision shall also apply to the position of Business Representatives and delegates. Failure to attend a regular or special called meeting without satisfactory excuse shall constitute failure to discharge duties of the office at that meeting.

**B**    When vacancies occur in any elective office of a Local Union, the President of the Local Union may appoint a qualified member to fill the vacancy pro tem, until such time as an election is held to fill the vacancy. When a vacancy occurs in any elective office of a Council, the Executive Secretary-Treasurer of the Council may appoint a qualified member to fill the vacancy pro-tem, until such time as an election is held to fill the vacancy. If no Executive Secretary-Treasurer position exists or such position is vacant, the President of the Council may make such pro-tem appointment.

**C**    Any officer or Business Representative may be removed after due trial upon charges preferred in conformity with Sections 51 and 52 of the Constitution and Laws.

**D**    In the absence of both the President and the Vice President, the Recording Secretary shall call the meeting to order and those present shall elect a President pro tem.

**E**    Any Local Union or District Council Officer, elected Business Representative, Delegate or committee member, who applies for and is issued a Transfer Card from his Local Union shall be deemed thereby to have resigned his office or position.

## DUTIES OF PRESIDENT OF LOCAL UNION

**A**    Section 33.   The President shall preside at all meetings, preserve order and enforce the Constitution and Laws of the United Brotherhood; shall decide all questions of order, subject to an appeal to the Local Union. The President shall determine all ques-

38

tions of eligibility for office, subject to an appeal to the General President under Section 53G. The President shall have the deciding vote in case of a tie, except in cases of a secret ballot vote.

**B**    The President shall appoint all committees or such other officers as may be necessary, unless otherwise ordered, and shall have the power to order the Recording Secretary to call special meetings when requested in writing by five members in good standing, see that bonds are procured for officers and shall perform such other duties as are required by the office. Members must be notified of special meetings in writing sent to their last known address and stating the date, time and place of the meeting and the business to be transacted. No business not stated in the notice shall be transacted. Special meetings may be held in conjunction with regular meetings.

**C**    Any member entering the meeting in a state of intoxication, or who disturbs the harmony thereof, or uses profane or unbecoming language during the meeting shall be admonished by the Chair. If the member again offends, he or she shall be assessed One Dollar ($1.00); for next offense, Five Dollars ($5.00); and for the next offense shall be excluded from the room. The fact that a member is admonished, assessed or excluded from the room under this Section shall not constitute a bar to the filing and processing of charges against the member based on his or her conduct at the meeting. A visiting member shall be subject to these Laws, and assessments shall be payable to the Local Union or Council where the offense is committed. The Chairperson shall strictly enforce this Section.

## DUTIES OF VICE PRESIDENT OF LOCAL UNION

Section 34.   The Vice President shall assist the President in the discharge of the official duties and shall fill the office in case of absence, death, removal or resignation of the President, until such time as a President is elected.

39

## DUTIES OF RECORDING SECRETARY OF LOCAL UNION

**A**    Section 35.   The Recording Secretary shall keep the correct minutes of each meeting, read and preserve all documents and correspondence, issue all summons for special meetings, have charge of seal and affix the same on all official documents, and conduct all official correspondence. Minutes of meetings shall be safely preserved as a permanent record of the Local Union, in a form approved by the General Office.

**B**    The Recording Secretary shall ensure that the names and addresses of all new officers are entered into the UBC membership processing system, with the correct beginning and ending dates for terms of office, and that such information is kept up to date. The Recording Secretary shall report to the Local Union the expenditures at the close of each meeting and perform such other duties as the Local Union may direct, or as prescribed in the Constitution and Laws of the United Brotherhood.

**C**    The Recording Secretary, when properly instructed, shall notify all members of the Local Union to present their Dues Books to the Trustees during the first month of each quarter for the purpose of comparing them with the books of the Financial Secretary.

## DUTIES OF FINANCIAL SECRETARY OF LOCAL UNION

**A**    Section 36.   The Financial Secretary shall receive all moneys paid into the Local Union and immediately make entry of same on the UBC membership processing system and shall without undue delay see that same is deposited either by paying same to the Treasurer who shall give a receipt for money received, or by directly depositing same in the Local Union's name in such bank or banks as may be designated by the Local Union. The Financial Secretary shall keep a record of all applications for membership and a correct account of each member, with full name and address, on the UBC membership processing system.

**B**    The Financial Secretary shall enter and date each payment on the member's Dues Book, if applicable, and sign the same, and shall record all receipts on the UBC membership processing system and report same to the Local Union.

**C**    The Financial Secretary shall report to the Local Union as to the numerical and financial standing of the Local Union for the preceding month at a membership meeting of the Local Union on a monthly basis and shall be bonded as required by the Constitution and Laws of the United Brotherhood.

**D**    Local Unions having an established business office shall have the power, by regularly passed motion, to designate the books and other property to be kept at the office, and to delegate such duties to the Financial Secretary as may be deemed expedient for proper transaction of its business. Where no established business office is maintained, the Financial Secretary and other officers shall securely maintain, on the Local Union's behalf, any records or other property that may be in their possession, and shall make such records and other property available to authorized officers and representatives upon request.

**E**    The Financial Secretary shall have full control of all supplies, and shall issue the same, subject to orders of the Local Union.

## DUTIES OF TREASURER OF LOCAL UNION

**A**    Section 37.   The Treasurer shall receive from the Financial Secretary all moneys collected and give receipt for and deposit same in the name of the Local Union in such bank or banks as may be designated by the Local Union. The Treasurer shall make no disbursement without the sanction of the Local Union. All checks of a Local Union must be signed by two or more officers of the Local Union. The Executive Committee of the Local Union shall designate which officers shall have authority to sign checks on behalf of the Local Union, except that the Trustees of a Local Union shall not be permitted to sign checks of a Local Union.

40

41

**B**   The Treasurer shall make an itemized statement the first meeting of each quarter for the preceding quarter, to the Local Union, of all moneys received and paid out, and submit books and vouchers for inspection at any time when called upon, and perform such other duties as the Local Union may require.

**C**   The Treasurer shall send the per capita tax to the General Secretary-Treasurer promptly each month for the month preceding, together with the portion of initiation fees payable to the United Brotherhood. All moneys shall be payable by check, money order or other form of payment as authorized by the General Secretary-Treasurer.

**D**   The Treasurer shall be bonded as required by the Constitution and Laws of the United Brotherhood.

## DUTIES OF CONDUCTOR OF LOCAL UNION

Section 38.   The Conductor shall examine all present at the meeting and report to the President all without the Password. The Conductor shall allow no one to remain without the Password. In the case of those Locals which desire to use the additional oral initiation ceremony, the Conductor shall obtain the names of all candidates awaiting initiation and report the same to the President and shall conduct the candidate through the initiation ceremony, and shall perform all duties pertaining to the office, and shall be furnished an assistant when necessary.

## DUTIES OF WARDEN OF LOCAL UNION

Section 39.   The Warden shall take charge of the doors at the meeting and see that no one but members with the current quarterly Password shall enter. Members in good standing, without the Password, shall be referred to the Vice President for the current quarterly Password.

42

## DUTIES OF TRUSTEES OF LOCAL UNION

**A**   Section 40.   The Trustees shall have the supervision of all funds and properties of the Local Union, subject to such instructions as they may receive from time to time from the Local Union. The title to all property of the Local Union shall be held in the name of the Trustees of the Local Union and/or their successors in office.

**B**   It shall be the duty of the Trustees to see that the Treasurer or Financial Secretary deposits all moneys received in such bank(s) as the Local Union designates. The Trustees shall see that the Recording Secretary of the Local Union notifies the bank(s) of the names of the officers duly authorized to sign checks for withdrawals on the account, and that all disbursements are to be made by check, except that a petty cash fund for either the Financial Secretary or the Treasurer is permitted.

**C**   The Trustees shall audit all books and accounts of the Financial Secretary and the Treasurer, audit all receipts and accounts of any other person authorized to collect funds, examine the bank book(s) monthly, and shall report to the Local Union in writing, and annually to the General Secretary-Treasurer on Bond Report Forms supplied from the General Office; and shall perform such other duties as are provided for in the Constitution and Laws of the United Brotherhood or as the Local Union may direct. Local Unions having annual receipts amounting to Fifty Thousand Dollars ($50,000) or more from all sources shall engage a certified or registered public accountant for periodic audits, but not less than once a year. Such audits shall be examined by the Trustees for comparison with the Trustees' Audits and the Trustees shall report their conclusions in writing to the Local Union.

## DUTIES OF COMMITTEES OF LOCAL UNION

**A**   Section 41.   All committees shall perform the duties assigned to them within the time specified, and shall report in writing. Eligibility to serve on a Committee is governed by Section 31D,

43

and no person shall be exempt from serving on a committee when called upon, except the Recording and Financial Secretaries, unless excused by vote of the Local Union, or who is already a member of some other committee. No member can be appointed to a committee unless present at the time of appointment, except that the member is in the anteroom on authorized business or out on official business, or prevented by accident, sickness, or other substantial reason accepted by the Local Union from being present.

**B**   The first person named on a committee shall chair the committee until another is chosen by the committee.

**C**   Any committee member who neglects or fails to perform any duty required by the Constitution and Laws of the United Brotherhood may be removed by the President, with the exception of members of the Executive Committee.

## QUALIFICATIONS FOR MEMBERSHIP

**A**   Section 42.   Members admitted before January 1, 1994 and before reaching age 60 shall be covered by Donation Schedule 1 or Donation Schedule 2 and may be eligible for a funeral donation under the provisions of Section 48. Members admitted on or after January 1, 1994 shall not be covered by Donation Schedule 1 or 2 and shall not be eligible for any funeral donation provided in the Constitution.

**B**   Members in good standing who, on or after January 1, 1987 have or attain 50 years of continuous membership in the United Brotherhood shall not be required to pay dues to any Local Union and the Local Union in which they hold membership shall not be required to pay per capita tax with respect to them to the United Brotherhood. Such members shall, nevertheless, retain all rights and privileges as well as other obligations of membership, and shall pay working dues while working in the jurisdiction of any Local Union or District Council that has established such working dues, work fees or supplemental working dues pursuant to Section 45C.

**C**   A candidate to be admitted to membership in any Local Union of the United Brotherhood must not be less than seventeen (17).

**D**   A candidate must be of good moral character and competent to command standard wages. Candidates shall not be denied the right to membership because of their particular sex, race, color, creed or national origin.

**E**   A candidate for membership cannot join any Local Union other than the one in the district in which the candidate is employed unless permission is granted by the Local Union or District, Regional, or Industrial Council where employed.

**F**   A member who has been expelled from any Local Union or by a District, Regional or Industrial Council of the United Brotherhood shall not be eligible for membership in any other Local Union without consent of the Local Union or District, Regional or Industrial Council, and only then by a majority vote of the members present at a meeting of the Local Union or District, Regional or Industrial Council from which the member was expelled.

**G**   Any member incapacitated by age or accident may be permitted to obtain employment at less than the regular scale of wages with the consent of the union by obtaining a Privilege Card from the District, Industrial, or Regional Council or the Local Union where no such Council exists.

**H**   Members who contract work or become supervisors must comply with the Constitution and Laws of the United Brotherhood.

**I**   No member of the United Brotherhood can remain in or become a member of more than one Local Union, or any other organization of carpenters and joiners, or any mixed union of building trades workers, or any organization whose jurisdictional claims overlap or infringe upon those of the United Brotherhood, under penalty of expulsion. Any member who accepts employment under nonunion conditions during the time of a strike or

lockout, or being employed as an armed guard during a strike or lockout, shall not be entitled to any donations. If a member is accused of holding membership contrary to this Section, the Executive Committee of the Local Union or District, Industrial or Regional Council shall give the member due notice of the charge, shall afford the accused a hearing and a full opportunity to present a defense. If after hearing the Executive Committee finds that the member holds membership contrary to this Section, the member shall be permitted thirty days in which to resign or withdraw from any conflicting membership and to so notify the Executive Committee. If the member fails to do so, his or her membership shall be revoked.

**J**    No member of a Local Union shall be eligible to vote for Officers or Delegates unless such member has been at least 12 consecutive months a member of the Local Union and is in good standing in the Local Union at the time of voting, except where the Local Union has not been in existence the time here required. Retired members not working at or depending on the trade for a livelihood shall not be entitled to vote on trade movements affecting wages or working conditions or on ratifications of contracts. For purposes of determining eligibility to vote, the UBC membership processing system shall be used, along with other relevant information. The method of contract ratification, which may include a vote of the membership, shall be decided by the Regional, Industrial or District Council where such a Council exists or by the Local Union if such Local Union is not affiliated with a Regional, Industrial, or District Council and is not mandated by the Constitution and Laws.

## APPRENTICESHIP

**A**    **Section 43.**  The United Brotherhood may establish Standards for apprenticeship and training programs, including skill upgrading, covering trades and industries within the United Brotherhood's jurisdiction. Where such Standards have been established, it shall be the responsibility of District Councils or Regional Councils, or of

Local Unions where no District or Regional Council exists, to develop and implement programs complying with the Standards and approved by the United Brotherhood. A graduate of an approved apprenticeship program shall be recognized within the United Brotherhood as a journeyman at his or her trade.

**B**    Individuals participating in approved apprenticeship and skill training programs may be admitted to membership in the United Brotherhood prior to attaining journeyman certification, at the following reduced initiation fees: the initiation fee before attaining second year apprenticeship status shall be 20 per cent of the journeyman fee; when admitted as a second year apprentice, 40 per cent of the journeyman fee; when admitted as a third year apprentice, 60 per cent of the journeyman fee; and when admitted as a fourth year apprentice, 80 per cent of the journeyman fee. Participants in apprenticeship and training programs shall be subject to the lawful agreements, conditions and procedures required by the Council or Local maintaining the program. Participants in approved apprenticeship and skill training programs who are members of the United Brotherhood shall comply with all lawful agreements, conditions, rules, and procedures of an apprenticeship program maintained by a Council or Local. Any member who violates this rule may be subject to a fine, suspension or expulsion after due notice of the charge, opportunity to defend, and hearing.

## ADMISSION OF MEMBERS

**A**    **Section 44.**  The General President shall authorize the use of a Membership Application form containing the Obligation. Where an applicant signs such an application, and makes a payment, thereby becoming bound by the Obligation, action of the investigating committee or approval of the membership shall not be required for admission to membership. A candidate qualified and who desires to become a member of any local union of the United Brotherhood must fill out and sign the regular application. The Financial Secretary shall forward completed membership applications to the General Secretary-Treasurer and shall enter the names and address-