FILED

DECEMBER 12, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

es of all applicants and new members into the UBC membership processing system.

**B** The application of the candidate must be presented to the Financial Secretary, with the full initiation fee, which (except for apprentices) shall be not less than forty Dollars ($40.00) for individuals who work in construction and not less than Twenty-Five Dollars ($25.00) for individuals who do not work in construction, and a sum equal to the current month's dues. An applicant may be permitted to pay the initiation fee in installments over a period not to exceed 90 days. In such cases the applicant shall deposit dues for each month commencing with the month of application. When the applicant is accepted into membership his or her membership shall date from the day of application. If an applicant fails to complete payment of the initiation fee within 90 days (or such period not to exceed an additional period of 60 days which may be granted by the Local Union for good cause), the applicant shall forfeit all amounts paid for dues or initiation fees and can only join by filing a new application to be processed in accordance with this Section. The initiation fee and dues paid shall be retained by the Local Union or District or Regional Council, except for per capita to the United Brotherhood for all months for which dues were deposited whether or not the applicant becomes a member. Applicants for membership permitted to pay the initiation fee in installments shall not be eligible to transfer until six (6) months after completing all installment payments. While an applicant he or she shall not be eligible to transfer.

**C** The new member shall be supplied with a Dues Book, or the equivalent, and a copy of the Constitution and Laws of the United Brotherhood and Bylaws and Working Rules of the District. Local Unions using check-offs are not required to issue dues books, except when a transfer is granted under Section 46, or as otherwise needed.

**D** Each member will be entitled to all the rights and privileges of this Brotherhood as prescribed in the Constitution and Laws of the United Brotherhood by strictly adhering to the Obligation as prescribed.

48

OBLIGATION

*I do, of my own free will and accord, solemnly and sincerely promise—on my sacred honor—that I will never reveal—by word or deed—any of the business of this United Brotherhood—unless legally authorized to do so. I promise to abide by the Constitution and Laws—and the will of the majority—observe the By Laws and Trade Rules—established by Local Unions and Councils—affiliated with the United Brotherhood—and that I will use every honorable means—to procure employment for brother and sister members. I agree that I will ask for the Union Label—and purchase union made goods—and employ only union labor—when same can be had. And I further agree that—if at any time it should be discovered—that I have made any misstatements—as to my qualifications for membership—I shall be forever debarred from membership—and donations in this order. I pledge myself to be obedient to authority—orderly in the meetings—respectful in words and actions—and charitable in judgement of my brother and sister members. To all of this I promise and pledge—my most sacred word and honor—to observe and keep—and the same to bind me—as long as I remain a member of this Brotherhood. And I further affirm and declare—that I am not now affiliated with—and never will join or give aid—comfort—or support to any organization that tries to disrupt any Local Union—District Council—Regional Council— State or Provincial Council or the International Body—of the United Brotherhood of Carpenters and Joiners of America.*

**E** Members in good standing may visit any Local Union provided they are in possession of the current quarterly Password and membership Dues Book.

**F** Each member is required to keep the Recording Secretary and Financial Secretary properly notified of correct place of residence and any change of same, and shall be assessed administrative costs of One Dollar ($1.00) if this information is not kept current.

**G** A member can remain a contractor or enter into the business of contracting, provided the member becomes signatory to and complies with the United Brotherhood collective bargaining agreement covering his work, obeys trade rules and complies with the Constitution and Laws of the United Brotherhood. Any viola-

49

tion of this rule shall be punished after due trial by a fine or expulsion. A contracting member shall not be eligible as an officer, business representative, or delegate of a Local Union or eligible to vote for officers, business representative(s), and delegates and shall not be eligible to vote on the wage question.

**H**   An ex-member desiring to rejoin the United Brotherhood may be readmitted only as a new member, subject to such readmission fee as provided for in the Bylaws of the Local Union or Council where application for membership is made. The Local Union or Council readmitting the ex-member shall ascertain the reason he or she was dropped from membership and if dropped for nonpayment of dues, shall collect an additional sum of Fifty Dollars ($50.00). Also if said ex-member owed any fines or assessments at the time of being dropped from membership in the Brotherhood, the Local Union or Council readmitting such ex-member shall collect the amount of the indebtedness and forward it to the Local Union or to the Council to which it is due. If an ex-member does not pay any such indebtedness, the ex-member may not be accepted for readmission unless dispensation is granted by the General President. An ex-member desiring to rejoin a Local Union in the same subdivision of the trade in which he previously held membership shall not be required to take an examination with respect to his qualifications in that subdivision of the trade.

**I**   The General Executive Board shall have the power to set the maximum initiation fee for all Local Unions and District Councils. Special dispensation to lower the initiation fee may be granted by the General President for organizing purposes by written request for periods up to six months and same may be renewed.

## FINANCES AND DUES

**A**   Section 45.   Effective January 1, 1996, minimum dues in all Local Unions shall be established in an amount not less than Thirteen Dollars and Seventy-Five Cents ($13.75) per month for Schedule 1 Local Unions and Thirteen Dollars and Twenty-Five Cents ($13.25) per month for Schedule 2 Local Unions, to be paid by all members. The minimum dues shall be increased by the amount by which the per capita tax provided in Section 45D, E or F is increased by action of any Convention of the United Brotherhood, as of the effective date of any such increase in per capita tax. Whenever, in the judgment of the General President, the dues established by any Local Union or per capita tax by a District Council appear inadequate to enable the Local Union or District Council to function properly and in accordance with the Constitution and Laws of the United Brotherhood, the General President shall have the authority to make a survey of the finances of such Local Union or District Council. Upon completion of the survey the General President shall submit a report to the General Executive Board. The General Executive Board is authorized and empowered upon the basis of the survey to establish the proper amount of such dues. The General Executive Board is also authorized and empowered to establish a minimum fee to be paid by each member for a working card. The amount of monthly dues payable by each member to his or her Local Union shall be increased by the amount by which the per capita tax provided in Section 45D, E or F is increased by action of any Convention of the United Brotherhood, as of the effective date of any such increase in per capita tax. When a Local Union raises its dues, initiation fee or levies an assessment, a secret ballot vote shall be taken at a special or called meeting. All members shall be notified by mail of time, place, and purpose of the vote. All members in good standing shall be eligible to vote. All assessments must be approved by the General President.

**B**   Monthly dues are due on the first day of each month, but a member does not fall in arrears until the last day of the month in which the member owes three months' dues. No officer or member shall be exempt from paying dues or assessments, nor shall the same be remitted or canceled in any manner. Credit for payment of any month's dues will not be granted based on partial payments but only on full payment of that month's dues. All non-checkoff monthly dues shall be considered paid on the date that payment is received at the Local Union.

C  Any Local Union, District Council or Regional Council may establish working dues, dues checkoff, supplemental work dues or work fees payable to the Local Union or Council by members working in its jurisdiction. If a member who owes such dues or fees fails to pay them as provided by the Local Union, District Council, or Regional Council, such dues or fees shall be charged to the member by the Financial Secretary by notice in writing that same must be paid within 30 days to entitle the member to any privilege, rights or donations. If the member does not make payment of arrears within the time prescribed, the member shall not be in good standing and he or she shall be notified in writing by the Financial Secretary that unless the amount owing is paid within thirty (30) days thereafter his or her name shall be stricken from membership. Notices shall be sent to the last known address of the member as reported by the member to the Local Union. In cases of such assessments, working dues or fees owed to a District or Regional Council, notice to the member by the District or Regional Council shall satisfy the requirements of this Section. No officer or Business Representative, and no member receiving benefits of a collective bargaining agreement, shall be exempted from paying dues or fees established pursuant to this Section, nor shall the same be remitted or canceled in any manner.

D  Each Local Union shall pay to the General Secretary-Treasurer Forty Dollars ($40.00) on each new member admitted (except first year apprentices) who works in construction, and except as provided in Section 50, Eight Dollars and Ninety-Five Cents ($8.95) effective January 1, 1996, for each member in good standing working in construction and each non-member working in construction for whom an agency shop or similar fee is received. All such revenue shall be used for the general management of the United Brotherhood.

E  Each Local Union shall pay to the General Secretary-Treasurer Twenty-Five Dollars ($25.00) on each new member admitted who does not work in construction, and except as provided in Section 50, Six Dollars and Thirty-Five Cents ($6.35) per month effective January 1, 1996, for each member in good stand-

ing not working in construction and each non-member not working in construction for whom an agency shop or similar fee is received. All such revenue shall be used for the general management of the United Brotherhood.

F  Local Unions whose members were classified as Benefit Schedule 1 members as of December 31, 1993 shall be subject to the per capita rates set forth in Section 45D on January 1, 1994 and thereafter. Local Unions whose members were classified as Benefit Schedule 2 members as of December 31, 1993 shall be subject to the per capita rates set forth in Section 45E on January 1, 1994 and thereafter. Local Unions having members who, prior to January 1, 1994, received the United Brotherhood disability donation or joined at age 60 or older, shall pay Six Dollars and Ten Cents ($6.10) per month effective January 1, 1996, for each such member to be used in the general management of the United Brotherhood, and each such member who received a disability donation prior to January 1, 1994 shall pay the minimum dues set forth in Section 45(A), unless eligible for reduced dues under Section 50. No exception shall be made except upon written approval of the General President.

G  The per capita tax shall be held as a standing appropriation. An order for the same shall be signed by the President and Recording Secretary without requiring a vote of the Local Union. Per capita tax includes the amounts prescribed under Sections 45D, 45E, 45F and 50 for all members, applicants on applicant billing, persons for whom an agency shop or similar fee is received, and members on reduced dues as provided in Section 50. United Brotherhood of Carpenters and Joiners of America Pension Plan contributions required under Section 59 shall also be a standing appropriation. The General Executive Board is expressly authorized to increase the per capita tax payable by Local Unions pursuant to Sections 45D, 45E and 45F and allocable to the general management of the United Brotherhood, by an amount not to exceed One Dollar ($1.00) per month effective January 1, 2003. Such action may be taken by majority vote of the General Executive Board upon its determination, in its sole discretion, that

an increase has become appropriate or necessary to the continued effective operation of the United Brotherhood and/or the fulfillment of its functions under the Constitution, or is consistent with the spirit and intent of the actions of the 38th General Convention. Any such increases shall remain in effect until the General Convention of the United Brotherhood next following January 1, 2005.

**H**    The term "general management of the United Brotherhood" as used in Sections 45D, 45E, 45F and 50 shall include the establishment and maintenance of a Defense Fund. The General Executive Board is authorized to establish and maintain such a Defense Fund, to allocate a portion of the assets of the United Brotherhood to establish such a Fund and to allocate a portion of the per capita tax of the United Brotherhood to the maintenance of such a Defense Fund. The allocation of the per capita tax to the Defense Fund may be increased or decreased from time to time as determined by the General Executive Board. The Defense Fund shall be established and maintained for the purpose of enabling the United Brotherhood to combat the forces at work throughout our jurisdiction which seek to destroy or limit the United Brotherhood and its subordinate bodies in achieving our legal aims of protecting the rights of its members and prospective members and in carrying out the objects and principles of the organization.

**I**    A member who owes three months' dues shall be automatically reported as in arrears on the UBC membership processing system on the last day of the third month and per capita tax deducted only for the third month. When the member pays dues to keep within the six months' limit, but does not square the current month, starting with the third month of his or her arrearages or any month thereafter, arrears tax will be charged for the dues paid for that month or months. When the member squares his or her arrearage by paying all back dues and the current month's dues, per capita tax for the unpaid months will be charged.

**J**    It is the duty of the members of a Local Union to see that the per capita tax of the Local Union is promptly paid. Therefore,

when a Local Union is three months in arrears to the United Brotherhood or to a District Council in payment of per capita tax, the General President may suspend payment of all donations to the Local Union or its members, and such Local Union shall not be entitled to representation in a District, State or Provincial Council or other chartered body of the United Brotherhood. When a Local Union is six months in arrears to the United Brotherhood or to a District, Industrial, or Regional Council in payment of per capita tax, its charter may be revoked by the General President. The Local Union shall be so notified and shall, upon notice by the General President, cease to exist and shall return its charter to the General Secretary-Treasurer, and the Local Union and its members shall comply with the provisions of Section 30. The General President may grant dispensation for the Local Union to continue to operate provided it agrees to and complies with arrangements established by the United Brotherhood for payment of arrearages.

**K**    A member who owes the Local Union two months' dues shall be notified by mail, in an Address Correction Requested envelope, at last known address by the Financial Secretary, not later than the fifteenth (15th) day of the second month that such dues are late and that payment should be made immediately. A member who owes the Local Union three months' dues shall be notified by mail, in Address Correction Requested envelopes, at last known address by the Financial Secretary, not later than the fifteenth (15th) day of the third month of said delinquency, that if said arrearages are not paid before the last day of the third month that the member will no longer be in good standing, will not be entitled to vote on union matters, will not be entitled to the Password, or a seat, or office in any meetings of any Local Union or Council, and will be suspended from benefits of funeral donation, until the member squares up entirely all of the indebtedness (including dues for the month in which the member squares up the arrearages). Such member shall further be notified that he or she will not be entitled to any donations during the time of such arrearages or for a three-month period from the date of squaring all arrearages.

**L**    A member who owes three months' dues or who has not

squared his or her arrearage in full shall not be entitled to the Password, or a seat, or office in any meetings of a Local Union or Council and is not in good standing and is not entitled to vote.

**M** A member who owes a Local Union five months' dues shall be notified by mail, in Address Correction Requested envelopes, at the last known address by the Financial Secretary not later than the 15th day of the sixth month of said arrearage. Unless dues are paid by the end of the sixth month, the member's name shall be stricken from the list of membership without a vote of the Local Union.

**N** Local Unions may impose an assessment not to exceed Five Dollars ($5.00) for each notice mailed pursuant to the requirements of Paragraphs K and M, above, to be paid by the member to whom such notice is sent.

**O** All fines imposed and assessments legally levied including strike assessments, and working dues, dues checkoff, supplemental work dues or work fees duly established under Section 45C, shall be charged by the Financial Secretary to the member from whom due, and the member shall be notified in writing that same must be paid within thirty (30) days to entitle the member to any privilege, rights or donations. If the member does not make payment within the time prescribed, the member shall not be in good standing and he or she shall be notified in writing by the Financial Secretary that unless the amount owing is paid within thirty (30) days thereafter his or her name shall be stricken from membership, except in case of a fine where an appeal is pending. Notices shall be sent to the last known address of the member as reported by the member to the Local Union. In cases of fines, assessments or such dues or fees owed to a District, Industrial or Regional Council, notice to the member by the District, Industrial or Regional Council shall satisfy the requirements of this Section.

**P** It shall be the duty of a member's home Local Union to promptly charge and collect, in accordance with the provisions of Sections 45C and 45O, all fines imposed and assessments legally levied, and all dues and fees imposed under Section 45C, against such member by any other Local Union, District Council,

Industrial Council, or Regional Council, upon written request of such other Local Union or Council, and to forward same to the Local Union or Council to which the amount is owed. If a Local Union fails to comply with this duty the General President may suspend payment of all donations to the Local Union or its members.

**Q** A member who owes a fine or assessment may continue to pay dues unless and until stricken from membership under Section 45O.

## TRANSFERS

**A** Section 46. A member who desires to transfer from one Local Union to another Local Union must surrender his or her working card to the Financial Secretary, who shall clear the member for transfer on the UBC membership processing system if such member is eligible for transfer. Any Local Union or Council may make application for a transfer on behalf of a member at the member's request. To be qualified to be cleared for transfer, a member must have been a member of the United Brotherhood of Carpenters and Joiners of America for at least six (6) months. It shall be compulsory, except in case of strike or lockout, for the Local Union to clear such member for transfer, providing the member has no charges pending and pays all arrearages, together with current month's dues. All dues in excess of month of issue shall be refunded to the member or be refunded upon request to the Local Union accepting transfer. A member against whom charges are pending and who desires to transfer may be required to deposit a sum not to exceed One Hundred Dollars ($100.00) in escrow with the District or Regional Council or Local Union where no District or Regional Council exists. Clearances for transfer shall expire thirty (30) days from date of issue. It shall be optional with the Local Union or Council to clear a member for transfer in a jurisdiction where a strike or lockout is in effect. A member may leave such jurisdiction without a clearance for transfer to seek work in another jurisdiction where no strike or lockout exists, pro-

vided the member presents a statement over the seal of the Local Union or Council in which membership is held, showing that a strike or lockout is in effect in said jurisdiction. The member shall pay the prevailing charge for a Working Permit in the jurisdiction where work is secured. A District or Regional Council may by a Bylaw properly adopted and approved restrict the use of transfers among Local Unions within the District or Regional Council area.

**B**    It is compulsory for the member to report to the office of the Local Union or District or Regional Council, to request a transfer into the Local Union before securing work, and comply with all local laws. And, in no case shall the Financial Secretary accept dues other than to secure a transfer from a member working in the jurisdiction of any other Local Union or Council without the consent of such Local Union or Council. It shall be the duty of the Financial Secretary accepting dues from a member for transfer who is working in another jurisdiction to immediately report same to the Council or Local Union where no Council exists.

**C**    A member who desires to work in another jurisdiction and who does not wish to transfer membership, shall before going to work, secure a Working Permit in writing from the Local Union, District Council, or Regional Council in the jurisdiction where work is secured. All Working Permits (other than the five-day Working Permits referred to below) shall be made valid for not less than thirty days from date of issue. The member shall present his or her dues book or its equivalent with current month's dues paid and may be required to pay for such Working Permit the amount by which the dues of the Local Union issuing the permit exceeds the amount of dues payable to the member's home Local Union and shall be subject to any working dues or other charges established in the area pursuant to Section 45C or 55B. The member shall not be required to pay building or other assessments payable by members of the Local Union/District or Regional Council issuing the Working Permit. If the member's employment in the area in any calendar month is five working days or less, in a single instance or cumulatively, the member will be required to obtain a five-day

58

Working Permit but will not be required to pay for such Working Permit or any other assessments other than as specified above. Such member will be required to notify the Local Union or District Council issuing such five-day Working Permit upon his or her departure from their jurisdiction. The General Executive Board may establish procedures to govern working permits with respect to specially trained workers employed by specialty or specialized contractors who hold agreements with the United Brotherhood. Notwithstanding the foregoing, any District or Regional Council(s) and/or Local Union(s) (if not affiliated with a District or Regional Council) may enter into an agreement, subject to the approval of the General President, whereby the Working Permits required by this Section are waived within their respective territorial jurisdictions. Once entered into and approved by the General President, such agreements may not be modified or rescinded except upon approval by the General President. Subject to the approval of the General Executive Board, where the General President finds it to be in the best interest of the members, locally or at large, the General President may suspend the application of the provisions of Section 46C with respect to Working Permits within the jurisdictional area(s) of one or more District or Regional Councils and/or Local Unions and/or establish such policies or procedures with respect to Working Permits as the General President may find to be appropriate.

**D**    No Local Union shall have the right to collect dues again for the month paid on a member in transfer status. The Local Union clearing the member for transfer shall pay to the General Secretary-Treasurer the tax for said member for the month only in which the clearance for transfer is issued, and membership will remain in the Local Union clearing the member for transfer until the member transfers into another Local Union. When a Local Union transfers a member into its Local Union, the member becomes a member of the Local Union effective the first day of the month following the month in which the transfer was issued.

**E**    Any General Officer, while employed by the United Brotherhood, shall not be required to take a transfer from the Local Union

59

in which the General Officer holds membership at the time of election or appointment.

**F**   On entering a Local Union a member who has been cleared for transfer shall present his or her Dues Book or its equivalent to the Local Union office. If the clearance for transfer on the UBC membership processing system and Dues Book are in order, and the identity of the member established, the member shall be admitted to the Local Union as a member thereof, provided there is no strike or lockout in effect in that district, and the membership shall be so notified at the next regular meeting.

**G**   The Local Union clearing the member for transfer shall refund to the member all dues in excess of the current month. The Financial Secretary who transfers the member into the Local Union shall immediately report the same to the Financial Secretary who cleared the member for transfer.

## RESIGNATION OF MEMBERS

**A**   Section 47.   A member can withdraw or sever connection with the United Brotherhood by submitting a clear and unequivocal resignation in writing to the Local Union. A member who resigns can only be readmitted as a new member.

**B**   A member resigning with current dues paid may be given an Honorary Resignation Card indicating honorary withdrawal from the United Brotherhood if the member truthfully affirms in writing that he or she is leaving the industry unless it is known that the resignation has been submitted for the purpose of violating Trade Rules. Such card shall be furnished by the General Secretary-Treasurer on application by the Local Union, on payment of Fifty Cents (.50) for each card. Within 24 months of honorary withdrawal, an ex-member who in fact left the industry may be readmitted to membership without payment of any initiation fee by redepositing the Honorary Resignation Card with the issuing Local Union. If such member pays all back dues for the period of withdrawal, he or she will maintain the previous initiation date and

as per Section 45K will regain donation status three months after the date of readmission but time during which the member is on withdrawal shall not be counted as time in good standing for the purpose of computing donations. If the member chooses not to pay all back dues but commences paying dues as of the current month, he or she will be given a new initiation date as of the date of readmission and shall be treated as a new member. In either event, voting rights in accordance with Section 42J will be reestablished upon completion of 12 months' consecutive membership in the Local Union following readmission, and such member cannot be nominated for or hold office under the terms of Section 31 until 24 consecutive months after readmission. The foregoing readmission privilege may not be used more than once in a 3-year period. When a member resigns, or is expelled, or an applicant as covered by the Constitution and Laws of the United Brotherhood, who works to the detriment of the United Brotherhood, the Local Union, District Council, or Regional Council may place a special initiation fee against such person, not to exceed Fifty Dollars ($50.00) over their regular initiation fee for new or ex-members as provided for in their Bylaws.

## CONDITIONAL WITHDRAWAL

**C**   A member employed under an industrial agreement (non-construction member) at time of layoff (involuntary cessation of employment) whose dues are paid up for the current month may request conditional withdrawal. If within 24 months the member reapplies, the member can reactivate his or her membership in the Local Union in which conditional withdrawal was granted without payment of initiation fee. If at the time the member so reactivates membership the member pays all back dues, he or she will maintain the previous initiation date and as per Section 45K will regain donation status three months after the date of reactivation of membership at the Local Union level but time during which the member is on conditional withdrawal will not be counted as time in good standing for the purpose of computing donations. If the member chooses not to pay all his or her back dues but com-

mences paying dues as of the current month, he or she will be given a new initiation date as of the date of readmission and shall be treated as a new member. When any member on conditional withdrawal reactivates his or her membership, voting rights will be reestablished 12 months after reactivating membership and such a member cannot hold office or be nominated for office until 24 consecutive months after reactivation of membership at the Local Union level and must satisfy the requirements of Section 31. Affiliates desiring to use this procedure shall submit a written request to the General Secretary-Treasurer.

## MEMBERS ENTITLED TO FUNERAL DONATIONS

**A**    Section 48.    A funeral donation is payable for an eligible member, according to the Donation Schedules below. An eligible member is a person admitted to membership in the United Brotherhood before January 1, 1994, who was not over sixty (60) years of age at the time of admission, who dies while in good standing and at least three months after fully squaring any arrearages in monthly dues, and who has at least thirty (30) years' continuous membership under Schedule 1 or 2 at the time of death. Members admitted before January 1, 1994 shall retain the Schedule classification they had as of December 31, 1993 subject to the provisions of Section 25I, provided that members who work in construction shall not be eligible for Schedule 2 status.

*Donation Schedule 1:* An eligible member with thirty (30) years' continuous membership and Schedule 1 status at the time of death, qualifies for a $1,000 funeral donation.

*Donation Schedule 2:* An eligible member with thirty (30) years' continuous membership and Schedule 2 status at the time of death, qualifies for a $300 funeral donation.

**B**    The purpose of the funeral donation is to see that the deceased member is respectably interred; therefore, on the death of a member in good standing as defined in Section 45, the donation shall be paid in the following order of priority: (1) To any person

(including the estate of the deceased member) presenting satisfactory proof that he or she has paid the funeral bill, in an amount not to exceed the full donation or the amount of the bill, whichever is the lesser; (2) if no satisfactory proof, as called for in (1), is received within sixty (60) days after the member's death, or if there is a remainder after payment is made under (1), the full donation, or the remainder, may be paid to (a) the surviving spouse, if any; (b) if there is no surviving spouse, to one or more of the surviving children, if any, in amounts to be determined in the sole discretion of the General Secretary-Treasurer; (c) if there are no surviving spouse or children to the estate of the deceased. If it appears to the satisfaction of the General Secretary-Treasurer that there are insufficient assets of the deceased to warrant opening of an estate, payment may be made in the sole discretion of the General Secretary-Treasurer, to the person who has accepted responsibility to see that the deceased is respectably interred.

**C**    If a member in good standing dies without leaving any known legal heirs to assume responsibility of burial, the Local Union shall see the deceased respectably interred. The officers or a committee of the Local Union shall attend the funeral and the United Brotherhood shall pay the funeral expenses, but in no case shall these expenses exceed the full amount of the donation to which the member is entitled at the time of death, nor shall the United Brotherhood be held liable for any further donation in the name of the deceased member.

**D**    All revenues of the United Brotherhood, including those provided for payment of Donations under the Constitution, are part of the United Brotherhood's assets for the general management of the union and may be subject to the claims of general creditors of the United Brotherhood. If claims of general creditors of the United Brotherhood or other circumstances should require use of such revenues, it could be necessary to reduce or terminate Donation payments provided for under the Constitution.

## APPLICATION FOR DONATIONS

**A**    Section 49.  The person applying for donation shall present to the Local Union concerned a certificate of death, and, if approved by the Local Union, the same shall be forwarded by the Financial Secretary to the General Secretary-Treasurer, with the United Brotherhood's donation application form properly completed and with all other papers required.

**B**    All applications for donations must be filed with the General Secretary-Treasurer within six months from date of death, failure to do so shall invalidate the claim. If a claim is disapproved by the General Secretary-Treasurer, the party or parties shall have the right to appeal to the General Executive Board any time within three months from the date of disapproval and, if still dissatisfied, shall have the right to appeal any time within two years from date of decision by the General Executive Board to the next General Convention.

**C**    Upon receipt of a claim, the General Secretary-Treasurer shall investigate the same and, if approved, shall at once forward to the Financial Secretary a bank check or draft for the amount of the donation due and payable to the person entitled to receive it.

**D**    Any officer, member or Local Union making use of improper means to obtain donations, or who shall make false statements or knowingly presents or signs any claim of a fraudulent character for donations, upon proof thereof when properly charged and if found guilty, may be fined, suspended or expelled from the United Brotherhood.

## REDUCED DUES

**A**    Section 50.  Dues for members who are no longer working at the trade, who are age 65 or older, and who have not less than 30 years' continuous membership, shall be Six Dollars ($6.00) per month. The Local Union shall pay to the General Secretary-Treasurer Four Dollars ($4.00) per month per capita tax for each such

64

member. All such revenue shall be used for the general management of the United Brotherhood, and One Dollar ($1.00) of the per capita on Donation Schedule 1 members and members who work in construction, and Twenty-Five Cents ($.25) of the per capita on Donation Schedule 2 members and members who do not work in construction, shall be used for payment of funeral donations subject to the provisions of the Constitution.

**B**    Dues for members who are no longer working at the trade and who are totally disabled shall be Six Dollars ($6.00) per month. The Local Union shall pay to the General Secretary-Treasurer Four Dollars ($4.00) per month per capita tax for each such member. All such revenue shall be used for the general management of the United Brotherhood.  For purposes of this section, a member shall be considered totally disabled if drawing a Social Security Disability pension, or a Canada Pension Plan or Quebec Pension Plan Disability Pension in Canada.

## OFFENSES AND PENALTIES

**A**    Section 51.  Any officer or member found guilty after being charged and tried in accordance with Section 52, for any of the following offenses, may be fined, suspended or expelled only by a majority vote of the members of the Local Union present at a regular meeting, or of the delegates to the District or Regional Council having jurisdiction of the offense. No Industrial Local Union or Industrial Council, however, may fine, suspend, or expel a member unless such member is an officer of a Local Union or Council. In cases of Industrial Councils, fines or suspensions of membership rights may be imposed by majority vote of the Executive Committee. Expulsions may be ordered only by majority vote of the delegates to the Industrial Council.

(1)    Causing dissension among the members of the United Brotherhood.

(2)    Advocating division of the funds of the United Brotherhood or any subordinate body thereof.

65

(3) Advocating separation of any subordinate body from the United Brotherhood.

(4) Misappropriating the funds of any subordinate body, or any moneys entrusted to him or her by a member or candidate for the account of any subordinate body.

(5) Improper harassment of any member of the United Brotherhood.

(6) Defrauding the United Brotherhood or any subordinate body.

(7) Furnishing to any unauthorized person, without the consent of the Local Union, a list of the membership.

(8) Divulging to any unauthorized person, the business of any subordinate body without its consent.

(9) Divulging the quarterly Password for any purpose other than to enter the meeting.

(10) Crossing or working behind a picket line duly authorized by any subordinate body of the United Brotherhood.

(11) Failure to meet transfer procedures before going to work in a locality where a strike or lockout is pending or in effect.

(12) Lumping for any owner, builder, contractor, manufacturer or employer.

(13) Violating the Obligation.

(14) Soliciting or accepting contributions, by a candidate for any elective office or position, from other than members of the United Brotherhood.

**B**   Any member charged with violating the Bylaws and Trade Rules of the locality in which he or she is working may be charged and tried in accordance with Section 52, and if found guilty may be fined in an amount not in excess of Three Hundred Dollars ($300) by the Local Union, District Council, Regional Council, or Industrial Council having jurisdiction, except that no

66

Industrial Local Union or Industrial Council may conduct a trial with respect to charges filed against a member or impose a fine against a member unless such member is an officer of a Local Union or Council.

**C**   No officer, representative or member of the United Brotherhood or any Council or Local Union shall be subject to charges or trial based on their actions in complying with or assisting or cooperating in implementing any instructions, directions or rulings of the United Brotherhood or any General Officer.

**D**   A member against whom charges have been preferred, may attend meetings until the charges have been disposed of. An officer, business representative, delegate, or committee member may be suspended from office by a majority vote of the members of a Local Union at a regular meeting, or by a majority vote of delegates to a District Council or Regional Council or members of the Executive Committee of an Industrial Council while the case is pending. Where a Local Union is affiliated with a District or Regional Council, only the District or Regional Council shall have the authority to vote such a suspension. Where a Local Union is affiliated with an Industrial Council only the Industrial Council Executive Committee shall have the authority to vote such a suspension. An officer or Business Representative may be suspended without pay but if such an officer or Business Representative is found not guilty of all charges, by a Trial Committee or on appeal, he or she shall be entitled to recover all back pay withheld from the Local Union, District or Regional Council, or Industrial Council.

## CHARGES AND TRIALS

**A**   Section 52.   Any member charged with an offense under Section 51 or Bylaws or Trade Rules shall be given a fair and impartial trial, and must exhaust all remedies allowed by Sections 52 and 53 before taking the case to the civil courts.

**B**   A member must be charged and tried within the jurisdiction

67

of the Local Union, District Council, Regional Council, or Industrial Council where the offense was committed. Where a District Council, Regional Council or Industrial Council exists, all charges shall be filed in and tried by the District Council, Regional Council, or Industrial Council. Provided, however, that the General Executive Board shall have jurisdiction to initiate and conduct trials pursuant to the provisions of Section 14D. Where a District Council, Regional Council or Industrial Council is under supervision, the General President may authorize the filing and processing of charges in an affiliated Local Union. Furthermore, no charges may be filed in or tried by an Industrial Local Union or Industrial Council unless the member charged is an officer of a Local Union or Council.

**C** All charges must be in writing, must specify the particular Paragraph of Section 51 or the particular Bylaw or Trade Rule violated, and must contain a brief statement of the facts upon which the charge is based.

**D** When charges are filed in the Local Union, District Council, Regional Council or Industrial Council, they shall be referred promptly to the Executive Committee of the Local Union, District Council, Regional Council or Industrial Council.

(1) The Executive Committee shall dismiss any charge alleging a violation described in Section 51A that is filed more than six (6) months after the date the violation occurred or reasonably should have been discovered; any charge alleging a Bylaw or Trade Rule violation that is filed more than thirty (30) days after the violation occurred or reasonably should have been discovered; and any charge that the Committee determines is without sufficient foundation or does not conform to the provisions of Paragraphs B and C above.

(2) If the Executive Committee determines that charges conform to the provisions of Paragraphs B and C above, the member shall be notified in writing to appear before the Executive Committee. The charges shall then be processed according to one of the following alternatives:

68

(a) If it appears to the satisfaction of the Executive Committee that the violation occurred, the Executive Committee may reprimand the member and make such action a part of the record of the Local Union, District Council, Regional Council or Industrial Council. The Executive Committee shall have no authority to impose penalties. When any member is charged with violating the Bylaws and Trade Rules of a Local Union, District Council, Regional Council, or Industrial Council, and the records of the Local Union, District Council, Regional Council, or Industrial Council show that the member has previously been reprimanded, the charges shall be referred for trial and/or plea, as the case may be.

(b) The Executive Committee may refer the charges for trial to the Local Union or District or Regional Council, or to the Trial Committee of the Industrial Council.

(c) A Local Union, District Council, Regional Council, or Industrial Council may adopt a procedure whereby an accused may plead guilty to specific charges, agree to pay a fine acceptable to the accused and Local Union or Council and waive trial and all appeals (other than an appeal alleging violation of the waiver agreement). The waiver agreement must recite the Sections allegedly violated and the specifications for the charges.

**E** All charges referred to a Local Union, District Council, or Regional Council must be read at the meeting and lay over until the next meeting, and the member must be notified by registered or certified mail by the Recording Secretary of the Local Union or Council to be present, and at the same time shall be furnished by the Recording Secretary with a copy of the charges specified. If a standing Trial Committee has been established, the notice shall list the names of the members of the Trial Committee and advise the accused member of his right to strike from said list any three names which appear thereon, and the accuser shall at the same time be furnished with that list and notified of his right to strike three

69

names. The notice shall be sent to the member's last known address. In the case of an Industrial Council, the accused shall be furnished by the Secretary of the Executive Committee with a copy of the charges, sent to the member's last known address, together with a list of the names of the members of the standing Trial Committee and the member shall be advised of his right to strike from said list any three names which appear thereon. At the same time the accuser shall also be furnished with a list of the names of the members of the standing Trial Committee and notice of his right to challenge three members thereof.

**F**    A Trial Committee consisting of five members of the Local Union or five delegates to the District or Regional Council shall be selected as follows:

(1)    The Local Union, District Council, or Regional Council shall nominate eleven members or delegates. The Recording Secretary of the Local Union or District Council shall place their names in the ballot box and the Vice President shall draw the same from the box and call the names aloud until five have been drawn. The accused and the accuser shall have the alternative of each challenging any three members of the Trial Committee; the member so challenged shall not serve. When the five have been selected, they shall constitute the Trial Committee and the case shall be given to them for trial.

(2)    In the alternative a Local Union, District Council, or Regional Council may appoint or elect a standing Trial Committee consisting of eleven members. If the Local Union, District Council, or Regional Council receives timely challenges in any case, the names of the challenged members shall be stricken from the list. After the time for challenges has expired, the Local Union, District Council, or Regional Council President shall appoint five members of the standing Trial Committee to hear the case and the case shall be given to them for trial.

(3)    The President of an Industrial Council shall appoint a standing Trial Committee consisting of eleven members from

70

among the members of the Local Unions affiliated with the Industrial Council. If the Secretary receives timely notice of challenges in any case, the names of the members challenged shall be stricken from the list. After the time for challenges has expired, the Secretary shall appoint five members of the standing Trial Committee to hear the case and the case shall be given to them for trial.

**G**    Any officer or member who is a party to or directly interested in any case in a Local Union, District Council, Regional Council, or Industrial Council, shall not be permitted to act as a member of the Trial Committee. Members of the Local Union Executive Committee (where charges are processed in a Local Union), or members of the District Council, Regional Council or Industrial Council Executive Committee (where charges are processed in a District Council, Regional Council or Industrial Council) shall not be permitted to act as members of the Trial Committee. Where sufficient eligible delegates are not available to form a Trial Committee panel, a District or Regional Council may draw upon members of affiliated local unions.

**H**    At the request of the Chairperson of the Trial Committee, the Recording Secretary of the Local Union or the Secretary of a District Council, Regional Council, or Industrial Council, shall, without delay, summon the accused and accuser in writing, together with all witnesses whose names have been submitted in writing, and the case shall be tried on such date(s) as the Chair shall determine.

**I**    The accused and the accuser may appear before the Trial Committee in person and/or by counsel (who shall be a member of the United Brotherhood), and shall be entitled to be present at all times when the Trial Committee is receiving evidence. All testimony shall be accurately recorded in writing. There shall be only one official transcript of the proceedings as authorized by the Local Union, District Council, Regional Council, or Industrial Council Executive Committee and the Trial Committee Chairperson shall prohibit the recording or other transcription of the proceedings

71

other than by the designated official reporter. Persons who are not members may be called as witnesses by either side. No member shall be suspended, expelled or fined in an amount in excess of Two Hundred and Fifty Dollars ($250.00) unless the proceedings of the Trial Committee shall have been properly recorded by a competent stenographer who need not be a member. If the accused fails to appear, the Trial Committee shall proceed with the trial as though the accused were present. In the event that the accuser fails to appear, costs of the trial not exceeding Fifty Dollars ($50.00) may be charged against the accuser and the charges shall be dismissed by the Chairperson of the Trial Committee forthwith.

**J**    The following trial procedure shall be observed:

(1)    The Chairperson shall read the charges and ask the accused if he or she is "guilty" or "not guilty." If the plea is "guilty" the Trial Committee shall so find and shall report its verdict to the Local Union, District Council, Regional Council, or Industrial Council Executive Committee without further proceedings. If the plea is "not guilty" the trial shall then proceed.

(2)    The accuser's case shall be presented first.

(3)    Witnesses shall be called into the trial room one at a time, and will leave upon completing their testimony, subject to recall by either the Trial Committee or any of the parties.

(4)    The accuser's witnesses shall be called first.

(5)    Each party or his or her counsel shall have the right to cross-examine witnesses presented by the other party.

(6)    Before the Trial Committee shall begin their deliberations, all other persons shall leave the trial room.

**K**    When the committee has come to a decision in the case, the Chairperson of said committee shall so notify the Local Union, District Council, Regional Council, or Industrial Council Executive Committee. The committee shall submit a full report of the case with their verdict in writing to the Local Union, District

72

Council, Regional Council or Industrial Council. The Local Union, District Council, Regional Council or Industrial Council Executive Committee shall notify the accused of the meeting at which the committee's report will be presented, and that if the finding is guilty that any penalty to be imposed will be considered at that meeting. The notice shall be mailed to the accused and accuser at their last known addresses not less than ten (10) days before the meeting at which the committee will report.

**L**    If the finding is guilty, the Trial Committee shall recommend in its report such legal penalty as it deems proper, which then must be approved by a majority of the members present. There shall be no debate or review of the case by the Local Union, District Council, Regional Council, or Industrial Council Executive Committee, except that the accused and the accuser shall be allowed to plead for, or state their side. The Chair shall announce the penalty. The accused member and the Local Union to which the member belongs shall be notified of the verdict and the penalty.

**M**    The penalty imposed upon a member may be set aside or reduced by a majority vote of the members of the subordinate body which imposed it before an appeal is filed. After an appeal is filed the penalty may be reduced or set aside only with the approval of the General Executive Board.

## APPEALS AND GRIEVANCES

**A**    Section 53.    A member who has been found guilty of a charged violation under Section 52 may file an appeal with the General Secretary-Treasurer in accordance with the provisions of this Section. No appeal shall be permitted from a verdict of a Trial Committee finding a member not guilty of charges filed against him or her. All appeals received in proper form shall be referred by the General Secretary-Treasurer to an Appeals Committee for decision, subject to a final appeal to the General Executive Board; provided however, that cases involving expulsions from membership may be appealed to the General Convention.

73

**B** The Appeals Committee shall be appointed by the General President and shall consist of five (5) members. The Chairperson of the Appeals Committee shall be designated by the General President and all members of the Appeals Committee shall serve at the discretion of the General President. Three (3) members shall constitute a quorum of the Appeals Committee and the Appeals Committee may decide any case referred to it by a majority vote of the members present and voting at any meeting at which a quorum is present. Where the circumstances warrant, and subject to the approval of the General President, the Chairperson of the Appeals Committee may designate one or more members of the Appeals Committee to conduct a hearing or other investigation in any case and report findings and recommendations to the next meeting of the Appeals Committee. The decisions of the Appeals Committee shall be reported by the Chairperson to the General Secretary-Treasurer who shall notify the parties of said decisions.

**C** The penalty imposed by a Local Union, District Council, Regional Council, or Industrial Council shall not be effective while an appeal to the Appeals Committee is pending except as provided herein. The penalty of expulsion or suspension shall not be enforced during the time provided for filing an appeal under Section 53D.

(1) No appeal can be entertained by the Appeals Committee where any sum of money in excess of Fifty Dollars ($50.00) is involved unless the appellant has first paid to the Local Union, District Council, Regional Council, or Industrial Council Fifty Dollars ($50.00) on account, to be held until the appeal is decided by the Appeals Committee, and if said appeal is decided against the appellant, the full amount imposed must be paid before a further appeal can be taken.

(2) In all cases where the fine is Fifty Dollars ($50.00) or less, the member fined shall pay the full amount to the Local Union, District Council, Regional Council, or Industrial Council imposing same.

(3) When a fine is imposed by the Local Union, District Council,

Regional Council, or Industrial Council and an appeal is taken, any payment of said fine shall be held by the body assessing same until said appeal is finally and completely decided.

**D** An appeal to the Appeals Committee shall be filed within sixty (60) days from the date the penalty was imposed. (An appeal is considered as filed on the date it is received at the General Office of the United Brotherhood as provided in Section 53I.) A copy of the appeal shall be mailed or delivered to the Local Union, District Council, Regional Council, or Industrial Council imposing the penalty. Every appeal shall contain:

(1) A brief statement of the case and the grounds relied upon by the appellant.

(2) The penalty, the date imposed and the Local Union, District Council, Regional Council, or Industrial Council which imposed it.

All appeals must be sworn to before a Notary Public. If a fine is involved, the appeal must be accompanied by a receipt showing payment of the amount required by Paragraph C above.

**E** When an appeal is filed, the Local Union, District Council, Regional Council, or Industrial Council shall file an answer which shall include the following:

(1) A copy of the charges.

(2) A copy of the minutes and/or transcript of the Trial Committee setting forth the evidence submitted at the trial.

(3) The report of the Trial Committee.

(4) The penalty placed against the appellant, the vote thereon, and the date imposed.

The answer must be sworn to before a Notary Public and must be filed with the General Secretary-Treasurer within thirty (30) days after notice that the appeal has been accepted. A copy of the

answer, together with a complete record of the Trial Committee proceedings, shall be served upon the appellant by the Local Union or Council that approved of the penalty

**F**   If a Local Union, District Council, Regional Council, or Industrial Council fails to file an answer in accordance with the requirements of Section 53E, the Appeals Committee shall nevertheless have the power to decide the appeal on the evidence before it, and no further appeal by the Local Union, District Council, Regional Council or Industrial Council may be taken.

**G**   Any member, or any Local Union, District, Regional, State or Provincial Council or Industrial Council having any grievance may appeal to the General President within thirty (30) days from the date the grievance occurred. All protests directed to the conduct of nominations or elections, or election procedures, in any subordinate body may be appealed to the General President within thirty (30) days from the date of the election. All grievances and election protests shall be in writing and shall contain a brief statement of the grounds relied upon. Decisions of the General President on protests directed to the conduct of nominations or elections, or election procedures, shall be final. Decisions of the General President on grievances may be appealed to the General Executive Board, whose decision shall be final. Also, decisions of the General Executive Board in all cases involving geographical jurisdiction, mergers, consolidations, and formation of Councils shall be final.

**H**   All appeals from decisions of the General President or the Appeals Committee to the General Executive Board must be filed with the General Secretary-Treasurer within thirty (30) days from the date of receipt of the General President's decision or notice of the decision of the Appeals Committee. Also, any appeal from a decision of the General Executive Board to the General Convention must be filed with the General Secretary-Treasurer within thirty (30) days from the date of receipt of the decision of the General Executive Board.

**I**   An appeal, protest, grievance or answer shall be considered as

76

filed under this Section on the date it is received at the General Office of the United Brotherhood; if received on a Monday or the day after a holiday they shall be considered as filed on the last preceding day on which the General Office was open for business.

**J**   All members and all Local Unions and Councils are required to exhaust the administrative remedies provided in this Section before commencing proceedings in any court or any agency provided by law. This provision shall not supersede or limit the right to petition law enforcement authorities to remedy alleged violations of criminal law.

## FUNDS OF LOCAL UNIONS

**A   Section 54.**   The General Funds or property of a Local Union or Council shall be used only for such purposes as are specified in the Constitution and Laws of the United Brotherhood and as may be required to transact and properly conduct its business, viz.: Payment of salaries and donations to sick members; purchasing stationery, books, cards, printing, payment of rent, or any legally authorized bill against the Local Union or Council. But under no circumstances shall any of the General Funds be used for loans or donations to members, Contingent Funds, credit union sponsored by the Local Union or Council, or for political or religious purposes, except as approved by the General President. Violation of this Section subjects the offending Local Union or Council to the penalty of suspension. Funds to be used for any other purpose must be handled through a Contingency Fund.

**B**   No donation for any purpose, except sick donations, shall be given except by a majority vote of members present, and cannot be declared valid at the meeting of its introduction, but must lay over to the next meeting (except in case of appeals for aid from Local Unions on strike with sanction of the General Executive Board).

**C**   The funds or property of a Local Union cannot be divided in any manner among the members individually, but shall remain the

77

property of the Local Union for its legitimate purpose.

**D**    All moneys paid out of the funds of a Local Union with the exception of per capita tax, cost of bonds of financial officers and payments required under Section 59B must be by majority vote of the members present. No appropriation of money can be voted after 10:30 p.m.

**E**    Any Local Union charging more than the minimum dues as prescribed in Section 45A or any Council may create a special Relief and Contingent Fund for use aside from the General Fund. Local Unions may use all dues in excess of the above dues, all assessments levied for non-attendance at special or regular meetings, proceeds of entertainments, and may levy an assessment for said fund in accordance with provisions governing special assessments. Councils may use any revenue in excess of that required for proper operation of the Council for such Contingency Fund.

**F**    This fund may be used for the relief of aged members, organizations, or for any other purpose the Local Union may decide, except to support a dual organization, for partisan politics, religious purposes, or investments in a credit union sponsored by the Local Union, or for any purpose that may be inimical to the interests of the United Brotherhood; provided, however, if property is purchased with said fund the property shall be held in the name of the Local Union or Council of the United Brotherhood of Carpenters and Joiners of America, as specified in the Constitution of the United Brotherhood. The term partisan politics does not include support of or financial contribution to a candidate for state, provincial or local office provided such support or contribution is not contrary to law, is approved by vote of the members or delegates to the body, and is based not on party politics or the candidate's political affiliation but is based on the candidate's position as a supporter and advocate of objects, principles and legislative goals of our organization.

78

## GENERAL STRIKES AND LOCKOUTS

**A**    Section 55.    Strikes and lockouts in Local Union or Council areas shall be financed by the Local Union or Council as provided in Paragraph B of this Section, together with such funds of the Local Union or Council as it may appropriate or provide for by separate assessment. The United Brotherhood shall not be financially responsible for such strikes or lockouts and shall not, by approving strike action in a Local Union or Council area or by assigning a representative to assist a Local Union or Council in settling a dispute or negotiating an agreement, assume financial responsibility for a strike or lockout. The General Executive Board may, in its discretion, grant supplemental financial assistance to a Local Union or Council in the event of a strike or lockout, in such amount and under such terms as the General Executive Board shall determine to be appropriate and consistent with the interests of the entire United Brotherhood. A Local Union or Council seeking or obtaining such supplemental financial assistance shall comply with the following provisions set forth in Section 55. The authority of the General Executive Board as established in this Section may be exercised by the General President, in consultation with the General Secretary-Treasurer, subject to such rules as the General Executive Board may from time to time adopt. Requests for financial assistance, together with all supporting information, shall be submitted to the General President.

**B**    Members affected by a strike but who are permitted to work in a bargaining area where a strike is in progress shall pay an assessment to the District Council, Regional Council, or Local Union an amount not less than two hours' pay for each day worked during the strike for the purpose of establishing a strike and defense fund. Such fund shall be used to provide benefits for members unemployed because of the strike and to pay bills and other expenses incurred in connection therewith. A Local Union or Council which has an adequate reserve in its strike fund may request dispensation from the General President to reduce the amount of the assessment payable under this Section.

79

## LABEL

**A**   Section 56.   The following design shall be the official label of this United Brotherhood.



**B**   The following design shall be the official emblem of the United Brotherhood.



**C**   The General Office shall, as soon as possible, through the good offices of some District Council, Regional Council, or Local Union in each State or Province, have the label registered. Registry is to be in the name of the United Brotherhood of Carpenters and Joiners of America, and the expense to be borne by the General Office. After such registry, each District Council, Regional Council, or Local Union where no District or Regional Council exists, shall apply to the General Vice President for sanction to use the label and give such information pertaining to conditions in that district as required, and after receiving sanction from the General Vice President, shall issue labels of the foregoing design, with name

80

or number of the District Council, Regional Council, or Local Union issuing same, printed in its proper place on the label, to such shops and mills in that district as are entitled to same, and all labels must be secured from the General Office, which shall furnish them at cost under the conditions set forth herein.

**D**   No agreement shall be made or renewed with any firm granting the use of the label after April 1, 1916, unless all shops and mills of the firm have an eight-hour work-day or less and employ only members of the United Brotherhood, except where dispensation has been granted by the General President upon application from the District Council, Regional Council, or Local Union.

**E**   Each shop, mill or factory shall have a Shop Steward who shall have supervision over the label, stamp, or die; it shall be the duty of the Steward to see that said label, stamp, or die shall not be placed on any manufactured article other than that which is made under the agreement. Said label must be applied to the article in the shop or mill where manufactured and must at no time be removed for use from the shop or mill. It shall be the duty of the Shop Steward to see that the agreement with the District Council, Regional Council, or Local Union is carried out in its entirety.

**F**   The Shop Steward shall be appointed by the Business Representative or elected by the employees of the shop, mill or factory where employed. The Shop Steward shall not be removed except for good cause and then only in the same manner in which he or she was selected.

**G**   Under no circumstances shall employers be permitted to handle labels or have them in their charge, nor shall anyone but a member of the United Brotherhood be permitted to attach them, and the Shop Steward shall at all times keep them securely locked up, so that no one else may have access. All labels shall be attached to finished product by members of the United Brotherhood in such a manner that they cannot be removed therefrom without destroying the label.

**H**   Each label except decal shall have the factory, shop or mill

81

number stamped thereon. Wherever a label except decal is applied without the factory number thereon it shall be regarded as forged. The factory number, in conjunction with the name of the District Council, Regional Council, or Local Union issuing said label, will thus permit recognition of the product of any particular factory in any part of the jurisdiction of the United Brotherhood.

**I**    It shall be the duty of the Secretary of each District Council, Regional Council, or Local Union issuing labels to keep a correct and accurate account of all labels received from the General Office, their numbers and the shops to which they have been issued, and to furnish all information regarding the use of the label which may be called for by the Council or the General Vice President.

**J**    The Shop Steward shall receive and account for the use of the labels and make a report to the District Council, Regional Council, or Local Union monthly, or oftener if required, and to the General Vice President upon request.

**K**    Upon request of the General Vice President, a representative shall be sent to investigate the conditions of any mills using the label, and upon receipt of report the General President shall furnish a copy of same to the General Vice President.

**L**    In case of any violation of an agreement or grievance against an employer, the label shall be withdrawn when ordered by the General Vice President.

**M**    The General Vice President, with the sanction of the General Executive Board, shall have the power to order the withdrawal of the label from any factory, shop or mill, upon charges duly made, and shall have power to regulate and investigate the issuance of the label in accordance with the Constitution and Laws of the United Brotherhood. The General Vice President shall have power to grant dispensation for use of the label, stamp or die where such will be beneficial to the Organization.

**N**    It shall be the duty of all District Councils, Regional Councils, Local Unions and each member to promote the use and installation of trim and shop-made carpenter work, hotel, bank,

82

bar, store, and office fixtures, and of church, school, household furniture, etc., bearing the Union Label, and to make it generally known to the members of the Local Union that it is necessary to all mill and shop members and the United Brotherhood that products made in factories, shops or mills where only members of the United Brotherhood are employed should be installed by fellow-members.

**O**    Where owner or architect specifies that union materials shall be used on any job or building, none other shall be handled by the membership of our Brotherhood, under penalty of suspension from the United Brotherhood.

**P**    The misuse of the Union Label or Stamp by the Shop Steward shall subject the Shop Steward to charges and if found guilty, after being charged and tried, he or she shall be fined not less than Fifty Dollars ($50.00) and removed as Shop Steward for the first offense, and for the second offense shall be expelled.

**Q**    No member shall use or authorize the use of any copy or replica or other duplication of the label or emblem of the United Brotherhood or any part thereof for any personal, commercial or other unofficial use without the express written approval of the General Executive Board.

## AMENDMENTS

**A**    Section 57.    The Constitution herein contained can be amended or altered at regular sessions of the Convention by a majority vote of the delegates present.

**B**    All amendments to the Constitution submitted by Local Unions, District, Regional, Industrial, State or Provincial Councils for the consideration of the Convention shall be filed with the General Secretary-Treasurer not later than sixty days preceding the holding of the Convention, and the said amendments shall be published in "The Carpenter" in the issue immediately following the expiration of the filing deadline by the General Secretary-

83

Treasurer. Proposed amendments must list the Section and paragraph that is to be amended and must be typewritten, signed by the President and Secretary of the Local Union or Council, and under Official Seal. No further amendments shall be considered by the Constitution Committee, other than those submitted in accordance with the above or submitted to the Constitution Committee by the General Executive Board; however, amendments offered from the floor to any Section while it is being reported on by the Constitution Committee may be taken under advisement by the Constitution Committee.

C   At any time the General Executive Board deems a new law or amendment is necessary to govern the United Brotherhood, they may recommend a clause to the Local Unions to be submitted to a general vote in accordance with this Section; and should a majority vote of the members voting at a special called meeting support the recommendation, it shall become a law. No new laws or amendments shall be submitted for a vote of the Local Unions between Conventions in which the result of such vote would not become a law six months prior to the holding of the General Convention.

D   Any Local Union may submit an amendment to the Constitution of the United Brotherhood. The proposed amendment must be sent to the General Secretary-Treasurer, who shall publish it in "The Carpenter" one month prior to the next regular meeting of the General Executive Board, and if approved by that body, it shall be submitted to a general vote. A proposed amendment which is endorsed at meetings called for that purpose by at least thirty (30) Local Unions located in as many States and/or Provinces, and provided further that the members of the Local Unions which endorse the proposed amendment constitute at least twenty-five (25) percent of the total membership of the United Brotherhood as of the date the proposal is submitted, approval of the General Executive Board shall not be required.

E   All proposed amendments to the Constitution must be submitted separately listing the section and paragraph that is to be amended.

84

F   Whenever a general vote of the members is taken, a statement shall be submitted along with it by the parties sending it out, giving their reasons why such amendment should become a law, and the General Secretary-Treasurer shall state the number and location of the Locals that have endorsed same. It shall require a majority vote of the members voting, by secret ballot to decide, and said general vote, under Seal of the Local Union, shall be returnable to the General Secretary-Treasurer within six weeks from date of circular calling for the vote, and the result, pro and con, in each Local Union shall be published in pamphlet form containing a copy of amendment or amendments voted on and distributed to all Local Unions in the same manner as the monthly Financial Statement. It shall be unlawful for any Local Union to report members as having voted on any referendum unless they are present and voting. Any Local Union or Union official that conspires to wilfully make a false report on votes cast on a referendum shall be subject to charges under Section 51 of the Constitution of the United Brotherhood of Carpenters and Joiners of America.

## PROPERTY

Section 58.   All officers, Business Representatives and assistant Business Representatives, at the expiration of their term of office, when removed or suspended under Section 51D, or when their offices are declared vacant, shall deliver to their successors all books, papers, moneys and other property in their possession belonging to the United Brotherhood, and they shall not be relieved from their bonds or obligations until this Law is complied with. A financial officer shall be entitled to have an audit made of his or her financial books and records before turning them over to his or her successor. In the event an audit is not made in accordance with the foregoing, a financial officer succeeding to office shall be entitled to have an audit made of his or her predecessor's financial records. Delivery of financial books and records to the Trustees or auditor selected by the Local Union or Council shall constitute compliance with this section. The cost of such audit is to be borne by the Local Union or Council.

85

## PENSION PLAN

**A**    Section 59.   There shall be established and maintained by the United Brotherhood a Pension Plan for such officers and representatives as may be eligible, including such other employees as may be necessary to maintain qualification of the Plan as a tax exempt trust within the meaning of the U.S. Internal Revenue Code. The Pension Plan shall be known as "United Brotherhood of Carpenters and Joiners of America Pension Plan."

**B**    The United Brotherhood and each Local Union, District, Regional, State, Provincial and other Councils shall pay each month to the Trustees of the Pension Plan an amount equal to 13 percent of the gross monthly compensation of each officer, representative, and employee covered by the Plan, which shall be a standing appropriation and shall not require a vote of the United Brotherhood, Local Union or Council. The General Executive Board is authorized to increase the amount of contributions payable.

**C**    The Trustees of the Pension Fund shall be appointed by the General President with the approval of the General Executive Board.

## CODIFICATION

Section 60.   All Laws or parts of Laws previously enacted by the United Brotherhood, and standing decisions of the General Executive Board, in conflict with the Constitution of the United Brotherhood, are hereby repealed and the General Executive Board is hereby authorized and empowered to make any needed changes as required by the vote of the delegates to the Convention of the United Brotherhood.

86

## STANDING DECISIONS OF THE GENERAL EXECUTIVE BOARD

**1887—February 15.**—A Union not holding meetings at least once a month forfeits its charter and is not eligible for donations.
**September 17.**—Grading wages is demoralizing to Union principles and to the welfare of the trade and no Local Union should adopt the system of grading wages.

**1888—March 10.**—A Local Union can fix a fine as penalty for non-attendance of members at a monthly meeting.

**1891—July 16.**—All donations are forfeited by a suspended Union the same as a suspended member. A suspended Union cannot be entitled to any donations other than those prescribed for a new Union.

**1897—April 7.**—Working Cards can only be issued through the Local Unions or District Councils of the United Brotherhood and without discriminating charge in any locality against outside members.
**April 9.**—Every part of the Ritual is just as binding on members as is the Constitution and Laws of the United Brotherhood.

**1898—April 5.**—Members violating Trade Rules and called out on strike are not entitled to strike donations.

## PARLIAMENTARY RULES

**Rule 1.** On motion, the regular order of business (see inside front cover) may be suspended by a two-thirds vote of the meeting at any time, to dispose of any urgent business.

**Rule 2.** All resolutions and resignations must be submitted in writing.

**Rule 3.** Any conversation by whispering or otherwise, which is calculated to disturb a member while speaking, or hinder the

87

transaction of business, shall be deemed a violation of order.

**Rule 4.** Partisan politics or sectarian discussion shall not be permitted in the meeting under any circumstances.

**Rule 5.** All questions of a parliamentary nature not provided for in these Rules shall be decided by Roberts' Manual.

## MOTIONS

**Rule 6.** A motion to be entertained by the presiding officer must be seconded, and the mover as well as the seconder must rise and be recognized by the Chair.

**Rule 7.** Any member having made a motion can withdraw it by consent of the seconder, but a motion once debated cannot be withdrawn except by a two-thirds vote.

**Rule 8.** A motion to amend an amendment shall be in order, but no motion to amend an amendment to an amendment shall be permitted.

**Rule 9.** Any member may call for a division of a question when the sense will admit thereof.

## DEBATE

**Rule 10.** A motion shall not be subject to debate until it has been stated by the Chair.

**Rule 11.** A member who wishes the floor shall rise and respectfully address the Chair, and if recognized by the Chair, shall be entitled to the floor.

**Rule 12.** If two or more members shall rise to speak at the same time, the Chair shall decide which is entitled to the floor.

**Rule 13.** Each member, when speaking, shall confine his or her remarks to the question under debate and avoid all personal, indecorous or sarcastic language.

88

**Rule 14.** No member shall interrupt another while speaking, except to a point of order, and shall definitely state the point, and the Chair shall decide the same without debate.

**Rule 15.** If a member while speaking be called to order, he or she shall take his or her seat until the point of order is decided, when, if decided in order, he or she may proceed.

**Rule 16.** If any member shall feel personally aggrieved by a decision of the Chair, he or she may appeal to the Local Union from the decision.

**Rule 17.** When an appeal is made from the decision of the Chair, the Vice-President shall then take the Chair, and shall state the appeal to the meeting in these words: "Shall the decision of the Chair be sustained as the decision of the Union?" The member will then have the right to state the grounds of appeal, and the Chair will give the reason for the decision, thereupon the Union will proceed to vote on the appeal, without further debate, and it shall require a majority vote to sustain such appeal.

**Rule 18.** No member shall speak more than once on the same subject until all the members desiring the floor shall have spoken, nor more than twice, without unanimous consent, nor more than five minutes at any one time.

**Rule 19.** The presiding officer shall not speak on any subject unless he or she retires from the Chair, except on points of order and appeals from the decision of the Chair, and in case of a tie shall have the deciding vote.

## PRIVILEGED QUESTIONS

**Rule 20.** When a question is before the meeting, no motion shall be in order except: (1) to adjourn; (2) to lay on the table; (3) for the previous question; (4) to postpone to a given time; (5) to refer or re-commit; (6) to amend. And these motions shall have precedence in the order herein arranged. The first three of these motions are not debatable.

89



**Rule 21.** When the previous question is moved and seconded, it shall be put in this form: "Shall the main question be now put?" If this is carried, all further motions, amendments and debate shall be excluded and the main question put without delay.

**Rule 22.** If a question has been amended, the question on the amendment shall be put first. If more than one amendment has been offered, the question shall then be put as follows: (1) amendment to the amendment; (2) amendment; (3) original proposition.

**Rule 23.** When a question is postponed indefinitely it shall not come up except by a two–thirds vote.

**Rule 24.** A motion to adjourn shall always be in order, except: (1) when a member has the floor; (2) when members are voting; (3) when it has been decided to take the previous question.

## TAKING THE VOTE

**Rule 25.** Before putting a question to vote, the presiding officer shall ask: "Is the Union ready for the question?" Then it shall be open for debate. If no member arises to speak, the presiding officer shall then put the question in this form: "All in favor of the motion say 'Aye,' " and after the affirmative vote is expressed, "Those of the contrary opinion say 'No.' " After the vote is taken the Chair shall immediately announce the result.

**Rule 26.** When the presiding officer has commenced taking a vote, no further debate or remarks shall be allowed unless a mistake has been made, in which case the mistake shall be rectified and the presiding officer shall again take the vote.

**Rule 27.** Before the presiding officer declares the vote on a question, any member may ask for a division of the house; then the Chair is in duty bound to comply with the request, and a standing vote shall then be taken, and the Conductor shall count the same.

**Rule 28.** Every member present shall vote on all questions before the Union, unless personally interested or excused by the Union.

**Rule 29.** When a blank is to be filled, the question shall be taken first upon the largest sum or number, or the longest or latest time.

**Rule 30.** When a question has been decided it can be reconsidered only at the same meeting or on the next regular meeting night.

**Rule 31.** A motion to reconsider must be made and seconded by two members who voted with the prevailing side.

**Rule 32.** All questions, unless otherwise provided, shall be decided by a majority of all votes cast.

## OBLIGATION

*I do, of my own free will and accord, solemnly and sincerely promise—on my sacred honor—that I will never reveal—by word or deed—any of the business of this United Brotherhood—unless legally authorized to do so. I promise to abide by the Constitution and Laws—and the will of the majority—observe the By Laws and Trade Rules—established by Local Unions and Councils—affiliated with the United Brotherhood—and that I will use every honorable means—to procure employment for brother and sister members. I agree that I will ask for the Union Label—and purchase union made goods—and employ only union labor—when same can be had. And I further agree that—if at any time it should be discovered—that I have made any misstatements—as to my qualifications for membership—I shall be forever debarred from membership—and donations in this order. I pledge myself to be obedient to authority—orderly in the meetings—respectful in words and actions—and charitable in judgement of my brother and sister members. To all of this I promise and pledge—my most sacred word and honor—to observe and keep—and the same to bind me—as long as I remain a member of this Brotherhood. And I further affirm and declare—that I am not now affiliated with—and never will join or give aid—comfort—or support to any organization that tries to disrupt any Local Union—District Council—Regional Council— State or Provincial Council or the International Body—of the United Brotherhood of Carpenters and Joiners of America.*

PRESIDENT.—[To Newly Initiate Member.]—*You have now been admitted into the United Brotherhood of Carpenters and Joiners of America and you are entitled to all the rights, benefits and privileges as member thereof, as specified in the Constitution, and having assumed the duties and honors of a member of the United Brotherhood, we extend to you the hand of fellowship and instruct you how to enter the meetings of the Local Union, and intrust you with the quarterly password, to which you are now entitled. To gain admission to the meetings of the Union, you must knock twice on the inside door and communicate to the warden the quarterly password.*

[Here the President gives each new member the Password. After that the President will return to his (her) Chair, give ONE DIS-

92

TINCT RAP, when the members take their seats. He (she) will address the Conductor.]

PRESIDENT.—*Brother (Sister) Conductor, you will now lead the newly initiated Brother (Sister) to the Financial Secretary's desk, where he (she) will hand in his (her) name and address, and comply with all other requirements of the Constitution and the laws of this union. He (she) will then obtain his (her) card of membership.*

[NOTE.—The Financial Secretary in the meantime should have the card of membership prepared, to avoid delay. After complying with this, the Conductor will escort the new member to his (her) seat.]

## INSTALLATION CEREMONY

(For Installation of all General, Local or District Officers.)

[NOTE.—The President shall appoint an Installing Officer who will take the President's Chair and call the officers elect to take their places in front of him (her). He (she) will RAP THREE TIMES, and the members will all arise and remain standing. He (she) will then administer the following obligations to them collectively:]

INSTALLING OFFICER.—*Brothers (Sisters): Please raise your right hand and repeat after me the following obligation: You will each of you use your name where I use mine:
I, _____, _____, do hereby solemnly and sincerely pledge my honor in the presence of the members of this Order here assembled—to perform the duties of my office as prescribed in the Constitution and Laws—unless prevented by sickness or some unavoidable accident—that I will deliver to my successor in office—all books, papers, and other property—of the United Brotherhood—that may be in my possession at the close of my official term. All of this I most sincerely promise—with a full knowledge that to violate this pledge—is to stamp me as a person devoid of principle—and destitute of honor—only worthy of the scorn and contempt of my Brothers and Sisters.*

93

[At the close of the obligation, the Installing Officer will RAP ONCE, and the members will be seated. He (she) will then say to the officers elect:]

INSTALLING OFFICER.—*Brothers (Sisters) you have been chosen by this Order to each one serve it in his (her) respective official capacity, and you may well feel proud of the honor conferred upon you. You will now proceed to your respective official stations, and enter upon the duties assigned to you by the Constitution and the laws of this union.*

[The Installing Officer will then surrender the Chair to the incoming President.]

94

## PLATFORM

1. Municipal service wholly divorced from partisan politics. Tenure of office during good behavior, and promotion for meritorious services.

2. Eight-hour service for all employees engaged directly or indirectly on municipal work.

3. Payment of wages weekly, and equal pay to women for equal work performed with men.

4. Revision and simplification of all municipal laws.

5. Direct legislation, through the initiative and referendum.

6. Sanitary and safety inspection of all places where labor is employed.

7. Abolition of contract prison labor.

8. Prohibition of child labor under 17 years.

9. Compulsory education.

10. Payment of wages in lawful money.

11. Prohibition of alien ownership of land.

12. Adoption of legislation requiring the election of all public officials by direct vote of the people.