FILED

DECEMBER 12, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH                    07 C 6991


JUDGE HIBBLER
MAGISTRATE JUDGE KEYS

# EXHIBIT B

# By-Laws and Working Rules

## CHICAGO REGIONAL COUNCIL OF CARPENTERS

affiliate of

## UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA

Revised August 5, 2004

## TABLE OF CONTENTS

TABLE OF CONTENTS . . . . . . . . . . . . . . . . . . . . . . .   i

PREAMBLE . . . . . . . . . . . . . . . . . . . . . . . . . . .   iii

BY-LAWS . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1

   Section 1 Name and Title . . . . . . . . . . . . . . . . . . .   1

   Section 2 Objects . . . . . . . . . . . . . . . . . . . . . . .   1

   Section 3 Powers . . . . . . . . . . . . . . . . . . . . . . .   2

   Section 4 Officers of the Regional Council . . . . . . .   3

   Section 5 Nominations and Elections . . . . . . . . . . .   3

   Section 6 Duties of the President/Executive
      Secretary-Treasurer . . . . . . . . . . . . . . . . . . . . . .   4

   Section 7 Duties of the First Vice-President . . . . . .   7

   Section 8 Duties of the Second Vice-President . . . . .   7

   Section 9 Duties of the Warden and Conductor . . . .   8

   Section 10 Executive Committee . . . . . . . . . . . . . . .   8

   Section 11 Trustees (Auditing and Financial) . . . . . .   9

   Section 12 Working Dues (Dues Check-off)
      Special Assessments and Per Capita Tax . . . . . .   9

   Section 13 Monthly Dues . . . . . . . . . . . . . . . . . . . .   11

   Section 14 Regional Council Representation . . . . . .   11

   Section 15 Delinquent Local Unions . . . . . . . . . . . .   12

   Section 16 Delegate Credentials . . . . . . . . . . . . . . .   12

   Section 17 Delegates Attending Meetings . . . . . . . .   13

   Section 18 Collective Bargaining . . . . . . . . . . . . . . .   13

   Section 19 Trust Funds . . . . . . . . . . . . . . . . . . . . .   13

   Section 20-21 Meeting Nights . . . . . . . . . . . . . . . . .   14

   Section 22 Officers Bond . . . . . . . . . . . . . . . . . . . .   14

   Section 23 Special Dispensation . . . . . . . . . . . . . . .   15

i

Section 24 Charges and Trials .................. 15
Section 25 Initiation Fees ..................... 15
Section 26 Working Cards ................... 15
Section 27 Representatives and Organizers ....... 16
Section 28 Further Objectives ................ 16
Section 29 Lawsuits Against the Regional Council .. 16
      Settlement of Disputes ..................... 16
Section 30 Amendments ................... 17
Section 31 Severability ...................... 18
Section 32 Miscellaneous .................... 18
Section 33 Miscellaneous ................... 20
Section 34 Miscellaneous ................... 21
Section 35 Miscellaneous ................... 21
Section 36 Miscellaneous ................... 22
Section 37 Miscellaneous .................... 23
Section 38 Membership ..................... 23
Section 39 Work Within Regional Council ...... 23
By-Laws of the Governing Board of Trustees ..... 24
Work and Trade Rules ...................... 27
Mill/Industrial Work Rules ................... 35
Rules Governing Apprentices and Trainees ....... 41

ii

# BY-LAWS OF THE
## CHICAGO REGIONAL COUNCIL OF CARPENTERS
### of the
### United Brotherhood of Carpenters and Joiners of America

#### Illinois Counties

Boone, Bureau, Carroll, Cook, De Kalb, DuPage, Grundy, Henderson, Henry, Iroquois, Jo Daviess, Kane, Kankakee, Kendall, Lake, La Salle, Lee, Marshall, McHenry, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, Will, Winnebago.

#### Iowa Counties

Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth, Wright.

#### Wisconsin Counties

Kenosha, Milwaukee, Ozaukee, Racine, Washington and Waukesha.

Our aim will be to promote and protect the interest of our membership, to elevate the moral, intellectual and social conditions of all working men and women, to assist each other in sickness and distress.

To encourage apprenticeship and a higher standard of skill, to cultivate a feeling of friendship, and to assist each other to secure employment.

To aid and assist all organizations to uphold the dignity of labor and resist oppression by honorable means.

To hold it as a sacred principle, that union members, above all others, should set a good example as good and

iii

We resent the principle of open shop association, and will continually strive for the enactment of legislation which will enable us to achieve our objectives.

Realizing that a blow at one organization is a blow to all, therefore, it shall be our duty as union members to purchase union-made goods and patronize union shops and business establishments whenever possible to do so.

So with these aims and principles in mind, the Local Unions in the vicinity of Boone, Bureau, Carroll, Cook, De Kalb, DuPage, Grundy, Henderson, Henry, Iroquois, Jo Daviess, Kane, Kankakee, Kendall, Lake, La Salle, Lee, Marshall, McHenry, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, Will, Winnebago Counties **Illinois**; Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth, Wright Counties **Iowa**; Kenosha, Milwaukee, Ozaukee, Racine, Washington and Waukesha Counties **Wisconsin**; affiliate ourselves into an organization that shall be known as the CHICAGO REGIONAL COUNCIL OF CARPENTERS of the United Brotherhood of Carpenters and Joiners of America, in conformity with the provisions of the Constitution and Laws of the United Brotherhood.

iv

## NAME AND TITLE

### Illinois Counties

*Section 1.* This body is chartered and known as the Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Boone, Bureau, Carroll, Cook, De Kalb, DuPage, Grundy, Henderson, Henry, Iroquois, Jo Daviess, Kane, Kankakee, Kendall, Lake, La Salle, Lee, Marshall, McHenry, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, Will, Winnebago.

### Iowa Counties

Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth, Wright.

### Wisconsin Counties

Kenosha, Milwaukee, Ozaukee, Racine, Washington and Waukesha.

This Regional Council is organized in conformity with the Constitution of the United Brotherhood and shall exercise the powers and privileges of a Regional Council under the Laws of the United Brotherhood.

## OBJECTS

*Section 2.* The objects of this Regional Council shall be to promote and protect the interest of our membership, to encourage the apprenticeship system and higher standard of skill, to reduce the hours of labor, to secure adequate pay for

1

our work, to evaluate the standard of our craft, to cultivate a feeling of friendship among the members of this Brotherhood, to assist our members in procuring employment and to protect our members by legal and proper means against any injustice that may be done to them, improve the moral, social and intellectual conditions of our members and all working people.

## POWERS

*Section 3.* This Regional Council shall be the central governing body over and shall have legislative and executive powers on all matters relating to the general interest and welfare of affiliated Local Unions and their members. The Regional Council shall establish working dues or monthly dues (that are sufficient to operate the Regional Council) payable to the Regional Council and initiation fees. It shall have the power to collect and retain all fines levied by the Regional Council for violation of the laws, trade rules and other rules of the Regional Council. The Regional Council shall have the power to issue the quarterly work card. It shall have the power to make agreements with kindred bodies or central organizations and send Delegates to same whenever deemed necessary. The Regional Council shall have the sole authority to negotiate collective bargaining agreements and the sole authority to amend, extend, change or terminate any collective bargaining agreement. The Regional Council, upon recommendation of the President/Executive Secretary-Treasurer and approval of the Executive Committee, shall have the power to hire, discipline, promote, and fire all employees of the Regional Council. Except for clerical and part-time employees of Local Unions, all persons employed on matters within the jurisdiction of the Regional Council, including Business Representatives, Assistant Business Representatives, full-time Financial Secretaries at the time of adoption of these By-Laws, and Organizers, shall be considered employees of the Regional Council. No person shall be an employee of an affiliated Local Union except for per-

2

sons employed in clerical positions and part-time. Upon approval of these By-Laws, all Local Union employment positions, except for clerical and part-time positions, shall cease to exist. Furthermore, the Regional Council shall have all other powers provided for in the By-Laws.

## OFFICERS OF THE REGIONAL COUNCIL

*Section 4.* The officers of this Regional Council shall consist of President/Executive Secretary-Treasurer, First Vice-President, Second Vice-President, Warden, Conductor, three (3) Trustees and three (3) Regional Council Business Representatives. The term of these offices shall be four (4) years.

## NOMINATIONS AND ELECTIONS

*Section 5.* The nomination, election and installation of officers of the Regional Council shall be governed by the Constitution and Laws of the United Brotherhood in accordance with the following provisions:

(A) Officers of this Regional Council shall be nominated and elected by the Delegate Body of the Regional Council, and must be working within the bargaining unit represented by their Local Union, or employed full time within the framework of the United Brotherhood of Carpenters to be eligible. Nominations shall be held in the month of July of the year of the election and election shall be in the month of August, following nominations. Only those members who have been Delegates to the Regional Council for three (3) years successively, prior to nomination, shall be eligible to nomination and election.

(B) Regional Council Delegates shall be elected in accordance with the Constitution of the United Brotherhood. Regional Council Delegates shall be elected for a term of not more than three years.

3

Secretary-Treasurer, by certified mail, of the names of the elected Delegates before July 1st of each year. It is compulsory that the President/Executive Secretary-Treasurer of the Regional Council notify these Delegates by mail that nominations of the Regional Council officers will be held at the Regional Council in July and elections for the Regional Council in August.

## DUTIES OF THE PRESIDENT/ EXECUTIVE SECRETARY-TREASURER

Section 6(a) It shall be the duty of the President/ Executive Secretary-Treasurer to preside at all meetings of the Regional Council, enforce a due observance of the Constitution and Laws of the United Brotherhood, conduct the same according to parliamentary rules and perform such other duties as designated by the body.

The President/Executive Secretary-Treasurer shall be responsible for the management and supervision of the field activities, business office(s) for conducting the daily business of the Regional Council. The President/Executive Secretary-Treasurer is specifically authorized to expend, in accordance with the procedures of these By-Laws, funds for any or all of the purposes and objects of the Regional Council. He/she shall perform such other duties from time to time as the Executive Committee or Regional Council may direct.

The President/Executive Secretary-Treasurer shall have the authority to appoint, hire, suspend, promote or terminate Regional Council Organizers, and Business Representatives and Assistant Business Representatives subject to the approval of the Executive Committee of the Regional Council. The President/Executive Secretary-Treasurer before making an appointment shall consider recommendations from the Local Union Executive Committees of the appropriate local union.

4

The President/Executive Secretary-Treasurer, by virtue of election to his or her office, shall automatically be deemed as an elected Delegate from the Regional Council to the conventions or meetings of the United Brotherhood, State Building and Construction Trades District Councils' Labor Federations, and any other organizations, conferences or meetings with which the Regional Council may participate or become affiliated with.

The President/Executive Secretary-Treasurer or his/ her designee shall be chairman of all negotiating committees.

The President/Executive Secretary-Treasurer shall review with the Executive Committee of the Regional Council all minutes of any trust funds and information concerning delinquent employers and other matters relating to the trust funds with a copy of same to remain at the office of the Regional Council.

The President/Executive Secretary-Treasurer is empowered to appoint Special Committees and Representatives to conventions, conferences or other activities for the well-being of the Brotherhood. The President/Executive Secretary-Treasurer shall also be empowered to make any additional appointments, such as special representatives and/or organizers that may be deemed necessary to the best interests of the Brotherhood. Such appointments shall be subject to the approval of the Executive Committee of the Regional Council.

All Business Representatives, including the three (3) elected Business Representatives, Assistant Business Representatives and Organizers shall be under the direction and supervision of the President/Executive Secretary-Treasurer of the Regional Council and will perform all duties deemed necessary for the furtherance of the interests of the Regional Council. The President/Executive Secretary-Treasurer of the Regional Council is the Business Manager of the Regional Council.

5

The President/Executive Secretary-Treasurer shall have authority over any and all matters not otherwise provided for in these By-Laws.

All Committees shall decide the time and place of their meetings; shall keep record of same and shall submit a report of their activities in writing to the President/Executive Secretary-Treasurer of the Regional Council. All Committee members and all Special Delegates shall be remunerated, after presentation of bills or vouchers have been presented and affirmed by the Chairman and Secretary of the Committee, for any expense incurred in connection with their duties as Committee member or Special Delegate.

The President/Executive Secretary-Treasurer may delegate any of his authority to a representative of this Regional Council when he or she deems it necessary.

The President/Executive Secretary-Treasurer may designate the authority to hire, suspend, promote or terminate all clerical or custodial employees and determine their duties, assignments, compensation, hours of employment and conditions.

*Section 6(b).* The First Vice-President shall assist the President/Executive Secretary-Treasurer in the following duties:

Keep a correct record of each meeting, keep all documents and correspondence, issue all calls for a special meeting, keep a record of all charges, trials and fines, take charge of the seal of the Regional Council and affix same to all official documents, sign all legal orders, keep a correct account between the Regional Council and the Local Unions, receive all monies paid to the Regional Council and shall hold in his or her possession a sum of money not to exceed $5,000 for contingent expenses. He or she shall issue quarterly work cards to the affiliated Local Unions.

Take charge of all the ballots cast in any election of the Regional Council and shall preserve said ballots and other records relating to the election for a period of one year after the election date.

Assume all of the duties of the Recording Secretary and Treasurer.

All monies paid into the Regional Council shall be deposited by the President/Executive Secretary-Treasurer in the name of the Regional Council in such bank or banks as properly designated by the Executive Committee.

Furnish each Local Union with a copy of the quarterly financial report of the Regional Council certified by the proper auditing committee. This report shall be signed by the Trustees of the Regional Council. He or she shall perform such other duties from time to time as the Executive Committee or the Regional Council may direct.

Furnish to each Local Union a correct record of each meeting of the Regional Council. All collected claims shall pass through the hands of the First Vice-President and he/she shall keep a record of same.

## DUTIES OF THE FIRST VICE-PRESIDENT

*Section 7.* The First Vice-President shall assist the President/Executive Secretary-Treasurer in all matters described in Section 6(b) of these By-Laws and in any and all duties the President/Executive Secretary-Treasurer deems necessary for the furtherance of the interests of the Regional Council.

## DUTIES OF THE SECOND VICE-PRESIDENT

*Section 8.* The Second Vice-President shall assist the President/Executive Secretary-Treasurer in the performance of his or her duties and conduct meetings in his or her absence.

6

7

## DUTIES OF WARDEN AND CONDUCTOR

*Section 9.* The Warden shall take charge of the door at all meetings of the Regional Council and allow no one to enter except those who are entitled to do so. The Conductor takes up the password at all meetings.

## EXECUTIVE COMMITTEE

*Section 10.* The Executive Committee shall consist of a President/Executive Secretary-Treasurer, First Vice-President, Second Vice-President, and Three (3) Business Representatives of the Council and the seven (7) members of the Project Committee of the Regional Council. Between meetings the Executive Committee shall have supervision of the business of the Regional Council, as has not otherwise been granted to officers of the Council. The President/ Executive Secretary-Treasurer subject to the approval of the Executive Committee shall have the power to hire, discipline, promote and fire all Business Representatives, Assistant Business Representatives and Organizers of the Regional Council. The salary of the President/Executive Secretary-Treasurer, the First Vice-President, the Second Vice-President, and each of the three (3) Business Representatives, Conductor, Warden, three (3) Trustees, and all Business Representatives, Assistant Business Representatives and Organizers shall be as determined by the Executive Committee. All changes or proposed changes in the By-Laws or Trade Rules of this Regional Council or any of the Local Unions affiliated therewith shall be first referred to the Executive Committee for consideration and recommendation pending approval by the Regional Council and in accordance with Section 11B of the Constitution and Laws of the United Brotherhood, same must be submitted to the First Vice-President of the United Brotherhood for approval. The Executive Committee shall submit a report to each meeting of the Regional Council.

8

## TRUSTEES
### (AUDITING AND FINANCIAL)

*Section 11.* The Trustees shall have supervision of all funds and properties of the Regional Council subject to such instructions from the Executive Committee as they may receive from time to time. The title to all property of the Regional Council shall be held in the name of the Trustees of the Regional Council and/or their successors in office. The Trustees shall audit all books and accounts of the President/Executive Secretary-Treasurer at least monthly and report their findings to the Regional Council and perform such other duties as the Regional Council may require. The Trustees shall audit all receipts and accounts of any other person authorized to collect funds. The Regional Council shall engage a certified or registered public accountant for periodic audits, but not less than once a year, and such audits shall be examined by the Trustees for comparison with the Trustees' audit who shall report their conclusions in writing to the Regional Council.

## WORKING DUES (DUES CHECK-OFF) SPECIAL ASSESSMENTS AND PER CAPITA TAX

*Section 12.*

(A) The Regional Council shall receive working dues in the amount determined by the Regional Council. The working dues to this Regional Council shall be due on the first day of the month and must be paid to the Regional Council not later than the 15th day of the following month.

(B) In case of a deficit in the funds of the Regional Council, the Regional Council may levy a special assessment on each Local Union based on the number of members in the Local. The Regional Council must give 30 days written notice to the Delegates and the principal office of each Local Union prior to such special assessment and shall require a majority vote by

9

secret ballot of the Delegates to the Regional Council at a special convention to adopt this special assessment which must be approved by the First Vice-President of the United Brotherhood. The President/Executive Secretary-Treasurer shall notify all Local Unions that said assessment must be paid within 30 days from the time of final approval.

(C) The Regional Council may establish Regional Council monthly dues or increase working dues payable to the Regional Council by a majority vote of the Delegates voting at a Special Convention of the Regional Council held upon not less than 30 days' written notice to the Delegates and the principal office of each Local Union.

(D) If a member who owes working dues fails to pay them as provided by these By-Laws, such working dues shall be charged to the member by notice in writing that same must be paid within 30 days to entitle the member to any privilege, rights or donations. If the member does not make payment of arrears within the time prescribed, the member shall not be in good standing and he or she shall be notified in writing that unless the amount owing is paid within 30 days thereafter, his or her name shall be stricken from membership. Notices shall be sent to the last known address of the member reported by the member to the Local Union.

(E) The Per Capita Tax of this Regional Council must be an adequate amount to pay the current expenses of the Regional Council. All Local Unions must pay to the Regional Council each month the approved Per Capita Tax for every member on their membership rolls, including members in arrears. If a member in arrears is finally suspended, credit will be given to the Local Union for any overpayment made on behalf of said suspended member.

10

(F) The Regional Council may increase the amount of the Per Capita Tax by majority vote of the Delegates voting at a Special Convention held by the Regional Council upon not less than thirty (30) days' written notice to the Delegates and the principal office of each Local.

## MONTHLY DUES

*Section 13.* The monthly dues payable to the Local Unions in this Regional Council shall be established by the Local Unions and must be adequate to enable the Local Unions to operate in an efficient, proper and solvent manner in the service and best interests of its membership.

The Executive Committee of the Regional Council shall set the minimum monthly dues payable to Local Unions as well as the monthly dues amount for apprentices.

Each Local Union shall furnish the Regional Council with a correct monthly report of all members as indicated by the International per capita sheet.

## REGIONAL COUNCIL REPRESENTATION

*Section 14.* Each Local Union shall elect a Delegate or Delegates to the Regional Council in accordance with the Constitution and Laws of the United Brotherhood governing nomination and elections in subordinate bodies. The ratio of representation from each Local Union to the Regional Council shall be determined by the Regional Council. A member of a Local Union who meets the qualifications of Section 31D of the Constitution and Laws of the United Brotherhood shall not be ineligible for appointment as a Business Representative because he or she is a Delegate. Each Local Union shall submit the correct number of members on their rolls from month to month on and after the first meeting of each month.

The ratio of representation from each Local Union to the Regional Council shall be as follows:

11

a) Each Local Union shall be entitled to one Delegate for the first two hundred (200) members or fraction thereof and one for every additional two hundred (200) members or major fraction thereof, who shall be elected by the Local Union in accordance with the provisions of Section 31 of the General Constitution.

b) Any officer of the Regional Council as set forth in Section 4 of these By-Laws duly nominated and elected in accordance with the Constitution and Laws of the United Brotherhood shall by virtue of his or her office be a Delegate to the Regional Council and shall be included in the total number of Delegates any Local is entitled to have.

The President/Executive Secretary-Treasurer shall notify each Local Union by mail, no later than April 15th of the year of each general election of Local Union Delegates to this Regional Council, of the correct number of Delegates each Local Union is entitled to have elected.

## DELINQUENT LOCAL UNIONS

*Section 15.* A Local Union owing per capital tax for two months and the same not being paid by the end of the third month, such Local Union Delegates shall not have a vote or voice in the Regional Council. When a Local Union owes a sum equal to three (3) months per capita tax to the Regional Council, its Delegates will not be entitled to a seat in that body nor shall the members of the delinquent Local Union be entitled to the work card of the Regional Council.

## DELEGATE CREDENTIALS

*Section 16.* Recording Secretaries of Local Unions must forward credentials of Delegate or Delegates from their Local Union to the Regional Council properly signed by the President and Recording Secretary with the seal of the Local Union affixed. They shall be referred to the Executive Committee who shall investigate the same and report their

findings to the Regional Council with recommendation thereof.

## DELEGATES ATTENDING MEETINGS

*Section 17.* Any Delegate to this Regional Council failing to attend its meetings shall upon the third (3rd) offense, provided they are successive and no reasonable excuse is presented and accepted by a majority vote of the Regional Council, stand suspended and his/her Local Union shall be so notified.

## COLLECTIVE BARGAINING

*Section 18.* The Regional Council shall have the sole authority to negotiate, ratify and execute Collective Bargaining Agreements, and the sole authority to amend, extend, change, or terminate any collective bargaining agreement for and on behalf of its affiliated Local Unions, except to the extent the International Union exercises its jurisdiction or authority.

## TRUST FUNDS

*Section 19.* The President/Executive Secretary-Treasurer upon approval of the Executive Committee shall have the power and authority to appoint and remove representatives for and on behalf of its Local Unions to act as Trustees for all negotiated Employer/Union Trust Funds including, but not limited to, Health and Welfare, Pension, Labor-Management Cooperation Committee, Vacation Savings and Holiday Plan and Apprenticeship. The Regional Council shall recommend all allocations from negotiated total wage amounts to such negotiated Trust Funds upon approval of the Executive Committee and Delegate Body. Accordingly, all Trust Agreements and/or Plan Documents and/or Local By-Laws shall be amended by the authorized representatives of the Local Unions to reflect the foregoing appointment process.

*Section 20.* The meetings of this Regional Council shall be held bi-monthly on a day of the week determined by the President/Executive Secretary-Treasurer during the first week of every second month unless in the discretion of the President/Executive Secretary-Treasurer it would be in the best interest of the Regional Council to hold the meetings on a quarterly basis. During an election year, meetings will be held in July for nominations and August for Election of Officers. No business shall be transacted after 11:00 p.m. unless by a majority vote of the Delegates present immediately after the reading of the Minutes. Special meetings may be called by the President/Executive Secretary-Treasurer and First Vice-President upon written request of 15 Delegates of at least 8 Local Unions and the nature of the business shall be stated and no other business shall be transacted except that for which the meeting is called. The President/Executive Secretary-Treasurer shall notify each Delegate of the Regional Council in advance to attend the meeting.

*Section 21.* All meetings of this Regional Council shall be of executive session.

The fiscal year for this Regional Council shall be July 1st to June 30th. All accounts shall be audited and a complete financial report for the fiscal year be brought forth by the auditing committee no later than 90 days following the close of the fiscal year.

### OFFICERS BOND

*Section 22.* Every officer, agent or employee of the Regional Council who handles funds and property thereof shall be bonded through the General Office for the faithful discharge of their duties.

14

*Section 23.* Any member incapacitated by old age or accident desiring special dispensation may make application for same through the Executive Committee of the Regional Council.

### CHARGES AND TRIALS

*Section 24.* The charges and trial procedures shall be as set forth in the Constitution of the United Brotherhood.

### INITIATION FEES

*Section 25.* The initiation fee(s) in this Regional Council shall be as determined by the Executive Committee with approval by the Delegate Body. The Executive Committee has the authority for organizing purposes and other good cause to waive or reduce the initiation fee not inconsistent with Section 44(I) of the Constitution and Laws of the United Brotherhood. The Executive Committee may allow arrangements for the payment of initiation fees by installments. The initiation fee for apprentices shall be in accordance with the Constitution and Laws of the United Brotherhood. Where an ex-member has violated any of the Rules and Laws of this Regional Council and has been tried and found guilty of same, and where a fine has been imposed, such fine must be paid before initiation.

### WORKING CARDS

*Section 26.* The Regional Council shall have the power to issue quarterly working cards to the Local Unions for each member of the United Brotherhood on the Local Unions' books. No member shall be entitled to receive a working card from a Local Union unless all arrearages for dues, fines and assessments are paid in full.

15

*Section 27.* Any member who represents himself or herself as a Representative or any member acting as such and not having received credentials from the Regional Council, or a Business Representative whose credentials have been canceled and who represents himself or herself as a representative of this Regional Council or any Local Union, shall for the first offense, after having been tried and found guilty, be fined a sum of fifty dollars ($50), and for the second offense, if found guilty, shall be expelled from the United Brotherhood.

## FURTHER OBJECTIVES

*Section 28.* The Regional Council shall have the authority to organize and operate a special Political Education Committee for the purpose of political objectives including, but not limited to, public relations, political activities and contributions and furtherance of legislation.

## LAWSUITS AGAINST THE REGIONAL COUNCIL

*Section 29.* No member fined, suspended or expelled by action of the Regional Council shall file any lawsuit against the Regional Council, its Officers or Representatives, or its affiliated Local Unions without first exhausting all appeal remedies provided for in these By-Laws and Constitution of the United Brotherhood.

## SETTLEMENT OF DISPUTES

Any dispute between a member and the Regional Council, including any affiliated local unions, concerning the interpretation and application of any provision contained in or arising out of a provision of these By-Laws, shall be handled in the first instance between the member and a representative of the Regional Council. A member must bring such dispute to an officer of the Regional Council within 10 days of the initial occurrence.

16

In the event that the dispute is not resolved within 72 hours from the time that the dispute is brought to the attention of the Regional Council representative, the parties shall submit the dispute to arbitration. The parties shall jointly request a list of seven (7) arbitrators from the Federal Mediation and Conciliation Services and endeavor to agree upon the appointment of a single arbitrator. In the event that the parties cannot agree upon a single arbitrator, they shall each appoint a single arbitrator, and the appointed arbitrators shall endeavor to appoint a third arbitrator all of whom will act as the Board of Arbitrators.

Except as provided in the work and Trade Rules of the Chicago Regional Council of Carpenters and the Work Rules of Industrial Workers as they relate to Sections 51, 52 and 53 of the Constitution, the arbitrator or Board of Arbitrators shall have jurisdiction over all questions concerning the interpretation and application of any provision contained in these By-Laws. They shall not, however, be empowered to decide or encroach upon those matters which are subject to Sections 51, 52 and 53 of the Constitution.

The decision of the arbitrator or Board of Arbitrators shall be binding upon the parties.

In recognition of the national uniformity of these By-Laws, the arbitrator or Board of Arbitrators shall be guided by the judicial principle that the interpretation of these By-Laws made by either the United Brotherhood of Carpenters and Joiners of America or the Regional Council is entitled to deference unless the interpretation is patently unreasonable.

## AMENDMENTS

*Section 30.* These By-Laws may be amended at any time as follows:

(A) Any alteration or amendment proposed must be in writing and signed by ten (10) Regional Council Delegates representing no less than three (3) affiliat-

17

ed Local Unions, or proposed by the Officers of the Regional Council.

(B)  The proposed amendment shall be presented to the Executive Committee of the Regional Council. The President/Executive Secretary-Treasurer will then appoint a By-Laws Committee to review the merits of the proposed amendment.

(C)  The By-Laws Committee shall present the proposed amendment or amendments together with its recommendation(s) to the Executive Committee. The Executive Committee shall present the proposed amendment or amendments together with its recommendation(s) to the Delegate Body of the Regional Council at a regular meeting.

(D)  The amendment will then be put to a vote of the Delegates at a Special Called Meeting for that purpose, after due notice has been sent to all Delegates, and a majority vote of the Delegates present and voting shall be required to adopt.

The Amendment will then be in full force and effect on and after being approved by the First Vice-President of the United Brotherhood.

## SEVERABILITY

*Section 31.* If any Section or part of these By-Laws shall be held invalid by operation of law or by any tribunal of competent jurisdiction, the remaining Sections of these By-Laws shall not be affected thereby and shall remain in full force and effect.

## MISCELLANEOUS

*Section 32.*

(A)  The Regional Council by majority vote of the Delegates present, either in regular or special session, shall have the authority to adopt Operating Procedures to govern the Regional Council and all

18

Local Unions, and to make all measures, resolutions, trade rules, instruction to members and Local Unions and all other actions that may be necessary to further the objectives and purposes of the Regional Council.

(B)  These By-Laws, Trade Rules and any other rules, resolutions and directives adopted by the Regional Council shall govern and be binding on each Local Union.

(C)  Any subject not covered by these By-Laws and Trade Rules shall be governed by the Constitution of the United Brotherhood and nothing in these By-Laws shall in any way be construed to conflict with the Constitution of the United Brotherhood.

(D  The Executive Committee of the Regional Council shall have the authority to call a Special Convention. Written notice of a Special Convention must be given to all Delegates and the principal office of each Local Union at least thirty (30) days prior to such Convention. The Delegates of any Special Convention of this Regional Council shall consist exclusively of the Delegates to this Regional Council.

(E)  All current By-Laws of Locals must be submitted to the Regional Council for approval. All By-Laws of Local Unions that are inconsistent with these By-Laws are superseded.

(F)  In the event a vacancy shall occur in any elected office or among members of Committees, delegations or trusts, by reason of death, resignation or incapacity, the President/Executive Secretary-Treasurer shall appoint any Delegate to the Regional Council to fill that office for the unexpired term, subject to the approval of the Executive Committee and the Delegate Body.

(G)  In the event a vacancy shall occur in the office of the President/Executive Secretary-Treasurer of the

19

Regional Council because of the incapacitation or incapacity, the Executive Committee shall, subject to the approval of the Delegate Body, appoint a successor who shall assume the office of President/Executive Secretary-Treasurer for the unexpired term.

(H) All transfers within the Regional Council and issuance of transfer cards shall be governed by the policy and action of the Executive Committee.

*Section 33.* (A) At the meeting set for installation of officers elected, and following such installation, the Delegates shall nominate and at the following meeting, elect by secret ballot, standing committees as follows:

a) Seven (7) members for the Project Committee whose duties shall be to perform such tasks as may be referred to them by the President/Executive Secretary-Treasurer with the approval of the Executive Committee.

b) Five (5) members of the Arbitration Board, also to be known as the negotiating committee for the Construction Division, who will be elected by and from the Delegates to the Regional Council and who represent the Construction Division. They shall be empowered to negotiate and enter into agreement with the employers as to wages, hours and working conditions, subject to the approval of the Delegate Body. The President/Executive Secretary-Treasurer of the Regional Council, by virtue of his or her office, or his/ her designee shall be one of the members of the Arbitration Board.

c) Five (5) members of the Arbitration Board, also to be known as the negotiation committee for the Industrial Division, who will be elected by and from the Delegates to the Regional Council and will represent the Industrial Division. They shall be empowered to negotiate and enter into agreement with the

20

employers as to wages, hours and working conditions, subject to the approval of the Delegate Body. The President/Executive Secretary-Treasurer of the Regional Council, by virtue of his or her office, or his/ her designee shall be one of the members of the Arbitration Board.

d) Eleven (11) members of the Trial Board who shall try all charges referred to them in which violations of rules are alleged subject to the following provisions: The First Vice-President shall place their names in the ballot box and the Second Vice-President shall draw the same from that box and call the names aloud until five have been drawn. The accused and the accuser shall have the alternative of each challenging any three (3) members of the Trial Committee; the member so challenged shall not serve. When the five (5) have been selected, they shall constitute the Trial Committee and the case shall be given to them for trial.

e) Five (5) members who shall be the Building Trustees for the Regional Council Building to be governed by the By-Laws pertaining to the Building Trustees. The First Vice-President by virtue of his or her office shall be one of the members of the Building Trustees.

f) Remuneration for the Standing Committees shall be determined and recommended by the Executive Committee subject to the approval of the Delegate Body.

*Section 34.* All Local Unions shall remit to the Regional Council a building assessment that shall be determined from time to time by the Executive Committee, subject to the approval by the Delegate Body for each new applicant which is approved and admitted to membership.

*Section 35.* The Regional Council shall maintain offices in the Regional Council Building and they shall be open on normal working days and shall be used for the business of

21

the Regional Council and the United Brotherhood of Carpenters. The First Vice-President shall have charge of the headquarters and shall see that it is properly equipped to transact the business of the Regional Council. Visiting members shall conform to the rules of its government and violators shall be subject to charges and penalties.

*Section 36.* The Regional Council shall have full and complete jurisdiction over the issuance of quarterly working cards to Local Unions and the Local Union shall strictly conform to any instructions regarding their disposal at all times. Failure on the part of any Local Union to obey such instructions shall be sufficient cause for its suspension from the Regional Council if approved by a two-thirds vote of the Council.

a) The President/Executive Secretary-Treasurer shall issue to the Financial Secretaries work cards and buttons for each member in their respective Local Unions in this District. It shall be the duty of the Financial Secretary of each Local Union to sign the name of each member upon the quarterly work card in ink and to stamp cards issued to Apprentices with the word "Apprentice". No member shall be entitled to receive a work card from a Local Union unless all his/her arrearages for dues, and assessments are paid in full.

b) All Construction Local Unions shall have the word "Construction" imprinted on their working cards, directly above their Local Union identification.

c) Any member working within a Construction Bargaining Unit shall be subject to the minimum dues, and/or dues checkoff including all assessments that apply to the Construction Division as per Sections 12 and 13 of these By-Laws.

d) The cost of the Work Card and the Button shall be determined from time to time by the Executive Committee, subject to the approval of the Delegate Body.

22

A member of a Local Union not working at the trade through old age or infirmity may be exempt from the Work Card. Financial-Secretaries of the Local Unions shall furnish the President/Executive Secretary-Treasurer of the Regional Council a list of the members to whom this action may apply.

*Section 37.* The office of the Regional Council is empowered to issue temporary working permits pursuant to rules adopted governing their issue. The charge for permit shall be in accordance with Section 46C of the General Constitution and the subject permit shall be good for a period of 30 days from date of issue.

## MEMBERSHIP

*Section 38.* All applications for membership, irrespective of classification involved, shall be processed as determined by the Executive Committee. All applicants for membership shall pay uniform initiation fees, examination fees, and assessments, as required in these By-Laws, unless special dispensation has been granted by the General Office or reduced by the Executive Committee consistent with these By-Laws.

## WORK WITHIN THE REGIONAL COUNCIL

*Section 39.* The Executive Committee of the Regional Council shall adopt, and all workers shall be governed by, uniform rules and/or procedures for the registration and workers shall have employment mobility throughout the territorial jurisdiction of the Regional Council.

23

BY-LAWS
of the
GOVERNING BOARD OF TRUSTEES
for the
REGIONAL COUNCIL BUILDING

*Section 1.* Only officers of the Regional Council shall be eligible for the position of the Building Trustees provided, however, that the President/Executive Secretary-Treasurer of the Regional Council shall by virtue of that office become a member and Chairman of the Board of Trustees and his office as a member of the Board of Trustees shall cease and terminate at the same time when his office as President/Executive Secretary-Treasurer of the Regional Council terminates.

*Section 2.* It is hereby provided that any and all real estate that may at any time be owned by this Regional Council shall be overseen by a board of five (5) Trustees.

*Section 3.* These Trustees shall not have the power to mortgage, sell or encumber the said premises or execute any long term lease, nor shall they purchase any real properties unless directed by a majority vote of the Executive Committee in writing and approved by the Delegate Body by a majority of Delegates voting. Prior to the vote by the Delegate Body for the purchase or sale of realty, each Local Union shall be notified of the recommendation of the Executive Committee. However, the President/Executive Secretary-Treasurer shall have the full right, power and authority to lease for short periods any surplus space, or days not needed by this Council, upon his own initiative.

*Section 4.* If a member of the Board of Trustees resigns or if for any reason he ceases to be an officer of the Regional Council, his office as Trustee shall immediately cease and the President/Executive Secretary-Treasurer shall appoint any officer of the Regional Council to fill that office for the unexpired term, subject to the approval of the Executive Committee and the Delegate Body.

*Section 5.* The books and accounts of the Building Fund shall be audited by the Trustees (Auditing and Financial) of the Regional Council or by a public accountant as the Regional Council may direct, not less than four times each year at the expiration of each quarter.

*Section 6.* a. All funds derived from real estate holdings and all monies received from all other sources for the building fund shall be deposited in such bank as the Board of Trustees may designate. All checks drawn on the bank shall be signed by two of three designated Officers, President/Executive Secretary-Treasurer, First Vice President and one other Officer of the Regional Council. The First Vice President shall furnish surety bonds in such amount as the General Office may from time to time decide.

b. All funds derived from real estate holdings and all building assessments and all monies received from all other sources for the building fund shall be placed in the building fund to be held as reserve for maintenance, upkeep, repairs, necessary alterations, taxes, and all other legitimate expenses in connection with the upkeep of the building, including repairs and replacements of any and all equipment and furnishings used in the building, provided, however, that if at any time the cash and liquid assets in the building funds exceed $100,000.00 the Regional Council shall, at its discretion, have authority to transfer monies from the building fund to the Regional Council general fund; but no transfer of money from the building fund to the general fund shall be made if the cash and liquid assets in the building fund fall below $100,000.00 and provided further, that no money shall be transferred from the building fund to the Regional Council general fund except when actually needed for the legitimate expenses of the Regional Council and when such transfer of money is made, the amount so transferred shall

24

25

not exceed the amount required for the immediate needs of the Council.

*Section 7.* For the faithful performance of their duties, the Trustees shall receive such remuneration as the Regional Council may from time to time decide.

Neither these By-Laws nor any part thereof shall be construed or interpreted so as to conflict with the provisions or intents and purposes of the Constitution and Laws of the United Brotherhood of Carpenters and Joiners of America.

26

# WORK AND TRADE RULES

### of the

## CHICAGO REGIONAL COUNCIL

## OF CARPENTERS

### Illinois Counties

Boone, Bureau, Carroll, Cook, De Kalb, DuPage, Grundy, Henderson, Henry, Iroquois, Jo Daviess, Kane, Kankakee, Kendall, Lake, La Salle, Lee, Marshall, McHenry, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, Will, Winnebago.

### Iowa Counties

Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth, Wright.

### Wisconsin Counties

Kenosha, Milwaukee, Ozaukee, Racine, Washington and Waukesha.

*Rule 1.* All members of this Chicago Regional Council of Carpenters shall accept as basic to their employment and shall abide by the rules and regulations and provisions of the agreement established through negotiations with the employer and/or the association representing the employer, and

   a. Shall observe the established daily and weekly hourly work periods.

   b. Shall at all times demand and receive the wages stipulated in the agreement.

27

shall observe the following Holidays, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day and New Year's Day or as negotiated in the respective collective bargaining agreements as non-working days.

d.  Shall not work after the regularly established working hours daily, nor on Saturdays, Sundays, or Holidays unless permission is granted by the Business Representative of the area where the work is being performed or by an Officer or Business Representative of the Regional Council.

e.  Shall demand and receive premium pay for all work performed after the regular work day as stipulated in the applicable collective bargaining agreement.

f.  Shall not work after the regularly established payday unless all wages have been received in accordance with provisions stipulated in the current collective bargaining agreement.

g.  Shall not work on piece work basis, nor contract work unless material as well as labor are the basis of contract.

h.  Shall not refuse to work with an indentured apprentice assigned to a contractor.

Any violation of the agreement or any of the above provisions thereof shall subject the offender to a fine of not less than Fifty ($50.00) Dollars.

*Rule 2.* Union identification buttons are issued by the Union upon payment of current dues. The button must be worn on the job at all times and shall be conspicuously displayed on the person (either on jacket or hat). Failure to wear the button shall subject the offender to a fine of not less than Fifty ($50.00) Dollars. A member giving, loaning, selling or transferring the current button shall be subject to a fine of not less than Fifty ($50.00) Dollars.

28

*Rule 3.* No member shall work on a job where non-union carpenters are employed unless such non-union person either leaves the job or affiliates with the union following their seventh day of employment on the job or are on a permit from the Regional Council. Members shall report to the Union whenever laborers or workmen of any other trade are engaged in doing carpentry work of any kind as described in our scope of work. Violation of this rule shall subject offenders to a fine of not less than Fifty ($50.00) Dollars.

*Rule 4.* Any member found guilty of soliciting work for less than the established rate of wage or any member found guilty of returning a part of his wages or in any manner rebating to his employer shall be subject to a fine of not less than Fifty ($50.00) Dollars.

*Rule 5.* No member shall file saws or sharpen or repair tools on his own time while he is in the employ and working for a contractor or builder. Violation of this rule shall subject the offender to a fine of not less than Fifty ($50.00) Dollars. Any member who shall order a member to act in violation of this rule shall be subject to the same penalty.

*Rule 6.*a. Any member accused and found guilty of excessive work and/or rushing on the job shall be fined not less than Fifty ($50.00) Dollars.

b.  Any member so accused and found guilty of driving or rushing men under his supervision, or who uses abusive language in directing the work shall be fined not less than Fifty ($50.00) Dollars.

*Rule 7.* Any member who shall, upon request of credentialed Officer or Business Representative, refuse to give information on actual conditions existing on a job, or refuses to cooperate in adjusting union controversy on the job, shall be fined not less that Fifty ($50.00) Dollars.

*Rule 8.*a. Any member refusing to stop work when ordered to do so by the Business Representative in the

29

Case 1:07-cv-06891 Document 1-4 Filed 12/12/2007 Page 20 of 26

course of his duty shall be fined not less than Fifty ($50.00) Dollars.

b. Any member who subjects the Business Representative to disrespect, abuse or vituperation, because of exercising his duty, shall be fined not less than Fifty ($50.00) Dollars.

*Rule 9.* Tools which are not ordinary to a carpenter's kit must be furnished by the employer, and members are prohibited from bringing on a job a sledge hammer, spike maul, iron miter box, sanding machine, saw horses, caulking guns, glue or glue guns, also hand levels in excess of 28" in length or any power equipment such as power saws, planes, mortisers, boring machines or similar electrical, air or gas operated equipment. Members found guilty of violation of this rule shall be fined not less than Fifty ($50.00) Dollars.

*Rule 10.*a. No member shall return to work or remain on the job after the job has been declared on strike unless authorized to do so by the Business Representative of the Regional Council. Violation of this rule will subject offenders to a fine of not less than Fifty ($50.00) Dollars.

b. Any member who is found guilty of crossing or working behind an authorized picket line shall be fined not less than Fifty ($50.00) Dollars.

*Rule 11.*a. Any member who has supervision, authority, or jurisdiction in any manner over fellow members who is found guilty of soliciting gifts, donations, or presents of any kind shall be fined not less than Fifty ($50.00) Dollars.

b. Any member who is found guilty of giving or soliciting gifts, donation or presents of any kind to be given to those in supervision or authority or to friends or acquaintances of those in supervision or authority shall be fined not less than Fifty ($50.00) Dollars.

30

*Rule 12.*a. Any member who engages in the business of contracting must pay the union scale and observe all other provisions of the working agreement including the prompt payment of the established rate of Welfare Fund, Pension Fund and Apprenticeship Training Fund Contributions on all employment of apprentices, journeymen and foremen. Any member found guilty of violation of this rule shall be fined not less than Fifty ($50.00) Dollars or expelled or both.

b. Any member who enters into any agreement with his employer to accept less than the minimum established wage scale, or accepts part or all the Welfare Fund, Pension Fund and Apprenticeship Training Fund contributions, or who continues to work for an employer when he has knowledge that such employer is not paying into or is delinquent with Welfare Fund, and/or Pension Fund, and/or Apprenticeship Training Fund contributions, if found guilty, shall be fined not less than Fifty ($50.00) Dollars, or expelled.

*Rule 13.*a. Members are prohibited from using power tools where unsafe working conditions exist, and shall in no manner, use such tools when not working on level and secure surfaces. Violators of this rule shall be subject to penalty of not less than Fifty ($50.00) Dollars.

b. Members shall report to the Union the existence of unsafe and hazardous conditions on any job.

c. Members who are responsible for or create any job hazards by which other workmen are jeopardized such as substituting for scaffolding, stilts, etc., shall if found guilty, be fined not less than Fifty ($50.00) Dollars.

*Rule 14.* No member shall bring, place or store his tools on any job unless a safe place has been provided by the employer for the storing of his tools. It shall be the duty of the employer or his representative on each job to oversee

31

that a safe place is provided for storage of tools. If such a safe place is not provided by the employer, it shall be the further duty of the foreman and the steward to report such failure to the Union. It shall likewise be the obligation of any member to, in like manner, report the failure of the employer to provide a safe place for storage of tools.

## STEWARDS

*Rule 15.* Each job shall have a Union Steward who shall be appointed as such by the Business Representative of the Regional in which the job is located. Pending such appointment, the first journeyman going to work on a job shall act in the capacity of "Steward Temporarily", who shall report to the Business Representatives of the area where the work is being performed or to the Regional Council. The Steward shall observe and be governed by the rules pertaining to Steward as hereinafter provided.

Failure of members on the job to observe this rule and be governed accordingly shall subject them to a fine of not less than Fifty ($50.00) Dollars. Stewards are not officers of a Local Union or the Council while acting in the capacity of Steward.

*Rule 16.* A member going to work on a job or in a shop or plant shall show his membership book and quarterly work card to the Steward the first day of his employment. Failure of a member to so report his presence on the job to the Steward shall subject him to a fine of not less than Twenty-Five ($25.00) Dollars. Any member giving, loaning, selling or transferring his work card to any other person for any reason shall be subject to a fine of not less than Fifty ($50.00) Dollars.

Rule 17.a. It shall be the duty of the Steward on the respective jobs to inquire of all member carpenters employed as to their standing in their respective Local Unions. All members shall be in possession of the current quarterly working card and button on or

32

before the 21st day of the first month of the new calendar quarter. The Steward shall report to the Area Business Representative any violations of the above, who shall take appropriate action.

b. Each Steward shall provide himself or herself with a "Steward" book wherein he or she shall keep a correct list of names of all members working on the job together with their addresses, telephone numbers, number of work card and Local Union in which they hold membership.

c. Stewards shall report immediately to the Area Business Representative or to the Regional Council any evident violations of the agreement, the work rules or any infringement upon our jurisdictional trade claims.

d. In case of injury to any member on the job, the Steward shall gather such evidence as may be useful to the injured member and report same to the Local Union in which such member holds membership or to the Regional Council. The Steward shall also oversee that the injured member's tools, properties and personal belongings are properly protected. Stewards failing to exercise their duties properly may be replaced as Steward by the Area Business Representative.

*Rule 18.* Any Steward, acting upon the direction of the Business Representative, shall be empowered to examine the wages received by any member, immediately upon payment, for the purpose of determining whether or not such member is being paid in accordance with the established wage scale. Any member who refuses to permit such examination of wages shall be subject to a fine of not less that Fifty ($50.00) Dollars.

*Rule 19.* All members on a job shall fully protect the Steward in the discharge of his duties, and the Steward shall not be discharged from any job because he has acted as

33

Steward and exercised his duties as such. Should the Steward be discharged because of having exercised his duties, then all members on the job shall cease work and they shall not return to work unless and until they are so directed to do so by the Area Business Representative or an Officer of the Regional Council. Failure to support the Steward may subject the offending member to charges and penalty by the Trial Board.

## WORK RULES OF THE
## MILL/INDUSTRIAL DIVISION

*Rule 1.* All members of the Mill/Industrial Division of the Chicago Regional Council of Carpenters shall accept as basic to their employment the rules, regulations, and provisions of the agreement established through negotiations with the employer and/or the association representing the employer and;

a.  Shall observe the established daily and weekly hourly work periods.

b.  Shall at all times demand and receive the wages stipulated in the applicable collective bargaining agreement.

c.  Shall observe all Holidays as stipulated in the respective collective bargaining agreements as non-working days.

d.  Shall not work after the regularly established working hours daily, nor on Saturdays, Sundays or Holidays unless permission is first granted by the Business Representative or the Regional Council.

e.  Shall demand and receive the specified rate of wages for overtime for any work performed after the regular work day, and for Saturdays, Sundays and Holidays.

f.  Shall not work after the regularly established pay day unless all wages have been received in full as stipulated in the collective bargaining agreement.

g.  Shall not work on a piece work basis. Any violation of the agreement or any of the above provisions shall be subject to a fine of not less than Fifty ($50.00) Dollars.

*Rule 2.* Any member of the Mill/Industrial Division of this Regional Council performing work covered by the construction contract, shall in such instances, demand and receive the established rate of wage of journeyman carpen-

ters, and or foremen including fringe benefits of the Construction Division and shall be governed by the rules and regulations basic to the employment of the Construction Division carpenters, including minimum dues and/or dues check off as established in Section 12 of these By-Laws. Violators of this rule shall be penalized as may be determined by the Trial Board.

*Rule 3.* Any member hiring another member for less than the negotiated rate of wage shall, upon conviction thereof, be fined not less than Fifty ($50.00) Dollars.

*Rule 4.* Any member found guilty of soliciting work for less than the negotiated rate of wage, or any member found guilty of returning a part of his wages, or in any manner rebating to his employer, shall be subject to a fine of not less than Fifty ($50.00) Dollars.

*Rule 5.* No member shall file saws, sharpen, or repair tools on his own time while he is in the employ and working in a shop, or plant. Violation of this rule shall subject the offender to a fine of not less than Fifty ($50.00) Dollars. Any member who shall order another member to act in violation of this rule shall be subject to the same penalty.

*Rule 6.*a. Any member accused and found guilty of excessive work and/or rushing on the job shall be fined not less than Fifty ($50.00) Dollars.

b. Any member accused and found guilty of driving or rushing men under his direction or who uses abusive language in directing the work shall be fined not less than Fifty ($50.00) Dollars.

c. Any member contributing to the discharge of another member by making false or malicious statements to those in authority shall, if found guilty, be fined not less than Fifty ($50.00) Dollars.

*Rule 7.* No member shall work in a shop or plant where non-union men of this trade are employed unless such non-union men either leave the shop or plant or affiliate with the

36

Union following their thirteen (30th) day of employment in the shop or plant or such other period of time as may be negotiated in the applicable collective bargaining agreements. Members shall report to the Union whenever laborers or workmen of any other trade are engaged to do any of the work coming within the trade jurisdiction claims of this Union. Violators of this rule shall be subject to a fine of not less than Fifty ($50.00) Dollars.

*Rule 8.* Any member who shall, upon request of credentialed Officer or Business Representative refuse to give actual conditions existent in a shop or plant, who refuse to cooperate in adjusting union controversy in a shop or plant, shall be fined not less than Fifty ($50.00) Dollars.

*Rule 9.*a. Any member refusing to stop work when ordered to do so by the Business Representative in the course of his duty shall be fined not less than Fifty ($50.00) Dollars.

b. Any member who subjects the Business Representative to disrespect, abuse or vituperation because of exercising his duty shall be fined not less than Fifty ($50.00) Dollars.

*Rule 10.*a. No member shall return to work or remain in a shop or plant, after they have been declared on strike unless authorized to do so by the Business Representative. Violation of this rule will subject offenders to a fine of not less than Fifty ($50.00) Dollars.

b. Any member who is found guilty of crossing or working behind an authorized picket line shall be fined not less than Fifty ($50.00) Dollars.

*Rule 11.*a. Any member who has supervision, authority, or jurisdiction in any manner over fellow members who is found guilty of soliciting gifts, donations or presents of any kind shall be fined not less than Fifty ($50.00) Dollars.

37

b. Any member who is found guilty of giving or soliciting gifts, donations or presents of any kind to be given those in supervision or authority or to friends or acquaintances of those in supervision or authority shall be fined not less than Fifty ($50.00) Dollars.

*Rule 12*.a. Any member who enters into business and employs other members hereof must pay the union scale and observe all other provisions of the working agreement including the prompt payment of the established rate of Welfare Fund, Pension Fund or Apprenticeship Training Fund contributions on all employment of apprentices, journeymen and foremen. Any member found guilty of violation of this rule shall be fined not less than Fifty ($50.00) Dollars, or expelled or both.

b. Any member who enters into any agreement with his employer to accept less than the minimum negotiated wage rate, or accepts part or all of the Welfare Fund or Pension Fund contributions or who continues to work for an employer when he has knowledge that such employer is not paying to or is delinquent with Welfare Fund, Pension Fund or Apprenticeship Training Fund contributions, if found guilty, shall be fined not less than Fifty ($50.00) Dollars or expelled.

*Rule 13*.a. A member going to work in a shop or plant shall show his membership book and quarterly work card to the Union Steward the first day of his employment. Failure of a member to so report his presence in a shop or plant to the Steward shall subject him to a fine or not less than Fifty ($50.00) Dollars.

b. Any member giving or loaning or selling or transferring his work card to any other person for any reason shall be subject to a fine of not less than Fifty ($50.00) Dollars.

*Rule 14*.a. Union identification buttons are issued by the be worn in the shop or plant at all times and shall be conspicuously displayed on the person (either on jacket or hat). Failure to wear the button shall subject the offender to a fine of not less than Fifty ($50.00) Dollars.

b. Any member giving or loaning or selling or transferring the current button is in violation of the rules and shall be subject to a fine of not less than Fifty ($50.00) Dollars.

*Rule 15*.a. Members shall report to the Union the existence of unsafe or hazardous conditions in any shop or plant.

b. Members who are responsible for or create any hazards by which other workmen are jeopardized shall, if found guilty, be fined not less than Fifty ($50.00) Dollars.

## STEWARDS

*Rule 16*.a. Each shop or plant shall have a Union Steward appointed by the Business Representative of the area. If a shop or plant has more than one story the Business Representative may appoint an Assistant Steward on each additional floor who shall be responsible to report to the main Steward. It shall be the duty of the Steward or Assistant Steward to inquire of all union members as to their standing in their respective Local Unions. All members shall be in possession of the current quarterly working card and button on or before the 21st day of the first month of the new calendar quarter. The Steward shall report to the Area Business Representative any violations of the above, who shall take appropriate action.

b. Each Steward shall provide himself or herself with a "Steward" book wherein he or she shall keep a correct list of the names of all members working on the job together with their addresses, number of work card

c. Stewards shall report immediately to the Area Business Representative any evident violations of the agreement, the work rules or any infringement upon our jurisdictional trade claims.

d. In case of injury to any member on the job, the Steward shall gather such evidence as may be useful to the injured member and report the same to the Local Union in which such injured member holds membership or to the Regional Council. The Steward shall oversee that the injured member's tools, properties and personal belongings are properly protected. Stewards failing to exercise their duties properly may be replaced as Steward by the Area Business Representative.

*Rule 17.* Any Steward or Assistant Steward, acting upon the direction of the Business Representative shall be empowered to examine the wages received by any member immediately upon payment for the purpose of determining whether or not such member is being paid in accord with the negotiated wage rate. Any member who refuses to permit such examination of wages shall be subject to a fine of not less than Fifty ($50.00) Dollars.

*Rule 18.* All members in a shop or plant shall fully protect the Steward or Assistant Steward in the discharge of his duties and the Steward or Assistant Steward shall not be discharged from any shop or plant because he has acted as Steward and exercised his duties as such. Should the Steward or Assistant Steward be discharged because of having exercised his duties, then all members in the shop or plant shall cease work and they shall not return to work unless and until they are so directed to do so by the Area Business Representative of the Regional Council. Failure to support the Steward or Assistant Steward may subject the offending member to charges and a penalty by the Trial Board.

40

## RULES GOVERNING APPRENTICES AND TRAINEES

*Rule 1.* Apprentices and trainees shall strictly comply with the apprentice rules and regulations adopted by the Joint Apprenticeship Committee. An apprentice or trainee who violates any of the rules and regulations may be disciplined and penalized by the Apprentice Coordinator.

Any Apprentice dropped by the Apprentice Program has the right to petition the Committee for an appeal hearing as provided for in the apprentice indenture agreement.

Any Apprentice dropped from the Apprentice Program shall not be issued a working card.

*Rule 2.* If the apprentice is in compliance with the rules and regulations, he is entitled to his quarterly working card. An apprentice who fails to attend apprentice school as provided in his apprentice indenture agreement shall not be entitled to a working card. No Financial Secretary will accept dues unless the apprentice is in compliance with the rules and regulations of the Apprentice Program.

*Rule 3.* All apprentices will pay uniform dues, the amounts to be determined by recommendation of the Executive Committee and approved by the Delegate Body of the Regional Council.

*Rule 4.* When an apprentice completes his apprenticeship, he and the Financial Secretary of his Local Union will be notified by the Apprentice Coordinator that he has reached journeyman status and is entitled to his journeyman card.

*Rule 5.* Apprentices or trainees shall not work on any job site unless under the direct supervision of a foreman or journeyman carpenter.

*Rule 6.* At no time will an apprentice or a trainee assume the responsibility of supervision or act in the capacity of a steward on any job, unless approval is granted by the Regional Council.

41

*Rule 7.* At no time shall the number of apprentices exceed the number of journeymen on a job site.

*Rule 8.* Any foreman or journeyman who refuses to work with an apprentice on any job shall be subject to a fine of not less than Fifty ($50.00) Dollars.

42