U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
ISAAC LOVETT
v.
CHICAGO REGIONAL COUNCIL OF CARPENTERS and LOCAL UNION NO. 1027

Case Number:

**FILED**
**DECEMBER 12, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH   **07 C 6991**

JUDGE HIBBLER
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ISAAC LOVETT (PLAINTIFF)

| | |
|---|---|
| NAME (Type or print) <br> Sheryl Jaffee Halpern, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Sheryl Jaffee Halpern | |
| FIRM <br> Patzik, Frank & Samotny Ltd. | |
| STREET ADDRESS <br> 150 South Wacker Drive, Suite 1500 | |
| CITY/STATE/ZIP <br> Chicago, Illinois  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6216295 | TELEPHONE NUMBER <br> (312) 551-8300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |