# United States District Court for the Northern District of Illinois

Case Number: 07cv6991           Assigned/Issued By: j. n.

Judge Name: HIBBLER           Designated Magistrate Judge: KEYS

## FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00
                [ ] IFP         [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____           Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                 Receipt #: 2397475

Date Payment Rec'd: 12-12-07     Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

_2_ Original and _0_ copies on _12-12-07_ as to _ALL DEFENDANTS_
                               (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05