State of Illinois

General No.: 07C6991

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

DEBORAH GEORGES deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 12/18/2007 at 12:15:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Chicago Regional Council of Carpenters c/o Martin C. Umlauf as shown below:

Served the wihin named Chicago Regional Council of Carpenters c/o Martin C. Umlauf by delivering a true and correct copy of the SUMMONS and COMPLAINT, to Gary Thorpe a person authorized to accept service of process as agent.

Said service was effected at 12 E. Erie St., Chicago, IL 60611

Description of Person Served Sex:   Height:   Weight:   Race:   Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

12-2007
Dated

Deborah Georges-Brodlo
117-000192