IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ISAAC LOVETT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6991 |
| v. | ) | |
| | ) | Honorable Judge Hibbler |
| **CHICAGO REGIONAL COUNCIL OF** | ) | Magistrate Judge Arlander Keys |
| **CARPENTERS and LOCAL UNION** | ) | |
| **NO. 1027** | ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING

TO: Chicago Regional Council of Carpenters
c/o Martin C. Umlauf, President
12 East Erie Street
Chicago, Illinois 60611

**PLEASE TAKE NOTICE** that on December 26, 2007, the undersigned caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached **Affidavit of Service of Process on Chicago Regional Council of Carpenters**, a copy of which is hereby served upon you.

ISAAC LOVETT

By: _/s/ Sheryl Jaffee Halpern_
One of his attorneys

Sheryl Jaffee Halpern, Esq.
Phillip S. Reed, Esq.
Patzik, Frank & Samotny Ltd.
150 South Wacker Drive, Suite 1500
Chicago, Illinois 60606
(312) 551-8300
(312) 551-1101 - Fax

4838001.01.NOF (Chicago Regional Council of Carpenters)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Affidavit of Service of Process on Chicago Regional Council of Carpenters** was served upon:

Chicago Regional Council of Carpenters
c/o Martin C. Umlauf, President
12 East Erie Street
Chicago, Illinois 60611

**via U.S. Mail, proper postage prepaid, before the hour of 5:00 p.m., this 26th day of December, 2007,** from the law offices of Patzik, Frank & Samotny Ltd., 150 South Wacker Drive, Suite 1500, Chicago, Illinois 60606.

/s/ *Sheryl Jaffee Halpern*