State of Illinois

General No.: 07C6991

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 12/18/2007 at 10:20:00 AM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Local 1027 c/o James Kasmer, Sr. as shown below:

Served the wihin named Local 1027 c/o James Kasmer, Sr. by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Maria Mancella a person authorized to accept service of process as agent.

Said service was effected at 100 Tower Dr., Ste. 222, Burr Ridge, IL 60527

Description of Person Served Sex:   Height:   Weight:   Race:   Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

12-20-07
Dated

Leroy Karczewski
117-000192