IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ISAAC LOVETT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6991 |
| v. | ) | |
| | ) | Honorable Judge Hibbler |
| CHICAGO REGIONAL COUNCIL OF | ) | Magistrate Judge Arlander Keys |
| CARPENTERS and LOCAL UNION | ) | |
| NO. 1027 | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:  Local 1027
c/o James Kasmer, Sr., President
100 Tower Drive, Suite 222
Burr Ridge, Illinois  60527

**PLEASE TAKE NOTICE** that on December 26, 2007, the undersigned caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached **Affidavit of Service of Process on Local 1027**, a copy of which is hereby served upon you.

ISAAC LOVETT


By:  */s/ Sheryl Jaffee Halpern*
     One of his attorneys


Sheryl Jaffee Halpern, Esq.
Phillip S. Reed, Esq.
Patzik, Frank & Samotny Ltd.
150 South Wacker Drive, Suite 1500
Chicago, Illinois  60606
(312) 551-8300
(312) 551-1101 - Fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Affidavit of Service of Process on Local 1027** were served upon:

Local 1027
c/o James Kasmer, Sr., President
100 Tower Drive, Suite 222
Burr Ridge, Illinois 60527

**via U.S. Mail, proper postage prepaid, before the hour of 5:00 p.m., this 26th day of December, 2007,** from the law offices of Patzik, Frank & Samotny Ltd., 150 South Wacker Drive, Suite 1500, Chicago, Illinois 60606.

/s/ *Sheryl Jaffee Halpern*