UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISAAC LOVETT,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CHICAGO REGIONAL COUNCIL OF  )<br>CARPENTERS and LOCAL UNION NO.  )<br>1027,  )<br>  )<br>  Defendants.  ) | Case No. 07 C 6991<br><br>Judge Hibbler<br>Mag Judge Keys |

MOTION FOR AN EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD

Defendants, CHICAGO REGIONAL COUNCIL OF CARPENTERS and LOCAL UNION NO. 1027, by its attorney Raymond J. Sanguinetti, moves this Honorable Court for an Extension of Time Until January 22, 2008 to File an Answer or Otherwise Plead. In support of said motion, Defendants state:

1. On December 18, 2007, Plaintiff by way of a process server served the Janitor/Maintenance Person for the Chicago Regional Council of Carpenters a copy of the Complaint in this matter. This person was not authorized to accept service on behalf of Defendants.

2. On January 4, 2008, the undersigned was contacted by the Defendants to represent them in this matter. The Defendants do not wish to contest service of process.

3. With the faulty service, Defendants are due to file a responsive pleading on or before January 7, 2008.

4. In order to investigate the allegations in the complaint and prepare the appropriate responsive pleading, Defendants request up to and including January 22, 2008 to file an answer or otherwise plead.

5. This matter is currently scheduled for an initial status hearing on January 30, 2008.

6. This motion is not brought for purposes of delay, but to enable counsel to fully investigate the allegations made by Plaintiff.

7. Plaintiff would not be prejudiced by the granting of this motion.

WHEREFORE, Defendant respectfully request until January 22, 2008 to file a responsive pleading.

                            Respectfully submitted,

                            s/Raymond J. Sanguinetti

Raymond J. Sanguinetti  
Whitfield, McGann & Ketterman  
111 East Wacker Drive, Suite 2600  
Chicago, IL 60601  
312-251-9700