UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ISAAC LOVETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 6991 |
| v. | ) | |
| | ) | Judge Hibbler |
| CHICAGO REGIONAL COUNCIL OF | ) | Mag Judge Keys |
| CARPENTERS and LOCAL UNION NO. | ) | |
| 1027, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF MOTION

TO: Sheryl Jaffee Halpren
Phillip S. Reed
Patzik, Frank and Samotny Ltd.
150 South Wacker Drive #1500
Chicago, IL 60606

TAKE NOTICE that on **January 14, 2008 at 9:30 a.m. in Room 1225** of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, the undersigned will appear before the Honorable Judge William J. Hibbler and present the attached Motion for an Extension of Time to Answer or Otherwise Plead, a copy of which is served upon you.

s/Raymond J. Sanguinetti
_____
Raymond J. Sanguinetti

Raymond J. Sanguinetti
Whitfield, McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
312-251-9700

Certificate of Service

I, Raymond J. Sanguinetti, an attorney, certify that I caused the attached Motion and Notice to be served upon the above captioned attorneys of record by way of the Court's ECF System on this 7th day of January, 2008.

s/ Raymond J. Sanguinetti