# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6991 | **DATE** | 1/14/2008 |
| **CASE TITLE** | Lovett vs. Chgo. Reg'l Coun., et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion for an extension of time until 1/22/08 to answer or otherwise plead is granted. Status hearing date of 1/30/08 at 9:30 a.m. to set scheduling order to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|