UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ISAAC LOVETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 6991 |
| v. | ) | |
| | ) | Judge Hibbler |
| CHICAGO REGIONAL COUNCIL OF CARPENTERS and LOCAL UNION NO. 1027, | ) ) ) | Mag Judge Keys |
| | ) | |
| Defendants. | ) | |

AGREED MOTION FOR AN EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD

Defendants, CHICAGO REGIONAL COUNCIL OF CARPENTERS and LOCAL UNION NO. 1027, by its attorney Raymond J. Sanguinetti, moves this Honorable Court for an Extension of Time Until January 30, 2008 to File an Answer or Otherwise Plead. In support of said motion, Defendants state:

1. The parties are actively engaged in settlement discussions, and believe that they are very close to resolving all issues pertaining to this case.

2. The Court had previously granted Defendants until January 22, 2008 to file an answer or responsive pleading.

3. This matter is currently scheduled for status on January 30, 2008, and the parties hope to have a settlement agreement by that date.

4. Counsel for Plaintiff has been consulted and is in agreement with this motion.

WHEREFORE, Defendant respectfully request until January 30, 2008 to file a responsive pleading.

                                                      Respectfully submitted,

                                                   <u>s/Raymond J. Sanguinetti</u>

Raymond J. Sanguinetti  
Whitfield, McGann & Ketterman  
111 East Wacker Drive, Suite 2600  
Chicago, IL 60601  
312-251-9700