## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6991 | **DATE** | 1/29/2008 |
| **CASE TITLE** | Lovett vs. Chgo Reg'l, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' Agreed motion for an extension of time until 1/30/08 to answer or otherwise plead is granted. Status hearing reset to 2/6/08 at 9:30 a.m. for report on settlement.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|