UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ISAAC LOVETT, | ) | |
| | ) | |
| | ) | No. 07 C 6991 |
| Plaintiff, | ) | Judge Hibbler |
| | ) | Magistrate Judge Keys |
| v. | ) | |
| | ) | |
| CHICAGO REGIONAL COUNCIL OF CARPENTERS, and LOCAL UNION NO. 1027 | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, ISAAC LOVETT, and Defendants, CHICAGO REGIONAL COUNCIL OF CARPENTERS, and LOCAL UNION NO. 1027, by their respective attorneys, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that effective with filing of this Stipulation, this matter may be dismissed with prejudice, each party to bear its own costs and fees.

Dated: February 21, 2008

| | |
|---|---|
| s/ Raymond J. Sanguinetti | s/ Sheryl Jaffee Halpern |
| Mr. Raymond J. Sanguinetti | Sheryl Jaffee Halpern, Esq. |
| Whitfield, McGann & Ketterman | Attorneys for Plaintiff |
| 111 East Wacker Drive | Patzik, Frank & Samotny, Ltd. |
| Suite 2600 | 150 South Wacker Drive, Suite 1500 |
| Chicago, IL 60601 | Chicago, IL 60606 |
| Telephone: 312/251-9700 | Telephone: (312) 551-8300 |
| Fax: 312/251-9701 | Fax: (312) 551-1101 |