# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Isaac Lovett

                                              Plaintiff,

v.                                                                        Case No.: 1:07−cv−06991
                                                                       Honorable William J. Hibbler

Chicago Regional Council of Carpenters, et al.

                                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, February 6, 2008:

      MINUTE entry before Judge William J. Hibbler: Status hearing held on 2/6/2008. Parties reach settlement. Dismissal documents to be submitted to the Court by 2/21/08. In court notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.