**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division**

Isaac Lovett
                                    Plaintiff,
v.                                                    Case No.: 1:07−cv−06991
                                                      Honorable William J. Hibbler
Chicago Regional Council of Carpenters, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge William J. Hibbler: Pursuant to stipulation, this case is dismissed with preducie and without costs and fees pursuant to FRCP 41(a)(1)(ii). All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.